UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | CIVIL ACTION NO.: 1:21-cv-541 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| SOUTHWESTERN UNIVERSITY and | § | |
| SHELLEY STORY, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**

Plaintiff John Doe ("John") respectfully requests that this Court enter an order granting him a preliminary and permanent injunction against Defendant Southwestern University, which vacates John's expulsion and removes all references to the same from his academic record. The reasons for this Motion are stated more fully in the accompany Memorandum of Law in Support, which is incorporated herein by reference.

Respectfully submitted,

*/s/ David Kenneth Sergi*
David Kenneth Sergi (No. 18036000)
Katherine Frank (No. 24105630)
SERGI AND ASSOCIATES P.C.
329 S. Guadalupe St.
San Marcos, TX 78666
P: (512) 759-8495
F: (512) 392-5042
E: david@sergilaw.com
   katie@sergilaw.com
*Local Counsel for Plaintiff*

Susan C. Stone*
Kristina W. Supler*
KOHRMAN, JACKSON & KRANTZ LLP
1375 E. 9th St., 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com
*Motion to Admit Pro Hac Vice pending

Counsel for Plaintiff John Doe

4827 3086 4366, v. 2

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

Plaintiff John Doe ("John") respectfully requests that this Court grant him a preliminary injunction, vacating his expulsion from Defendant Southwestern University ("Southwestern" or the "University"), permitting him to return to Southwestern to complete his degree, and removing all record of the expulsion from his academic record.

## I.   INTRODUCTION

This case arises from a false and retaliatory allegation of sexual misconduct made against John by non-party Jane Roe ("Jane"). John was a competitive player on Southwestern's Men's Golf Team, with aspirations of using his remaining athletic eligibility before becoming a professional golfer. After John made clear that he was uninterested in having a relationship with Jane, a woman nearly 20 years John's senior, Jane reported a series of false claims to Southwestern and later to the Georgetown Police Department. Even though Southwestern lacked jurisdiction over her claims under Title IX and University policy because Jane was not a student or affiliated with Southwestern in any capacity, Southwestern initiated its Title IX process.

Southwestern's investigation and hearing process was plagued with gender discrimination against John. Southwestern deviated from the Title IX regulation requirements and forced John to participate in a process in which he was denied numerous rights. The University opted to believe Jane's version of events, notwithstanding that numerous of her claims were demonstratively false, and a Texas grand jury reviewing the same evidence declined to find that the lowest standard of proof had been met. Regardless, Southwestern chose to believe Jane and discredit John simply because she is a woman, and John is a man. The University expelled John and upheld his sanction on appeal with minimal rationale.

3

With no remaining options, and with his reputation and academic and professional career jeopardized, John seeks relief from this Court. John meets the requisite elements for an injunction because he has a strong likelihood of success on the merits of his claims against Southwestern[1] and the harm that Southwestern has imposed is significant and irreparable. Moreover, the balance of hardships lies squarely in his favor and injunctive relief will promote the public interest. Accordingly, John respectfully requests an order vacating the unlawful sanction and removing any reference to the same from his academic record.

## II.  FACTUAL BACKGROUND

John incorporates the facts as described in his Complaint as if fully restated herein.

### A.  Jane Makes A False And Retaliatory Allegation Against John.

John is a senior, college athlete at Southwestern who is just one semester shy of graduation. He is talented member of Southwestern's Men's Golf Team and hopes to compete during his remaining years of eligibility prior to turning professional.

John briefly worked at a fast-food chain in 2020. There, he met Jane, a 38-year old employee. Jane is not a Southwestern student or employee and, upon information and belief, she is not affiliated with the University in any capacity. The two had a cordial relationship, but did not speak outside of work until November 8, 2020. On that day, Jane suddenly asked John if he wanted to hangout. With no other plans, John agreed and Jane eventually arrived at his apartment. John made clear that they were only spending time together as friends and that he was uninterested in having anything sexual happen between them. Jane agreed.

Later that evening, John drove Jane to a convenience store after she told him that she wanted to drink. The two returned to his apartment where Jane drank the alcohol she purchased.

---

[1] John also has a strong likelihood of success on the merits of his claims against Defendant Shelley Story individually, though injunctive relief is sought against Southwestern only.

4

John did not drink any alcohol or knowingly ingest drugs that night, but later he suddenly felt ill and wanted to end the night and sleep. He had informed Jane that she could not stay the night, but she claimed that it was too late to leave and remained in the living room.

The next morning, John woke up alone in his bedroom. He soon realized that Jane was still there and had slept in his out-of-town roommate's bedroom. He informed her that she needed to leave. John called a ride for Jane, who told him that she had a good time and left. Jane texted John numerous times in the following days, reiterating that she had a good time and asking him to meet her for drinks. John responded to her messages twice before deciding not to respond to any further communication from her. Jane became increasingly aggressive and threatening as John did not respond. Eventually, Jane accused John of sexual misconduct and giving her a specific sexually transmitted disease ("STI"). Jane reported these allegations to Southwestern, even though she had no affiliation with the University.

### B. **Southwestern Finds John Responsible Even Though It Lacks Jurisdiction.**

On November 16, 2020, Defendant Shelley Story ("Dean Story") informed John that she had received a report from a "non-student" that John violated University policy. Dean Story provided John with the allegations made by Jane, which were uncredible on their face. Among other things, Jane alleged that she was intoxicated with a blood alcohol concentration ("BAC") "past 2.0" and that John gave her alcohol while she was unconscious, even though she failed to provide any corroborating documentation and a BAC of that caliber would quite literally be a world record. *See* David Farache, *What is the Lethal Blood Alcohol Level?*, RECOVERY BY THE SEA (May 20, 2019, 11:55 AM), https://rbsrehab.com/lethal-blood-alcohol-level/ (noting the highest BAC ever recorded was 1.48%). Jane also repeated her claim that John gave her an STI – a negative STI test for John in December 2020 proved that this claim was false. Even though the

allegations were facially outlandish, and Southwestern's Student Sexual Misconduct Policy (the "Policy") specifically provides that the University only has jurisdiction over "cases in which students feel they have been violated," Southwestern commenced an investigation. *See* Compl. at Exh. 1, Sec. 1.

Simultaneously with Southwestern's investigation, Jane's allegations were relayed to the local Georgetown Police Department. After reviewing the allegations, the police declined to issue a warrant for John's arrest and instead referred the case to the District Attorney. A grand jury convened on March 16, 2021 to determine whether to issue an indictment. The grand jury reviewed the available evidence, including Jane's allegations and John's evidence in support of his account, including his negative STI test. Finding that the probable cause standard was not met, meaning that there was insufficient evidence to form even a reasonable basis to believe that John had committed a crime, the grand jury issued a "no bill."

Ignoring that the criminal justice system concluded that the lowest legal standard of proof could not be met, Southwestern continued its investigation. John provided Southwestern with substantively the same evidence that the grand jury received, including a written statement of his account and his negative STI test. John also informed the University of the grand jury's "no bill." The University conducted a hearing on May 4, 2021. At the hearing, the Hearing Board permitted Jane to speak on numerous topics that were irrelevant to her claims against John before posing sympathetic and superficial questions to Jane. The Hearing Board never questioned Jane on the clear issues with her narrative, including her impossible BAC level, the STI that she could not have contracted from John, or how could someone force her to drink if she were unconscious. In contrast, the Hearing Board posed aggressive questions to John about why he wanted to spend

time with Jane, why he allowed to her stay overnight, and why he did not force her to leave. The Hearing Board did not provide John or his advisor with the opportunity to cross-examine Jane.

The Hearing Board found John responsible for violating the Policy. The Hearing Outcome letter claimed that the preponderance of the evidence standard had been met, even though the grand jury concluded that the lower standard of probable cause was not satisfied. *See* Compl. at Exh. 2. The Hearing Outcome further claimed that "John's account failed to counter the evidentiary weight of [Jane's] narrative," but failed to offer any specifics in support. *See id.* In fact, the Hearing Outcome contained only three sentences of rationale in total. *Id.*

Southwestern expelled John. John timely submitted an appeal on May 7, 2021 on the grounds that the hearing was conducted in a manner materially and unfairly inconsistent with the Policy, and that the sanction was inappropriate. Three individuals on an Appellate Board, the identities of whom are still unknown to John, rejected his appeal on May 20, 2021. The Appeal Outcome stated only that the Board "reviewed all evidence and have come to the same conclusion of finding [John] responsible and [] uphold the sanction of expulsion." *See* Compl. at Exh. 3. With his appeal rejected, John internal options were exhausted. John filed his Complaint against Southwestern and Dean Story, challenging the denial of his rights under federal and state law.

## III. LAW & ARGUMENT

### A. John Has A Strong Likelihood Of Success On The Merits.

As shown below, John can satisfy each of the elements required for a preliminary injunction. Accordingly, this Court should grant his Motion and direct Southwestern to vacate his expulsion and remove all references to the disciplinary process from John's academic record.

To obtain a preliminary injunction pursuant to Fed. R. Civ. P. 65, a movant must establish: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury if

the injunction is not issued; (3) that the threatened injury if the injunction is denied outweighs any harm that will result if the injunction is granted; and (4) that the grant of an injunction will not disserve the public interest. *Byrum v. Landreth*, 566 F.3d 442, 445 (5th Cir. 2009). These four factors do not have a fixed value, and courts should instead apply a "sliding scale" approach, "which takes into account the intensity of each in a given calculus." *Texas v. Seatrain International, S.A.*, 518 F.2d 175, 180 (5th Cir. 1975).

### 1. Title IX

"To show a likelihood of success on the merits, the plaintiff must prove a *prima facie* case, but need not prove that he is entitled to summary judgment." *Daniels Health Scis., LLC v. Vascular Health Scis., LLC*, 710 F.3d 579, 582 (5th Cir. 2013). John has a strong likelihood of success on each of his claims against Southwestern.

Title IX provides that no person shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subject to discrimination under any education program receiving Federal financial assistance. 20 U.S.C. § 1681. Courts, including those in the Fifth Circuit, have developed numerous theories through which a Title IX claim may be proved. These theories include: erroneous outcome, archaic assumption, and selective enforcement. John is substantially likely to succeed upon any of these theories.

### a. Erroneous Outcome

"To succeed on an erroneous outcome claim, a plaintiff must show both that the disciplinary proceeding had an 'erroneous outcome' and that 'gender bias was a motivating factor behind the erroneous finding.'" *Doe v. Tex. A&M Univ.*, 2021 U.S. Dist. LEXIS 14114 at *8 (S.D. Tex. Jan. 26, 2021). Specifically, a plaintiff must identify "particular facts sufficient to cast some articulable doubt on the accuracy of the outcome of the disciplinary proceedings and demonstrate

a causal connection between the flawed outcome and gender bias." *Id.* at *8-9. Such facts can include "patterns of decision-making that [] tend to show the influence of gender." *Doe v. Univ. of Miss.*, 2018 U.S. Dist. LEXIS 123181 at *12 (S.D. Miss. July 24, 2018).

### i. Southwestern lacked jurisdiction over Jane's Title IX claim.

As a non-student, Jane could not avail herself of Title IX's remedies and Southwestern lacked the ability to investigate and hear her claims. Title IX provides remedies for *students* at a federally funded educational institution if they are subject to discrimination by that institution or another party connected to the institution. A non-student has no standing to bring a claim at an institution with which she has no affiliation. Various district courts have recently addressed this precise issue and concluded that non-students cannot state an actionable claim under Title IX.

In *Doe v. Brown*, 270 F. Supp. 3d 556 (D.R.I. Sept. 6, 2017), a plaintiff brought a Title IX claim against defendant university, asserting that three students from that institution assaulted her and the university acted with deliberate indifference, in violation of Title IX, by failing to offer her redress. The plaintiff was not a student at defendant university. The district court rejected her claim, holding as follows:

> Finding that Ms. Doe's status as a non-student, regardless of her allegations that the Court accepts as true, removes her from Title IX's private-cause-of-action umbrella of protection, the Court need go no further in its analysis of that claim. Her federal claim under Title IX fails to state a claim for which relief can be granted and therefore it is dismissed.

*Id.* at 563. In dismissing her claim, the court specifically noted the Supreme Court's "intention to apply the Title IX private right of action only to students attending the school accused of violating it." *Id.* at 561. Further, given the "total absence" of a relationship between the plaintiff and defendant university, the court concluded that the plaintiff could not have been denied equal access

to education as required by Title IX. *Id.* at 562. The district court's findings were upheld by the First Circuit on appeal in *Doe v. Brown Univ.*, 896 F.3d 127 (1st Cir. 2018).

Another district court came to a similar conclusion in *K.T. v. Culver-Stockton Coll.*, 2016 U.S. Dist. LEXIS 106107 (E.D. Mo. Aug. 11, 2016) (*aff'd on different grounds at* 865 F.3d 1054 (8th Cir. 2017)). In *Culver-Stockton*, the plaintiff did have some affiliation with the defendant college. Specifically, she was at the college on an athletic recruiting trip when she alleged that she was assaulted by a student from the college at an on-campus fraternity house. *Id.* at *2. Still, the Court concluded that the plaintiff was estopped from bringing a Title IX claim, noting that "Title IX's protection against student-on-student harassment does not extend to permit a private action for damages by a non-student invited to visit the College for student-athlete recruiting purposes. *Id.* at *15. The Court relied on reasoning from a prior Supreme Court case, where the Supreme Court explained that Title IX's "provision that the discrimination occur 'under any education program or activity' suggests that the behavior be serious enough *to have the systemic effect of denying the victim equal access to an educational program or activity.*" *Id.*, citing *Davis ex rel. LaShonda D. v. Monroe Cnty. Bd. of Educ.*, 526 U.S. 629, 652 -53 (1999) (emphasis in original).

Jane, as a non-student, was not able to avail herself to Title IX's remedies and Southwestern was not able to investigate claims against John under the statute. Even accepting Jane's claims as true (which they are not), Jane could not have been denied equal access to any educational program or activity at the University because she was not affiliated with it in any capacity. Like in *Brown*, the "total absence" of any relationship between Jane and Southwestern means that she has no claim under Title IX, whether she wanted to pursue that claim through the University's process or in court. This is not to say that Jane did not have any remedies – she could have pursued her claims through either the criminal justice system or civilly. And Jane in fact attempted to pursue her

10

claims criminally, which a Texas grand jury rejected. Southwestern was not entitled to step in at that point and offer Jane a remedy it could not provide under a statute whose protection did not extend to her. Title IX did not offer a shield to Jane, as a non-student, and Southwestern should not have used it as a sword against John to expel him for claims that were entirely unrelated to his status as a student, in addition to being unsubstantiated. In moving forward with her claims despite this limitation, Southwestern exhibited gender bias against John and in favor of Jane. And in expelling John for claims brought by a non-student with no standing, and over which the University had no jurisdiction, Southwestern reached an erroneous outcome in violation of Title IX.

> ii. **Southwestern reached an erroneous outcome because its process was riddled with procedural irregularities and the outcome is subject to grave doubt.**

Beyond that Southwestern could not satisfy threshold requirements to pursue Jane's claims against John, the University's actions also violated Title IX on their merits. The erroneous outcome theory under Title IX is analyzed at length in *Doe v. Oberlin College*. 963 F.3d 580 (6th Cir. 2020). In *Oberlin*, the Sixth Circuit concluded that the plaintiff sufficiently alleged an erroneous outcome based upon "clear procedural irregularities" and the "grave" doubt on the accuracy of the disciplinary proceeding outcome. *Id.* at 586-88. Specifically, the procedural irregularities included that the length of the underlying investigation far exceeded the time provided for in the applicable policy and the college failed to explain the delay, as required by the policy. *Id.* at 586-87. Further, the hearing panel failed to comment on the "flat contradiction" between the accuser's statements, and the appeal board failed to consider certain impeachment evidence, even though it was a situation where "credibility of the accuser and accused were paramount." *Id.* at 587. The court further found it significant that, during the hearing process, the college was actively being investigated by the OCR, the pressure of which "can likewise yield 'a reasonable inference' of sex discrimination." *Id.*, *citing Doe v. Miami Univ.*, 882 F.3d 579, 594 (6th Cir. 2018).

Regarding the "grave doubts" on the accuracy of the outcome, the court noted that the hearing panel's decision was "arguably inexplicable." *Oberlin* at 588. The hearing panel purported to find the plaintiff responsible for sexual assault by having sexual intercourse with someone who was "intoxicated," even though the policy states that consent is only precluded if an individual is "incapacitated." *Id.* at 582, 588. Further, the record was devoid of any evidence showing that the accuser was incapacitated and instead revealed the opposite, as she was able exchange coherent texts and make small talk. *Id.* at 588. Concluding that "when the degree of doubt passes from 'articulable' to grave, the merits of the decision itself, as a matter of common sense, can support an inference of sex bias," the court found that the plaintiff made a viable claim under the erroneous outcome theory.  *Id.*

The similarities between the facts here and those in *Oberlin* are striking. Initially, Jane's allegations were facially unbelievable and cast grave doubt on John's finding of responsibility. She claimed to have had a BAC "past 2.0," even where a BAC that high has <u>never</u> been recorded. *See* Nicolle Monico, *Blood Alcohol Level & Effects on the Body*, AMERICAN ADDICTIONCENTERS (November 5, 2020), https://www.alcohol.org/effects/blood-alcohol-concentration/ (stating that a BAC above .40% may be fatal); *see also*  David Farache, *What is the Lethal Blood Alcohol Level?*, RECOVERY BY THE SEA (May 20, 2019, 11:55 AM), https://rbsrehab.com/lethal-blood-alcohol-level/ (noting that the highest BAC ever recorded was 1.48%). Jane also alleged that she contracted an STI from John, yet John tested negative for the very same STI. Despite these blatant problems with Jane's allegations, the Hearing Board here, like in *Oberlin*, never addressed these issues or made a finding as to her credibility. Further, John's hearing occurred while Southwestern, like Oberlin, was actively being investigated by the OCR and facing pressure from the community to handle sexual misconduct complaints differently. *See* Office for Civil Rights, *Pending Cases*

12

*Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of May 28, 2021 7:30AM*, U.S. Department of Education (June 2, 2021), https://www2.ed.gov/about/offices/list/ocr/docs/investigations/open-investigations/tix.html?queries%5Bstate%5D=TX&page=4&offset=60 (noting that OCR is currently investigating three complaints of Title IX violations against Southwestern).

Like in *Oberlin*, Southwestern failed to honor its contractual obligations to John and its process contained "clear procedural irregularities." These breaches include that Southwestern adjudicated a complaint over which it lacked jurisdiction. The Policy is clear that Southwestern will "investigate and resolve cases in which ***students*** feel they have been violated," and further that it only has jurisdiction over "***incidents that have a substantial connection to the interest of Southwestern University***". Compl. at Exh. 1, Secs. 1-2. Additionally, Southwestern's 2020 Student Handbook (the "Handbook") expressly notes that the University will not "attempt[] to substitute its own action for that of the state" and further only permits Southwestern "[w]hen a student is convicted of a crime…to pursue its own internal disciplinary proceedings." A copy of the Handbook may be found at https://www.southwestern.edu/life-at-southwestern/student-handbook/, and is attached hereto as Exhibit 1. *See* Exh. 1 at pp. 39, 85. Regardless, Southwestern adjudicated Jane's complaint when she was not a student, when she had no affiliation with the University, and when the incident in question lacked a substantial connection to the University's interests. Further, despite its promise not to "substitute its own actions for that of the state," this is precisely what Southwestern did. A grand jury found a lack of probable cause, such that Jane's claims did not invoke a reasonable belief that John did what she accused him of doing. Then, Southwestern made its own determination and concluded that the preponderance of the evidence

13

standard, an even higher bar than probable cause, existed. These actions occurred in express violation of Southwestern policy and convincingly point to gender discrimination.

But more than just failing to honor its contractual promises to John, Southwestern also failed to follow current Title IX regulations. For example, current regulations provide that "[a]t the time of filing a formal complaint, a complainant must be participating in or attempting to participate in the education program or activity of the recipient with which the formal complaint is filed." 34 CFR§ 106.30(a). Title IX regulations also mandate that parties be permitted to cross-examine each other. *See* 34 CFR § 106.45(b)(6)(i). Further, the regulations required Southwestern to issue a Hearing Outcome and Appeal Outcome that included certain elements, including sufficient detail for the accused to understand the findings made against him and the rationale for those findings. 34 CFR § 106.45(b)(7)(ii)(A-F) and 34 CFR § 106.45(b)(8)(iii)(E). Lastly, the regulations require that Southwestern permit appeals on three grounds: (i) procedural irregularities; (ii) new evidence is made available that could affect the outcome; and (iii) conflict of interest or bias by the Title IX coordinator, investigators, or decision makers. *See* 34 CFR § 106.45(b)(8)(i)(C).

Southwestern violated each of these regulatory requirements. At the time Jane filed her complaint, she was not participating in, or attempting to participate in, any education program or activity with Southwestern. Indeed, the initial communication to John expressly stated that a complaint was received from a "non-student." Further, neither John nor his advisor was permitted to cross-examine Jane at the hearing. The Hearing Outcome and Appeal Outcome were devoid of any comprehensive rationale – indeed, these documents contained a total of four sentences of rationale between them. *See* Compl. at Exhs. 2-3. Further, Southwestern limited John's appeal to the first two grounds only and failed to offer him any right to appeal based on conflict of interest

or bias. Just as procedural irregularities point to gender bias in violation of Title IX, so too must deviations from the Title IX regulations.

John can unquestionably cast doubt on the accuracy of the Hearing Board's outcome given Jane's demonstrably false claims and the numerous procedural irregularities. Further, he can prove that this erroneous outcome is linked to gender bias – Southwestern failed to abide by the newly enacted Title IX regulation requirements while it was simultaneously being investigated by OCR, and failed to question Jane's allegations in the face of irrefutable evidence to dispute those claims. John is substantially likely to succeed on his Title IX claim under this theory.

**b.  <u>Archaic Assumption</u>**

Universities engage in intentional discrimination in violation of Title IX when they act based on archaic assumptions about the roles of men and women during a disciplinary proceeding. *See Pacheco v. St. Mary's Univ.*, 2017 U.S. Dist. LEXIS 94510 at *34-35 (W.D. Tex. June 20, 2017), *citing Pederson v. La. St. Univ.*, 213 F.3d 858, 880-82 (5th Cir. 2000). In *Pederson*, the Fifth Circuit found that Louisiana State University intentionally violated Title IX by denying female students an equal opportunity to participate in college athletics in various ways. *See id.*, *generally*. Specifically, the school employed "outdated attitudes about women [which] amplify demonstrate [its] intention to discriminate." *Id.* at 881. Such "outdated attitudes" included the school's refusal to "sponsor fact-pitch softball because 'the women might get hurt,'" which "perpetuated antiquated stereotypes". *Id.*

Similar "outdated attitudes" infected the process here. The Hearing Board's outcome can only be attributed to a tendency to believe Jane as a woman and disbelieve John as a man. Discussed above, Jane's allegations included claims that were objectively false, including those regarding her alleged STI and BAC. Neither the Hearing Outcome nor the Appeal Outcome

15

addressed these issues – indeed, they almost entirely fail to address anything at all – or made any determination as to Jane's credibility. *See* Compl. at Exhs. 2-3. Rather, they simply took Jane at her word, at the expense of John's education and future. Southwestern entertained a process that perpetuated antiquated stereotypes, in violation of Title IX.

### c.   <u>Selective Enforcement</u>

"A selective enforcement claim needs to allege that either punishment or the decision to initiate enforcement proceedings was motivated by gender bias." *Klocke v. Univ. of Texas*, 938 F.3d 201, 213 (5th Cir. 2019). Further, "male plaintiffs must demonstrate selective enforcement by alleging facts that a female student was in sufficiently similar circumstances and that the female student was treated more favorably." *Doe v. Univ. of Tex. at Austin*, 2019 U.S. Dist. LEXIS 231751 at *7 (W.D. Tex. Nov. 8, 2019).

In this case, Southwestern's favoritism towards Jane is clear. At the outset, Southwestern agreed to investigate her claim against John even though the Policy (and the ability to file a formal complaint under current regulations) is only available to students. *See* Compl. at Exh. 1, Sec. 1 (noting the University will resolves cases "in which students feel they have been violated). Not only that, but Southwestern also found John responsible and sanctioned him on the grounds that the preponderance of the evidence standard was met after a grand jury reviewing the same evidence found a lack of probable cause, in violation of the Policy. *See* Exh. 1 at p. 39 (asserting that the University will not "substitute its own action for that of the state."). Southwestern ignored numerous limitations, of its own making, to pursue Jane's claims. However, John was simultaneously precluded from asserting any claims with Southwestern against Jane, a non-student. In adjudicating claims against John when John could not assert claims of his own, Southwestern unlawfully favored Jane due to gender bias.

Other instances of favoritism by Southwestern towards Jane are readily apparent. For example, and as explained at length, Southwestern opted to believe Jane's version of events even as her allegations, including those related to her "past 2.0" BAC and the STI she could not have contracted from John, were demonstrably false. The Hearing Outcome did not make any determination as to Jane's credibility, even though it was repeatedly called into question. Southwestern blindly accepted Jane's account as true but did not extend the same courtesy to John. Instead, the University concluded that he "failed to counter the evidentiary weight of [Jane's narrative] without offering any specifics in support. *See* Compl. at Exh. 2. John and Jane were in the same situation yet Southwestern treated Jane more favorably. In doing so, Southwestern discriminated against John due to his gender, in violation of Title IX.

### 2. Breach of Contract

"The relationship between a private school and its student is based in contract." *Colli v. Southern Methodist Univ.*, 2011 U.S. Dst. LEXIS 92073 at *8 (N.D. Tex. Feb. 14, 2011). To prove a breach of contract claim, a plaintiff must demonstrate: "(1) the existence of a valid contract; (2) that the plaintiff performed or tendered performance; (3) that the defendant breached the contract; and (4) that the plaintiff was damaged as a result." *Southwell v. University of the Incarnate Word*, 974 S.W.2d 351, 354-55 (Tex. App. 1998).

First, John and Southwestern were party to a valid contract. "[W]here a private college or university impliedly agrees to provide educational opportunity and confer the appropriate degree in consideration for a student's agreement to successfully complete degree requirements, abide by university guidelines, and pay tuition, a contract exists." *Id.* at 356. Further, district courts within this Circuit have concluded that university policies are a part of the contract between a university and its student. *See Pacheco v. St. Mary's Univ.*, 2017 U.S. Dist. LEXIS 94510 at *29 (W.D. Tex.

17

June 20, 2017) (noting that defendant-university's guidelines and its code of conduct were part of its contract with the plaintiff-student). Second, John performed his obligations. John has successfully completed all degree requirements save for nine remaining credits. He also paid tuition and possessed sufficiently strong academic credentials to receive a substantial scholarship.

Third, Southwestern breached the contract in no less than four ways. Specifically, the University: (i) adjudicated Jane's complaint even though it lacked jurisdiction, in violation of the Policy at Sections 1-2; (ii) failed to conduct a prompt, fair, and impartial investigation, in violation of Section 5; (iii) found John responsible even though the preponderance of the evidence standard was not met, in violation of Section 7; and (iv) denied John's appeal even though he met the requisite standard, in violation of Section 12. *See* Compl. at Exh. 1. Finally, John's damages are nothing short of significant. Explained in further detail below, John is at risk of losing educational and employment opportunities, in addition to the substantial reputational harm he faces having been wrongfully expelled as a sexual misconduct offender. Because John's damages are directly attributable to Southwestern's breaches, John is substantially likely to succeed on this claim.

### 3.  Breach of Implied Covenant of Good Faith and Fair Dealing

A duty of good faith and fair dealing accompanies both formal and informal fiduciary relationships. *Su Inn Ho v. Univ. of Tex. at Arlington*, 984 S.W.2d 672, 692 (Tex. App. 1998). "Informal fiduciary relationships may arise in circumstances 'where a special confidence is reposed in another who in equity and good conscience is bound to act in good faith and with due regard to the interests of the one reposing confidence. *Id.*, *citing Texas Bank & Trust Co. v. Moore*, 595 S.W.2d 502, 507 (Tex. 1980). This duty to act in good faith applies to those "discrete, special relationships, earmarked by specific characteristics including: long standing relations, an imbalance of bargaining power, and significant trust and confidence shared by the parties." *Caton*

*v. Leach Corp.*, 896 F.2d 939 (5th Cir. 1990), *citing Aranda v. Insurance Co. of North America*, 748 S.W.2d 210, 212-13 (Tex. 1998).

    This Court has previously found that an informal fiduciary relationship can exist in circumstances similar to those here. *See Colli* at *17-18. Specifically, in *Colli*, the court found that it would be reasonable for a jury to find a fiduciary relationship existed where a student reported certain allegations to the college, and therefore the college was required to inform the student of her rights and to pursue a proper investigation. *Id.* at *18. Similarly, here John informed Southwestern of his account of the incident between him and Jane and trusted that any process would be fair and impartial. This trust was not one-sided, as Southwestern counted on John to be truthful, even though it would later baselessly claim otherwise. Moreover, Southwestern held significant bargaining power. Indeed, not only did the University ignore that it could not adjudicate Jane's claim under the Policy because it lacked jurisdiction, but it also ignored John's procedural rights in the process without any regard to him. This situation is a prime example of one party placing a special confident in another, who was bound to act in good faith and with due regard to the other. Yet, Southwestern failed to do so and breached its fiduciary duty. Southwestern hosted a discriminatory process where John was presumed responsible from the outset and all evidence that he provided to the contrary was ignored. Southwestern expelled John without identifying specific instances where it rejected his story, without making any finding as to Jane's credibility, without rationale as to why expulsion was warranted when he was so close to graduating, and without even identifying the individuals on the Appellate Board with the final say in his fate. The damages that flowed from this breach are significant and include John's expulsion, the smearing of his reputation, and his inability to play collegiate golf or pursue a professional career. Because

4827 3086 4366, v. 2

Southwestern failed to act in good faith towards John and breached its obligations to him, John is substantially likely to succeed on this claim.

### 4. Intentional Infliction of Emotional Distress

An intentional infliction of emotional distress is found where: "(1) the defendant acted intentionally or recklessly; (2) the defendant's conduct was extreme and outrageous; (3) the defendant's conduct caused the plaintiff's emotional distress; and (4) the resulting emotional distress was severe." *Hoffman-La Roche, Inc. v. Zeltwanger*, 144 S.W.3d 438, 445 (Tex. 2004). Conduct is considered to be "extreme and outrageous" where it is "so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized society." *Id.*, *citing Twyman v. Twyman*, 855 S.W.2d 619, 621 (Tex. 1993).

Southwestern concluded that John was a sexual misconduct offender in the face of conclusive evidence to the contrary. When the criminal justice system concluded that not even the lowest standard of proof was met to justify moving forward, Southwestern intentionally took matters into its own hands and substituted its own opinion for that of a grand jury. John demonstrated that Jane's claim related to her STI were false, and her claim related to her BAC was quite literally impossible. Southwestern ignored these facts and took Jane at her word. Punishing John under these circumstances was nothing short of outrageous and directly caused John to suffer severe emotional distress. John now bears the label of a sex offender who is unable to complete his education or enter his desired profession. His distress will only persist because he will be forced to explain the situation to any potential educational institution, sponsor, or employer. John must live with the severe distress he faces having been found responsible for a reprehensible act that he did not commit, and it is not Southwestern's place to belittle his response. Because Southwestern

directed extreme and outrageous conduct towards John, thereby inflicting severe distress, he is likely to succeed on this claim.

### 5. Negligence

A claim of negligence requires a plaintiff to produce evidence of: (1) a legal duty owed by the defendant to the plaintiff; (2) a breach of that duty; and (3) damages proximately caused by that breach. *Hernandez v. Baylor Univ.*, 274 F. Supp. 602, 618 (W.D. Tex. Apr. 7, 2017). Whether a legal duty exists depends on the consideration of numerous factors, including the foreseeability of injury "weighed against the social utility of the actor's conduct", the burden on the actor to prevent the injury, and the "consequences of placing the burden on the defendant." *Id.*

Southwestern owed a legal duty to John. This Court has determined that Texas law can impose a duty of reasonable care upon universities regarding its students. *See id.* at 619. In *Hernandez*, the court found that the college owed a legal duty to a student who had been assaulted by another student. *Id.* Specifically, the court concluded a duty existed because the school was on notice that the offender student had assaulted others, heightening the foreseeability of further injury, and the school "could have taken simple actions" to protect students, but failed. *Id.* The court also found that the social utility of the school's response "was minimal" because of the danger facing other students. *Id.* Similarly, Southwestern owed a duty to John. Southwestern was on notice that the claims against him were fabricated, given the grand jury's "no bill," John's negative STI test, and the impossibility of Jane's BAC claim. The University could have taken simple actions to protect John, including taking basic steps to verify her claims. Southwestern failed to do so and instead took her claims at face value. No social utility underlies Southwestern's actions – a university failing to conduct a fair and thorough hearing process and wrongfully

expelling a student serves no respectable purpose. Because Southwestern could have prevented John's injury, but failed to do so, the University owed him a legal duty.

These same facts show that Southwestern breached its legal duty to John. Southwestern was obligated to provide John with a fair investigative process, which it did not do. The University ignored exculpatory evidence and never questioned Jane's credibility. In expelling John based on her false and retaliatory claims, Southwestern proximately and directly caused harm to John. Explained more below, John's reputation and academic and professional prospects are now imminently threatened by Southwestern's breach. Because Southwestern breached a legal duty that it owed to John, and because John was harmed as a proximate result of the University's actions, John is likely to prevail on this claim.

### B. John Will Suffer Irreparable Harm Absent Injunctive Relief.

Unless this Court grants injunctive relief, John is certain to suffer irreparable harm. To demonstrate irreparable harm, a plaintiff must show that he is likely to suffer harm for which there is no adequate remedy at law. *Winter v. Natural Res. Def. Counsil, Inc.*, 555 U.S. 7, 20 (2008). A lost opportunity to continue with post-secondary education, coupled with the possibility that a student may be unable to pursue meaningful educational opportunities elsewhere while his name remains associated with sexual misconduct, inevitably affects professional prospects and cannot be compensated with monetary damages. *See Plummer v. Univ. of Houston*, 860 F.3d 767 at fn. 10 (5th Cir. 2017) (Judge Edith Jones, dissenting), *citing Doe v. Rector & Visitors of George Mason Univ.*, 149 F. Supp. 3d 602, 622 (E.D. Va. Feb. 25, 2016). Further, "[c]ertainly stigmatization as a sex offender can be a harsh consequence for an individual who has not been convicted of any crime, and who was not afforded the procedural protections of criminal proceedings." *Plummer* at fn. 10, *citing Doe v. Brandeis Univ.*, 177 F. Supp. 3d 561, 602 (D. Mass. Mar. 31, 2016) ("If a

4827 3086 4366, v. 2

college student is to be marked for life as a sexual predator, it is reasonable to require that he be provided a fair opportunity to defend himself and an impartial arbiter to make that decision.").

Additionally, numerous courts have found that college athletes would suffer irreparable harm absent injunctive relief where their ability to compete was eliminated. *See Lazor v. Univ. of Conn.*, 2021 U.S. Dist. LEXIS 99490 at *18-19 (D. Conn. May 26, 2021); *Biediger v. Quinnipiac Univ.*, 616 F. Supp. 2d 277, 291-92 (D. Conn. May 22, 2009) ("Courts have consistently held that, given the fleeting nature of college athletics, plaintiffs will suffer irreparable harm by losing the opportunity to participate in their sport of choice on a continuous and uninterrupted basis."); *see also Mayerova v. E. Mich. Univ.*, 2019 U.S. Dist. LEXIS 9373 at *4 (6th Cir. 2019) (noting that "each passing sports season counts as irreparable harm" for college athletes who are prevented from playing).

John is facing severe harm that monetary damages simply cannot remedy. John's expulsion precludes his ability to complete his remaining nine credits, which can only be completed at Southwestern. Transferring would require not only additional tuition, but significant time and effort as John would be forced to make up the credits that the transferring university would not accept. Further, it is common practices for universities to require that students attend for two years prior to conferring a degree. Denying injunctive relief would also permit John's reputational harm to persist. Southwestern expelled John and bestowed the label of a sexual misconduct offender upon him – after the Texas criminal justice system refused to do so – while simultaneously violating federal and state law. Courts have recognized that the stigma associated with such a label is significant.

Separately, without injunctive relief, John's athletic, economic, and professional opportunities will be lost. Injunctive relief will permit John to play on the golf team in the fall,

23

allowing him to use his remaining eligibility and attract sponsors before entering the professional golf arena after he graduates. In contrast, denying injunctive relief will deprive him of his right to play golf on a professional and uninterrupted basis. Not only would John not be able to play and attract future sponsors in college tournaments, but any hope of attracting sponsors through independent tournaments would be eviscerated given his label as a sexual misconduct offender. Granting John a preliminary injunction is the only way to keep his academic, athletic, and professional opportunities, and his reputation, intact.

### C. **The Balance Of Hardships Favors John.**

The balance of hardships dramatically favors John. An order vacating the sanction and clearing John's record will not harm Southwestern more than John would be harmed absent injunctive relief. As described, John is facing irreparable injury to his reputation and academic career. John's ability to play collegiate and professional golf, and earn a livelihood, is now comprised, perhaps forever, before his career can even take off. No great hardship would be imposed on the University by John's return, as John only wishes to complete his remaining nine credits. It also bears repeating that throughout his time at Southwestern, the University considered him a desirable enough student that it granted him a prestigious, and substantial, scholarship. Southwestern will face no great hardship in permitting a student it never should have expelled from paying tuition and receiving his degree. Accordingly, the balance of equities lies strongly in favor of John.

### D. **Injunctive Relief Will Promote The Public Interest.**

Lastly, injunctive relief in this case will promote the public interest. "The public interest is certainly served by promoting compliance with Title IX." *Doe v. Wood County Bd. of Educ.*, 888

F. Supp. 2d 771, 778 (S.D. W.V. Aug. 29, 2019), *citing Barrett v. West Chester Univ. of Pa. of State Sys. of Higher Educ.*, 2003 U.S. Dist. LEXIS 21095 at *15 (E.D. P.A. Nov. 12, 2003).

The public has an interest in ensuring that Southwestern's disciplinary process comports with the standards imposed by Title IX. Public interest is also promoted in ensuring that an individual's reputation is not baselessly degraded due to false allegations of sexual misconduct. The interest promoted by permitting a school to enforce its policies does not rise to the same level because the public interest is necessarily diminished where the school's policies fall short of federal requirements. The public interest is best served by granting John injunctive relief.

## IV.   <u>CONCLUSION</u>

John is at risk of irreparable harm and has met the criteria for preliminary injunctive relief. For the aforementioned reasons, John respectfully requests that his Motion for Preliminary Injunction be granted, such that his expulsion is vacated, he may return to school to complete his degree and play golf, and all references to the disciplinary process and sanction are removed from his academic record.

Respectfully submitted,

*/s/ David Kenneth Sergi*
David Kenneth Sergi (No. 18036000)
Katherine Frank (No. 24105630)
Sergi and Associates P.C.
329 S. Guadalupe St.
San Marcos, TX 78666
P: (512) 759-8495
F: (512) 392-5042
E: david@sergilaw.com
   katie@sergilaw.com
*Local Counsel for Plaintiff*

Susan C. Stone*
Kristina W. Supler*
KOHRMAN JACKSON & KRANTZ LLP
1375 E. 9th St., 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com
*Motion to Admit Pro Hac Vice pending

Counsel for Plaintiff John Doe

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Plaintiff's Motion for Preliminary and Permanent Injunction was filed electronically on this 21st day of June, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ David Kenneth Sergi
David Kenneth Sergi

4827 3086 4366, v. 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | CIVIL ACTION NO.: 1:21-cv-541 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| SOUTHWESTERN UNIVERSITY and | § | |
| SHELLEY STORY, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**

# EXHIBIT 1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Exhibit 1 to Plaintiff's Motion for Preliminary and Permanent Injunctions was electronically filed this 21st day of June, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Respectfully submitted,


*/s/ David Kenneth Sergi*
David Kenneth Sergi



SOUTHWESTERN UNIVERSITY

OFFICE OF STUDENT LIFE

# 2021 Student Handbook

# Southwestern University

## Student Handbook & Planner
## 2021-22

### Southwestern University's Institutional Mission Statement

*Officially adopted by the faculty and the Board of Trustees
in 1972, amended in 2001, 2008 and 2011*

Southwestern University, under the auspices of the United Methodist Church, is committed to undergraduate liberal education involving both the study of and participation in significant aspects of our cultural heritage, expressed primarily through the arts, the sciences, the institutions and the professions of society. As a teaching-learning community, Southwestern encourages rigorous inquiry and scholarship, creative teaching and the expression of free human life. The University seeks to involve the student in finding a personal and social direction for life, developing more sensitive methods of communication, cultivating those qualities and skills which make for personal and professional effectiveness, and learning to think clearly and make relevant judgments and discriminations.

### Southwestern University's Core Purpose

Fostering a liberal arts community whose values and actions encourage contributions toward the well-being of humanity.

### Southwestern University's Core Values

Cultivating academic excellence.

Promoting lifelong learning and a passion for intellectual and personal growth.

Fostering diverse perspectives.

Being true to oneself and others.

Respecting the worth and dignity of persons.

Encouraging activism in the pursuit of justice and the common good.

# Southwestern University's Honor Code

A major opportunity presented to students of Southwestern is the privilege of studying under the Honor Code and participating in the maintenance of that Code. The Southwestern University Honor Code, which dates back to at least 1907, is one of the oldest in the United States. Students have established the Honor Code, wherein their integrity is respected and their work is accepted as completely valid. Under the Honor Code, students write term papers, take examinations without proctors, and have the freedom to leave the room at will during tests.

While the responsibility for maintenance of this Honor Code rests on every individual student, the mechanics for the maintenance of the Code are carried out by the Honor Code Council. The Honor Code is concerned with academic honesty. It provides an opportunity for students to be trusted with the responsibility of upholding the Honor Code at Southwestern. This responsibility requires two things. First, students must not violate the Code. A violation consists of any act of academic dishonesty in or out of the classroom. Second, students are required to report to the Honor Code Council any violation, which they might observe.

Matriculation at Southwestern University is manifestation of acceptance of the Honor Code and its implications.

Note: To learn more about Southwestern's Honor Code, review the Constitution of the Honor Code which begins on page 93 of this *Handbook*.

*Southwestern University is accredited by the Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) to award baccalaureate degrees. Contact SACSCOC at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Southwestern University.*



S O U T H W E S T E R N
U N I V E R S I T Y

May 17, 2021

Dear Southwestern Student,

As this handbook goes to print, our world and our campus community continue to navigate the complex and ongoing challenges of a pandemic that has lasted for more than a year, during which many elements of the typical student experience have been affected. While we do not yet know how the 2021-22 academic year will look, our promise to you is to prioritize the health and safety of our community while working to support your engagement and success on campus by offering as many in-person programs and services as possible.

In the division of Student Life, we are committed to developing and graduating students who make meaning of their SU experiences and apply that learning to make a difference in their communities. Student Life fosters a challenging, supportive environment in which the uniqueness of each individual is respected and valued by implementing accessible programs and delivering services that provide values-centered education of the whole person. These co-curricular programs and services facilitate students' development of competencies and reflect a shared responsibility for student learning within our residential liberal arts community. You will have the opportunity to engage in these programs and other activities, work closely with advisors and faculty, and get involved with organizations that align with your personal growth objectives. We invite you to engage mindfully in campus activities, and will help you learn to reflect on your experiences and articulate the value of those experiences to others.

At Southwestern University, students are held to high standards of behavior both on and off campus. By enrolling, you have voluntarily become part of a community where respect for others is the norm. You are expected to take personal responsibility for your conduct, to follow policy, obey the law, and to respect the rights of all members of the community. Your compliance with policy and empathy for others are even more critical to our community in times of pandemic. This Student Handbook includes information about campus services, the University Honor Code, grading, the judicial system and other important policies and procedures.

You have joined a wonderful, supportive community. I wish you a productive and rewarding year and look forward to engaging with you during our time together at Southwestern University.

Sincerely,

Jaime J. Woody
Vice President for Student Life

**Officers of the Ad**

Laura Skandera Trombley, BA, MA, PhD ................................................... President
Thomas Delahunt, BS .....Vice President for Strategic Recruitment and Enrollment
Alisa Gaunder, BA, MA, PhD ................................................... Dean of the Faculty
Scarlett Foster Moss, BA................ Vice President for Integrated Communications
Paul Secord BA, MEd, MS ......................... Vice President for University Relations
Patricia Witt, BA .............................................. Executive Assistant to the President
and Liaison to the Board of Trustees
Jaime Woody, BA, MS.............................................. Vice President for Student Life

**Student Life Staff ............................... Campus Phone # Ext (512-863-xxxx)**

Jaime Woody, Vice President for Student Life..................................................................1582
Stefanie Alvarez, Executive Administrative Assistant for Student Life...............................1582

Valerie Adams, Police Officer............................................................................................1944
Oliver Agger-Shelton, Assistant Director of Student Activities.........................................1874
Alexandra Anderson, Associate Director of Center for Career & Professional Development...1265
Tina Bach, Communications Coordinator for University Police.........................................1944
Purna Bajekal, Psychologist .............................................................................................1252
Andy Bonczyk, Director of Food Services (Sodexo) .........................................................1901
Jason Bonick, Director of Counseling and Health Center ................................................1252
Anna Castillo, Associate Director of SIRA.......................................................................1783
Lisa Dela Cruz, Director of Mosaic .................................................................................1957
Brad Dunn, Chief of Police ..............................................................................................1944
Allison Everett, Resident Director of Residence Life ........................................................1670
Frank Hense, Pirate Bike and Public Service Assistant .....................................................1944
Connie Hicks, Admin. and Medical Assistant - Counseling & Health Center .................1252
Terri Johnson, Assistant Dean for Student Multicultural Affairs ......................................1342
Donald Klepac, Police Officer ..........................................................................................1944
Stacy Leeber, Registered Nurse .........................................................................................1252
Rachel McNally, Psychologist ...........................................................................................1252
Pat Murray, Police Sergeant ..............................................................................................1944
Leslie Nobles, Assistant Director of Residence Life ..........................................................1863
Daniel Orozco, Director of Center for Career & Professional Development......................1346
Chris Reyes, I-CORPS Program Coordinator....................................................................1257
Joseph Ribar, Police Officer ..............................................................................................1944
Felipe Santiago Rocha, Health Educator...........................................................................1396
Jim Seals, Assistant Chief of Police ...................................................................................1944
Jennifer Spiller, Family Nurse Practitioner & Health Services Manager ...........................1252
Shelley Story, Dean of Students.........................................................................................1281
Derek Timourian, Associate Dean for Student Life, SIRA Dir & Dir of Student Activities.....1665
Marie Worsham, Psychologist............................................................................................1252

**Athletics Staff ....................................... Campus Phone # Ext (512-863-xxxx)**
Glenn Schwab, Director of Intercollegiate Athletics ........................................1697
Denise Barnes, Assistant to the Athletic Director/Accounting Assistant ..........................1353

Joe Austin, Head Football Coach/Offensive Coordinator ................................1019
Miguel Benavides, Associate Athletic Trainer................................1385
John Bishop, Asst. Football Coach - Wide Receivers........................................1325
Jesse Blanchard, Athletics Communications Director ....................................1254
Bill Bowman, Head Men's Lacrosse Coach................................1781
J.C. Bunch, Head Men's Baseball Coach ....................................1386
Marco Carvalho, Assistant Men's Soccer Coach ............................................1782
Steven Cary, Head Men's/Women's Cross Country & Asst Track Coach ..........................1615
Shea Davisson, Associate Director of Athletics - Senior Women's Administrator ............1618
Emerald Doria, Head Women's Softball Coach ................................1408
Jon Duncan, Head Men's/Women's Swimming/Diving Coach ........................1399
Kenneth Eboh, Head Track & Field Coach ....................................1017
Kingsly Edward, Assistant Equipment & Facilities Manager............................1645
Chad Ellis, Assistant Football Coach - Special Teams Coordinator/Safeties.....................1026
Annabel Fidler, Athletic Communications & Digital Media Coordinator.......................1615
Don Flora, Head Women's Volleyball Coach ................................1533
Georgina German, Assistant Women's Basketball Coach ................................1154
Zac Graham, Assistant Men's Basketball Coach .............................................1054
Greta Grothe, Head Women's Basketball Coach ............................................1335
Kaitlyn Hafdell, Head Women's Lacrosse Coach............................................1332
Linda Hamilton, Head Women's Soccer Coach ............................................1531
Sarah James, Assistant Men's/Women's Swimming/Diving Coach ...................................1350
Bill Kriesel, Assistant Football Coach, Defensive Coord & Academic Success.................1331
Connor Kuykendall, Head Men's Basketball Coach ........................................1844
Mike Markland, Assistant Men's Lacrosse Coach ..........................................7318
Nick Mask, Assistant Football Coach - Running Backs ....................................1330
Catherine Mitts, Assistant Athletic Trainer ....................................1768
Mike Montgomery, Assistant Men's Baseball Coach. ......................................1623
John Norcott, Head Strength and Conditioning Coach.....................................1322
Dustin Norman, Head Men's Soccer Coach ................................1532
Felix Oskam, Assistant Women's Soccer Coach ............................................1714
Billy Porter, Head Men's/Women's Tennis Coach..........................................1789
Kaitlyn Hafdell, Head Women's Lacrosse Coach............................................1332
Douglas Ross, Assistant Athletic Director....................................1611
Thomas Ross, Associate Head Football Coach/Co-Offensive Coordinator.......................1018
Greg Sigler, Head Men's/Women's Golf Coach ................................1641
Mike Torres, Head Equipment & Facilities Manager.....................................1645
Deborah Urbanek, Administrative Assistant for Athletics ................................1381
Jena Whitley, Head Athletic Trainer ............................................1316

**Center for Academic Success and Registrar Staff** ............**Campus Phone # Ext**

Sean Smith, Registrar ...................................................................................................1952
David Seiler, Director of Academic Success ...................................................................1809
Jennifer Smull, Associate Director of Academic Success................................................1286
Renee Burrell, Academic Success Coordinator..............................................................1401
Jennifer Kisel, Assistant Registrar.................................................................................1952
Nadia Mahannah, Associate Registrar...........................................................................1952
Terri Torreabla, Registrar Specialist..............................................................................1952

**Office of Advising and Retention Staff** ...........................**Campus Phone # Ext**

Jennifer Leach, Director of Advising and Retention......................................................1886
Abigail Lewing, Assistant for Advising and Retention...................................................1284

**Center for Integrative Learning Staff** .............................**Campus Phone # Ext**

Sarah Brackmann, Senior Director of Integrative and Community-Engaged Learning ....1987
Christine Vasquez, Sr. Administrative Assistant for Center for Integrative Learning.........1752
Monya Lemery, Director of Study Abroad and International Student Services................1857
Meaghan Bellande, Assistant Director of Study Abroad & International Student Services ..1857
Ben Belz, Assistant Director of Integrative Learning .....................................................1987
Dana Luna, Assistant Director of Internships and Employment Development ................1671
Austin Painchaud, Internship and Employment Developer ............................................1752

## In Case of Emergency:  Dial  911

Several seconds may pass before a connection is made to 911. Do not hang up!

**From a campus phone - dial 0 (zero) for the campus operator and 1944 for SU Police.**

**From a cell phone - dial 512-863-6511 for the campus operator and 512-863-1944 for SU Police.**

### Statement of Nondiscrimination:

Southwestern University's recruitment and admission of students, awarding of financial aid and operation of programs and facilities are without regard to sex, race, color, religion, age, disability, national or ethnic origin, sexual orientation, gender identity/transgender status, or any other impermissible factor.  Southwestern University is also committed to compliance with Title IX of the Education Amendments of 1972, which prohibits sex discrimination in federally funded education programs and activities, including sexual misconduct.  The Southwestern University Title IX Coordinator is Elma Benavides who can be reached at benavide@southwestern.edu or by phone, 512-863-1441.

### Campus Safety & Security Act of 1990:

Southwestern University, like all colleges and universities which receive any federal funding, is required to record and report the incidence of certain criminal activities which have occurred on campus over the previous three years. In addition, schools will provide information on local counseling services and procedures for campus disciplinary action in sex offense cases and campus alcohol and drug policies.  Southwestern's most recent report may be obtained by writing: Dean of Students, Southwestern University, P.O. Box 770, Georgetown, TX 78627 or by telephoning 1-800-252-3166 in the USA or 512-863-1200.

**Important Note:** Southwestern University reserves the right to make changes in its announced policies and programs as economic conditions, efficient operation, or circumstances beyond the University's control may require. Errors or omissions in this *Handbook* are subject to the appropriate University legislation which takes precedence over the language of University publications.  The printed 2021-22 version of the *Handbook* was updated with current University policies as of May 2021, however, the most recent version of the *Handbook* can always be found online at https://www.southwestern.edu/life-at-southwestern/student-handbook/.

| | | |
|---|---|---|
| **I.** | **Student Life at Southwestern**.................................................1 | |
| **II.** | **University Governance Structures**...........................................2 | |
| **III.** | **Statement on Religious Diversity** ...........................................4 | |
| **IV.** | **Student Services** ......................................................................4 | |
| | Academic and Cultural Events ......................................................4 | |
| | Academic Success and Registrar.....................................................5 | |
| | Alumni and Parent Relations.........................................................6 | |
| | Bookstore.......................................................................................7 | |
| | Business Office................................................................................7 | |
| | Center for Career & Professional Development.............................8 | |
| | Center for Integrative Learning.....................................................8 | |
| | Counseling and Health Center.....................................................10 | |
| | Cross Cultural Center ...................................................................11 | |
| | Dean of Students ..........................................................................11 | |
| | Diversity Education ......................................................................12 | |
| | Food Service..................................................................................12 | |
| |     Mabee Commons Dining Hours.......................................14 | |
| |     The Cove Hours................................................................14 | |
| | Information Technology................................................................15 | |
| | Intercollegiate Athletics................................................................15 | |
| | Intramural and Recreational Activities (SIRA)............................16 | |
| | Library..........................................................................................17 | |
| | Mail Service ..................................................................................17 | |
| | Marketing and Communications .................................................18 | |
| | Mosaic and the Residential Experience.........................................18 | |
| | Recreational/Athletic Facilities and the Robertson Center .........19 | |
| | Residence Life and Housing..........................................................20 | |
| | Scholarships and Financial Aid.....................................................20 | |
| | Spiritual and Religious Life ..........................................................20 | |
| | Student Activities .........................................................................21 | |
| | Student Life ..................................................................................21 | |
| | University Police ...........................................................................21 | |
| **V.** | **Student Organizations**............................................................22 | |
| | Current Student Organizations ....................................................22 | |
| | Student Media ..............................................................................22 | |
| | Student Government Association (SGA)........................................22 | |
| | Rules for Student Organizations...................................................23 | |
| | Event Scheduling by Student Organizations.................................25 | |
| | Student Organization Fundraising Events Policy..........................28 | |
| **VI.** | **Policy Relating to Official Student Media** ............................29 | |

**VII.    The Residential Experience....................................................................31**
     On-Campus Residency Requirement ......................................................32
     Resident Bill of Rights............................................................................32
     Residence Hall Staff Members................................................................32
     Housing Services and Terms...................................................................33

**VIII.    University Policies..................................................................................39**
     Personal Conduct Policies ......................................................................39
          Alcohol and Other Drugs Policy .........................................................40
          SU On-Campus Alcohol and Drug Guidelines for Sanctions ..............46
          Abandoned Property/Lost and Found ..................................................48
          Bike Racks ..........................................................................................48
          Camping..............................................................................................48
          Computing Policy................................................................................48
          Continuous Disregard for University Policies .......................................48
          Disciplinary Status and Eligibility ......................................................48
          Dishonesty..........................................................................................49
          Disruption ..........................................................................................49
          Drugs..................................................................................................49
          Exotic Dancers....................................................................................49
          Fire Alarms and Drills.........................................................................49
          Fire and Fire Safety Systems ...............................................................49
          Firearms, Fireworks, Ammunition, Explosives,... (Weapons Policy).....49
          Freedom of Association .......................................................................50
          Gambling............................................................................................50
          Harassment.........................................................................................50
          Hate Crimes........................................................................................51
          Hazing ................................................................................................52
          Involuntary Withdraw ........................................................................52
          Loitering.............................................................................................52
          Mopeds and Motorcycles ....................................................................52
          Official Communication ......................................................................52
          Official Directives ...............................................................................53
          Other Personal Conduct .....................................................................53
          Pandemic Response.............................................................................53
          Photograph Release.............................................................................53
          Physical Assault/Fighting.....................................................................54
          Pirate Bikes ........................................................................................54
          Prohibited Items.................................................................................54
          Protests and Demonstrations...............................................................55
          Public Information Act (Open Records)...............................................55
          Representing the University .................................................................55
          Retaliation .........................................................................................55
          Rollerblading/Skating..........................................................................55
          Service Animals...................................................................................55
          Sexual Misconduct..............................................................................56
          Smoking and Vaping...........................................................................56
          Soliciting and Selling..........................................................................56
          Swimming/Wading Pools....................................................................56
          Travel .................................................................................................56
          Unauthorized Access .........................................................................56
          Vandalism ..........................................................................................56

Publicity Regulations ...............................................................57
Smoking and Vaping Policy........................................................59
Dog Policy ..............................................................................59
Comprehensive Pet Policy .........................................................60
Additional University Policies....................................................61
    Drug-Free Workplace Policy...................................................61
    Ethics and Business Conduct Statement.................................61
    Policy on Patents, Copyrights and Trade Secrets....................62
    Whistle Blower Policy and Confidential Campus Hotline ..................62

**IX.  Judicial Policy .......................................................................62**
Reporting Procedures ...............................................................63
University Committee on Discipline.............................................65

**X.  University Sexual Misconduct Policy.....................................72**

**XI.  Student Sexual Misconduct Policy.......................................72**
Definition of Sexual Misconduct................................................74
Immediate Response Options.....................................................77
Sexual Misconduct Reporting and Resources .............................79
Sexual Misconduct Hearing Board .............................................80
Typical Sanctions ....................................................................87
Other Sexual Misconduct Information and Policy Definitions .................89

**XII.  Honor Code .............................................................................92**
Honor Code Council .................................................................92
Constitution of the Honor Code of Southwestern University..................92
Constitution of the Honor Code Council of Southwestern University .....94

**XIII.  Hazing...................................................................................97**
Definitions...............................................................................98
Personal Hazing Offense ...........................................................99
Organization Hazing Offense....................................................100
Immunity from Prosecution Available .......................................100

**XIV.  Academic Policies and Information....................................101**
Academic Rights for Students....................................................101
Program and Classroom Modifications for Students with Disabilities.....103
    Academic Accommodations ..................................................103
    Disability-Related Course Substitution Policy & Procedure ..............104
    Attendance Accommodation Policy.......................................106
    Student Confidentiality.......................................................107
Grievance Policy for Students with Disabilities.......................107
Academic Advising..................................................................109
Declaring a Major ..................................................................110
Degree Plans .........................................................................110
Class Attendance & Absence Policies...........................................110
    Student Attendance & Excused Absences.............................111

Religious Holiday Absence ...............................................112
Procedures for Notifying Faculty of an Absence..................112
Involuntary Withdrawals...................................................113
Late Withdrawals .............................................................113
Retroactive Withdrawals ..................................................113
Evaluations, Examinations, Grades...........................................113
Study Days...............................................................................114
Reporting of Grades.................................................................114
Procedure for Changing Grades ...............................................115
Appeal of Grades......................................................................115
Retention of Examination Papers & Term Papers .....................117
Official Transcripts...................................................................117
Course Evaluations...................................................................117
Eligibility for Off-Campus Study .............................................117
Student Leave of Absence..........................................................118
Academic Standards Committee................................................118
Software & Intellectual Rights .................................................118
Academic Calendar (2021-22) .................................................120

XV.    Late Payment Fee Policy....................................................122

XVI.   Safety and Security Information.........................................124
Crime Prevention.....................................................................124
Patrol ......................................................................................125
Landscaping & Lighting ..........................................................125
Statistics..................................................................................125
The Student's Responsibility.....................................................126
Timely Warning Reports (SU Crime Alerts)..............................126
Emergency Notifications (SU Alerts).........................................127

XVII.  Traffic and Parking Regulations ........................................128

XVIII. Notification of Rights Under FERPA: Student's Records Access .......131

XIX.   Sexual Harassment Policy...................................................133
Policy & Definition..................................................................134
Examples of Sexual Harassment and Retaliation.......................135
General Procedures for Handling Complaints............................136
University Disciplinary Actions and Penalties...........................140
Retaliation ..............................................................................141
False Accusations......................................................................141

XX.    Quick Referral....................................................................141

XXI.   Campus Map......................................................................146

# I. Student Life at Southwestern

**Student Life fosters a challenging, supportive environment in which the uniqueness of each individual is respected and valued by implementing accessible programs and delivering services that provide values-centered education of the whole person. These co-curricular programs and services facilitate students' development of competencies and reflect a shared responsibility for student learning within Southwestern University's undergraduate residential liberal arts community.**

—*Student Life Mission Statement (Reaffirmed, May 2020)*

Undergraduate years can be an extraordinary, life-changing experience, one that presents many students with their first opportunity to live independently from family and to take responsibility for all their own decisions, great and small. The Division of Student Life promotes students' development by creating an environment rich with opportunities to build leadership and teamwork skills, to build character, to align values and behaviors, and to be an active citizen. We value and support student learning wherever it takes place -- in the classroom, the laboratory, and the library, certainly, but also in the residence halls, in student organizations, in internships, in the dining hall, and in moments of conflict or of collaboration.

The Division of Student Life includes the center for career and professional development, counseling and health services, dean of students, diversity education, housing, intercollegiate athletics, intramural and recreational activities, mosaic and the residential experience, spiritual and religious life, student activities, and the University police department. Members of the Student Life staff spend time with students in advising, mentoring, and general counseling roles, both providing information or guidance and addressing more serious personal or academic problems. More information can be found on our web pages at https://www.southwestern.edu/life-at-southwestern/.

We take a coordinated approach to the co-curricular experience by encouraging students to be mindful as they choose from among the broad variety of opportunities to engage. There's a perfect balance, different for each student, between academics, team and organization membership, work, and down time. By engaging with intention and reflecting on the value of each component of their involvement, students can find their perfect balance. In all of our work, we share the common goal of making certain that Southwestern students have the opportunity for full development as persons.

## II. Universit

Southwestern University operates under a charter issued by the state of Texas. Final responsibility for governance of the institution is invested in the Board of Trustees. This Board discharges its responsibility through the President whom it chooses. The President is the chief executive officer of the University. The President is joined by other officers, vice presidents, deans, and directors who make up the administration. The faculty and students also play very important roles in the governance process.

In the Spring of 2014, the University adopted a new Committee Structure (see diagram on opposite page). The following is the Preamble, which describes the new Committee Structure.

The purpose of the committee system is to provide a structure for University planning. To that end, it is designed to promote the broadest possible exchange of ideas among administrators, faculty, staff, and students in a way that recognizes the inescapable interdependence of all stakeholders within the University. It provides for initiatives and referrals of policy issues and for the implementation of existing policy.

The committees and offices within the committee system have a variety of functions and engage with sometimes distinct, sometimes overlapping areas of concern. For the most part, their function is to provide advice within a particular area or to carry out established policy. In some cases, such as the University faculty's responsibility to "concern itself with all matters connected with the educational program of the University" as stipulated in the University bylaws, they have decision-making responsibility. In every case, they are tasked as working groups with promoting the success of the University and helping it fulfill its core mission.

Those participating on University committees are responsible for establishing clear channels of communication among stakeholders and with other committees, recognizing that open and coordinated effort will support the welfare and success of the University in both the short and long term.

The committee system presented in the diagram marks out 5 key zones: Curriculum, Faculty Affairs, Planning and Budget, Staff Affairs, and Student Affairs. These zones are not discrete. Concerns, discussions, questions, and initiatives related to planning and the conduct of University life will necessarily flow across those zones, involving committees and offices in several or even all of them.

*— Approved by the Faculty on May 6, 2014*

# III. Statement on Religious Diversity

Southwestern University is a crossroads for a range of communities. We are a meeting place for and home to a wide array of cultures, generations, academic disciplines, and perspectives. Consonant with the educational mission of The United Methodist Church, our United Methodist heritage, and Southwestern University's Core Purpose – fostering a liberal arts community whose values and actions encourage contributions toward the well being of humanity – we recognize that

## Visual Overview of the Committee Structure

**Curriculum**

*Academic Departments and Programs*
*Academic Standards Committee*
*Curriculum Committee* *
*FYS/AES Committee*
*Institutional Animal Care and Use Committee*
*Institutional Review Board for Human Research*
*Intercultural Programs and Perspectives Committee*
*Paideia Committee*
*Pre-Med Advisory Committee*

**Faculty Affairs**

*Awards and Honors Committee*
*Emeritus Faculty Committee*
*Faculty Status and Review Committee*
*Faculty Steering Committee* *

**Planning & Budget**

*Academic Assessment Committee*
*Diversity Enrichment Committee*
*Committee on Advising, Retention, and Enrollment*
*Campus Improvements & Space Utilization Committee*
*Information Services Committee*
*Safety Committee*
*Strategic Planning Committee* *
*Sustainability Committee*

**Staff Affairs**

*Staff Steering Committee* *

**Student Affairs**

*Committee on Prevention and Wellbeing*
*Honor Code Council*
*Sexual Misconduct Hearing Board*
*Student Government Association* *
*University Committee on Discipline*



3

diversity in one catego

ing place for differing religious beliefs and practices as well as spiritualities, and we encourage, and are committed to providing institutional support to a diversity of such traditions, and we understand that an enlightened model of religious diversity also encourages the presence and perspective of humanists, agnostics, and atheists.

We are committed to making it as easy as possible for students, faculty, and staff to participate in the celebrations and observances of their respective faith communities. We facilitate participation of Southwestern students in religious communities beyond the campus, and welcome our neighbors to religious practices and celebrations on campus.

Our goal is to be respectful and appreciative of our various religious and non-religious traditions. We seek to provide educational opportunities for each of us to learn about one another's cultures and practices. Dialogue can sometimes be painful; the legacies of intolerance run through the histories of almost all religious and secular traditions. Respectful dialogue, nevertheless, is the first step in modeling a peaceful world, in welcoming what is strange, in making new friends, and in deepening our lives. Indeed, no position should be imposed from one person on another. We welcome dialogues based on mutual consent in which the explanation of each person's secular or religious position is offered.

# IV. Student Services

## Academic and Cultural Events

**Chapel:** The Lois Perkins Chapel is open daily for prayer and meditation from 8 a.m. to midnight. Across the breezeway is the Multi-Faith Prayer Room adjacent to the chapel that is available for small group meetings and individual prayer. There are some items available for use, like prayer mats, meditation seats, and prayer books. If you have additional needs for your spiritual/religious practice, please contact the University Chaplain. Information about chapel services can be found on the Spiritual and Religious Life website and Southwestern calendar. Sunday worship services are held on special occasions in the life of the University including Welcome Week and Homecoming. Candlelight is held each year during the first week of December in celebration of the Advent and Christmas seasons. A Baccalaureate service is offered the evening prior to Commencement. Recognized University groups may reserve the Chapel and/or prayer room for meetings and special programs. For more information, contact the University Chaplain at 512.863.1527.

**Fine Arts:** The Sarofim School of Fine Arts offers a full season of visual and performing art events in collaboration with the faculty of Art and Art History, Music, and Theatre Departments. Performances, exhibits and lectures are born from the academic needs of each of the departments within the School of Fine Arts.

The Art and Art History Department supports a teaching gallery that provides students the opportunity to view works of art on campus. Some of the most talented, dedicated and passionate practicing

$\overline{4}$

professionals in program of gallery exhibitions and lectures by visiting artists and scholars. Senior art students also exhibit their work in the Gallery each year.

The Music Department presents numerous performances by guest artists, faculty, and student ensembles. The Department offers a wide range of musical ensemble classes in which all students may enroll for academic credit. Students wishing to enroll and perform in any ensemble should contact the Professor of the Ensemble for details. Each ensemble typically performs one concert each semester. The large ensembles are: Southwestern University Orchestra, Southwestern University Wind Ensemble, Southwestern University Jazz Band, Southwestern University Chorale and Southwestern University Opera Theatre. Southwestern University Singers is appropriate for non-music major singers.

The Theatre Department produces four main-stage plays each year. Auditions are open to all students. They are eligible to participate as cast or crew, and earn academic credit.

All events at the Sarofim School of Fine Arts are free for students. Theatre productions and some music concerts require a ticket. Please call the Box Office at 512.863.1378 for more information or to reserve a ticket.

**Lecture Series:** Through endowed funds and annual gifts, the University brings prominent speakers to campus each year to provide opportunities for students and the community to learn about and discuss issues of life and culture. The lectures are designed to interrelate academic activity with life on campus and to reflect Southwestern's commitment to promoting lifelong learning and passion for intellectual and personal growth. The Brown Symposium brings scholars of national and international distinction to campus to participate in symposia on different topics biennially. The biennial Roy and Margaret Shilling Lecture Series presents renowned speakers on topics relating to ethics, public service, and public policy.

## Academic Success and Registrar

The Center for Academic Success and Registrar provides students with comprehensive, individual academic support. Students are encouraged to visit with a staff member in Academic Success for assistance with time management, study skills, concern about individual academic performance and motivation, and for information about academic policies and procedures.

The Center for Academic Success also coordinates services for students with disabilities who need academic accommodations in specific courses, program modifications, or other academic assistance. Please call 512.863.1286 for more information or to make an appointment with an Academic Success staff member.

The Office of the
transcript evaluations, room scheduling, degree completion and the University *Catalog*.

Also located in the Center for Academic Success and Registrar is the Office of Advising and Retention. The Office of Advising and Retention coordinates the academic advising system and works collaboratively across campus to evaluate current and implement new retention programs/strategies, as well as initiates outreach to students to help you continue your academic path at SU.

## Alumni and Parent Relations

The Alumni and Parent Relations staff coordinates University programs involving alumni and parents of current students. Contact this office for information on Sprog Parent Orientation, Family Day, Charter Day, Homecoming, the Southwestern Ring Program (for students with at least 75 credit hours),Grad Fair, SING!, the Southwestern University Alumni Association, young alumni engagement, Student Foundation and the Student Philanthropy Council. Student Foundation serves as the University's student ambassador organization, and the Student Philanthropy Council educates students on the impact of giving back to Southwestern.

The Southwestern University Alumni Association is a non-dues paying organization with more than 16,000 members. The Association's vision is to provide a lifelong *Southwestern Experience* for alumni. Alumni status is granted to any person who is no longer enrolled at Southwestern University who has earned at least 24 credit hours. All alumni receive invitations to Association events held around the country, the Southwestern magazine, e-newsletters, career and professional development support and much more.

All students are granted access to Southwestern's digital network Pirate-Connect (pirateconnect.southwestern.edu) and the online Alumni Directory (southwestern.edu/alumni/directory) to enhance their professional networks. Additionally, sophomores, juniors, and seniors are invited to participate in the Alumni Network Mentoring Program, which connects them with alumni, based on professional interest, major, student organization involvement, and other areas of academic and co-curricular life.

Student groups may request addresses of former students. Please allow one week for lists or mailing lists to be processed. The Office of Alumni and Parent Relations is located in the Wilhelmina Cullen Welcome Center. You may reach the Alumni and Parent Relations staff by phone at 512-863.1410 and by e-mail at alumni@southwestern.edu and parents@southwestern.edu.

**Student Philanthropy:** Because Southwestern University is an independent university, it has always depended upon the loyal support of its students, alumni, parents and friends to maintain its tradition of excellence. As students, you may help with this effort by participating in Student Philanthropy Council events and activities on campus. This includes making an annual gift as an expression of appreciation for your *Southwestern Experience*. Popular giving opportunities for students are to the Pirate Bike Program and to each class scholarship initiative.

**Bookstore**

The Southwestern University Bookstore is located on the third floor of the McCombs Campus Center. The telephone number is 512.863.1344, and the fax number is 512.863.6822. The e-mail address is bookstore@southwestern. edu and the bookstore's web site can be viewed at https://www.bkstr.com/ southwesternstore/home. Hours of operation are Monday through Friday 8 a.m.–4 p.m.  Extended hours are posted during special events including the beginning of each semester, Homecoming weekend, and Family Days.

The Southwestern University Bookstore carries a complete line of textbooks in addition to reference materials and study aids, school and laboratory supplies, backpacks, art supplies, office and printer supplies, calendars and planners, computer software, snacks and candy, magazines, and general trade book selections. The Bookstore also carries a large selection of Southwestern University gifts and apparel including t-shirts, sweatshirts, caps, jackets, children's clothing, coffee mugs and glassware, frames, stickers, postcards, umbrellas, and numerous other items displaying official University logos.

The Southwestern University Bookstore provides many services including special orders for books and supplies, guest author signings, and book buyback. The Bookstore extends an invitation to you to visit the store, relax in our Bookstore lounge, and get acquainted with the staff. Be sure to view the Bookstore window display for special Student Life promotions and events. Please check the web site for a complete listing of services, products, current features, and special promotions.

**Bookstore Refund Policy:** Refunds are granted on textbooks during the first two weeks of the spring and fall semesters. After this period, textbooks can be returned within two business days. The student must have the original receipt, and the book must be in the same condition as purchased. Clothing, gifts and school supplies are returnable within 30 days with original receipt.

**Bookstore Buyback Policy:** Textbooks must be brought into the Bookstore in order for a buyback price to be quoted. Although textbooks are bought back from students throughout the semester, the best time to sell back textbooks is during finals week since the Bookstore is preparing for the upcoming semester and can pay the best price if the title is needed again. Selling books back at the end of the semester helps your fellow students by increasing the number of used books available at the beginning of the next semester. Books that were rented from the bookstore as part of the Rent-a-Text program are not eligible for buyback. Rental books must be checked-in by the rental due date at the end of each semester.

## Business Office

Besides receiving students' tuition payments, this office provides check cashing services for the benefit of students, faculty, and staff. From 9 a.m.-4 p.m. (Monday through Friday), students may cash checks not to exceed $100 and receive petty cash reimbursements. This office is open from 8 a.m.-5 p.m. for all other business transactions.

**Center for Career**

The Center for Career & Professional Development (CCPD) equips you to make the transition from "Pirate to Pro," discover your life direction in relation to potential careers, develop skills employers are seeking, and help connect you to the Southwestern network. Students who engage Early and Often with the Center have a better grasp of the career search process and have the potential for more options as they move from college to the post-graduate world of work or advanced degree programs. With our team's guidance, you can explore your interests and the world of work; gain marketable experience and test the fit of careers through internships, shadowing, etc.; and engage in effective and successful searches for internships, jobs, and graduate/professional schools, especially leveraging our Career Community networks.

CCPD supports you in creating a well-managed professional life, developing 21st century career-readiness skills, shaping your professional identity, making meaning of your academic experiences, and contributing as a global citizen. Our resources and programs include:

- Individual appointments (in-person and virtual) and drop-in advising
- Career exploration programming and events (Curious Conversations, Careers in.., Career Treks, Career Connections BBQ)
- Academic Internship advising and application processing
- Funded Internship Program to support unpaid or low paid internships
- Career fairs for full-time positions, internships, and campus/local jobs
- Employer and industry information sessions and other on-campus recruiting events
- TypeFocus self-assessment of personality, interests, and values
- PirateConnect virtual networking platform
- HireSU online job board
- SOAR Summit for sophomores
- Graduate/professional school advising
- Nationally competitive fellowships and scholarships advising

Come see us Early and Often! We are located on the first floor of the Prothro Center. Our Career Café is a great place to get a warm drink, study, and get career advice. You can also visit us online at https://www.southwestern.edu/careers. Follow #pirate2pro and #SUinterns on social media. Email pirate2pro@southwestern.edu or call 512.863.1346 for more information.

## Center for Integrative Learning

The Center for Integrative Learning supports community-engaged learning, study abroad, and faculty-mentored research as high impact experiences designed to foster integrative learning across a variety of experiences.

### Office of Community-Engaged Learning (OCEL)

The Office of Community-Engaged Learning (OCEL) strives to challenge students to reflect on their community service and volunteerism, and to critically

examine their role and connects students with community organizations to develop partnerships that address key social problems while simultaneously promoting integrative and civic learning. Students are encouraged to volunteer with non-profits organizations, take community-engaged learning classes offered throughout the curriculum, or work with non-profits as Community-Engaged Learning Student Associates (CELSAs).

The OCEL is located in the Prothro Center for Lifelong Learning, Rooms 243 and 240. For more information about community-engaged learning opportunities, visit https://www.southwestern.edu/community-engaged-learning or call 512.863.1987.

**Faculty-Mentored Research**

Engaging in faculty-mentored research at Southwestern allows students to work alongside a faculty member to make original intellectual or creative contributions to their academic discipline. Participation in faculty-mentored research has been shown to help students develop critical thinking, problem-solving skills, and creativity in addition to better equipping students for graduate school or future career endeavors.

At Southwestern, faculty-mentored research takes on several different forms:

King Creativity Fund - Annually supports "innovative and visionary projects" of enrolled students, supporting multiple projects every academic year with grants ranging from a few hundred to a few thousand dollars.

SCOPE - In this student-faculty collaborative summer research experience for Southwestern students, SCOPE Scholars spend eight weeks conducting full-time research alongside Southwestern faculty mentors.

Faculty Student Projects - Opportunities for students to work alongside faculty in a variety of different disciplines to further scholarship in their field. These projects have ranged from the fine arts to modern foreign languages to the humanities and more.

Research & Creative Works - The Research and Creative Works Symposium is a celebration of the work of students. Showcasing academic accomplishments, the Symposium includes poster presentations, art exhibits and performances, panel discussions, and oral presentations.

For more information, visit https://www.southwestern.edu/undergraduate-research/ or call 512.863.1283.

**Office of Study Abroad and International Student Services (SAISS)**

The Office of Study Abroad and International Student Services (SAISS) fulfills the dual role of advising students for Study Abroad and Study Away programs and providing international student services and advising. SAISS provides information on a variety of study abroad programs around the world,

programs, as well as the Washington Semester and New York Arts Programs. Additionally, students may choose from a variety of approved study abroad programs in Europe, Africa, Asia, Oceania and the Americas. One fourth of SU students study abroad at least once, and SAISS provides assistance with program selection, pre-departure preparation, receiving academic credit, and funding. Attend a group advising session and visit the website to learn more.

SAISS provides services to international students, including international student orientation, immigration advising and issuance of documents, as well as academic and cultural support.  Each semester, SAISS offers cultural events for international students in the  area. At the end of their SU career, SAISS provides international students with advising on postgraduate options such as graduate school or work authorization.  SAISS works closely with SU students (both domestic and international), helping to weave the intercultural experience into each student's liberal arts education and serves as a liaison to other campus offices to ensure that the study abroad, study away or international experience in Georgetown is as enriching as possible.

The Office of Study Abroad and International Student Services is located in Rooms 231 and 232 of the Prothro Center for Lifelong Learning. For more information, call 512.863.1857, email studyabroad@southwestern.edu or visit the SAISS website - https://www.southwestern.edu/study-abroad/.

## Counseling and Health Center

### Counseling

The Counseling Center provides confidential, short-term individual, group, and relationship counseling concerning personal issues. Students seek counseling for a wide variety of issues, which include adjustment to college, motivation, depression, anxiety, relationships with peers or family, sexuality, alcohol or drug use, body image, suicidal thoughts, self-esteem, mood swings, disordered eating, trauma, and stress. Referral to off-campus professionals is available for complex medication concerns and for long-term counseling. For more information call 512.863.1252 or come by the Counseling Center on the second floor of the Prothro Center for Lifelong Learning.

### Health Center

The Health Center provides students with confidential, quality health care services and education. We encourage students to take an active role in their well-being and health care decisions.

The Health Center is located on the second floor of the Prothro Center, and is open Monday to Friday, 8:00 am to 5:00 pm during the fall and spring semesters. Appointments are strongly recommended, and same day appointments are available on a first-come, first-served basis.

Our team of health care professionals includes physicians, advanced practice

clinicians and a registe

of common illnesses and chronic conditions, medication management, wellness exams, physicals, laboratory testing, and prescriptions. When appropriate, we will make referrals to off-campus resources and specialists. The Health Center does not provide emergency care. Students should always call 911 for life-threatening emergencies. A list of local after-hours resources can be found at https://www.southwestern.edu/health-center/.

All students are required to have an active health insurance policy at all times, and students should always bring a copy of their most current health insurance card to all appointments. The Health Center will see all students regardless of what health insurance coverage they have.

All students will be automatically enrolled in a student health insurance plan unless you opt out. You may waive the auto-enrollment by entering your current health insurance information before the deadline at https://www.eiiastudent.org/southwestern/.

**Medical Excuse Policy: The Health Center does not provide written excuses for student absences.** It is the student's responsibility to notify professors whenever they have an illness or injury that may result in missed classes. The Health Center expects that students are honest with their professors as part of the Honor Code. This policy is consistent with the recommendations of the American College Health Association and resembles policies at most other colleges and universities. Exceptions will only be made when the student is expected to be absent for an extended period of time.

**Health Information Requirements:** As part of the admission process, the Health Center requires immunization records, including meningitis vaccine for students 21 years and under, a TB screening test, and a completed health history. These may be uploaded on the patient portal which can be found at https://www.southwestern.edu/health-center/.

**No Show Policy:** The Counseling and Health Center charges a "no show" fee for all appointments that are not attended or cancelled within 24 hours prior to the scheduled appointment. A fee of $15 will be automatically charged to the student's account.

## Cross Cultural Center

The Cross-Cultural Center is an open, brave and safe space for students to explore issues of diversity and social justice, as well as to connect with student leaders and initiatives. The Center serves as a gathering place for students and provides diversity resources for the campus community. The Cross Cultural Center is located on the second floor of the Prothro Center for Lifelong Learning.

## Dean of Students

The mission of the Dean of Students is to support students as they manage academic, personal, social, and emotional issues and concerns, represent their legitimate needs to others, and represent the University's interests to them. The

Student Judicial Processes. Students are encouraged to meet with the Dean in person to discuss any concern, but may submit a complaint online at https://www.southwestern.edu/life-at-southwestern/dean-of-students/complaint-form/.

## Diversity Education

The Office of Diversity Education seeks to make SU a welcoming and affirming place for the entire community. In order to promote diversity, equity, inclusion and social justice, the Office of Diversity Education facilitates trainings, workshops, seminars and organizes special events. The office also supports student organizations, specifically the Coalition for Diversity and Social Justice (CDSJ)and the ten cultural/identity-based groups in the coalition: Asian Student Association, Empowering Blacks and Others to Never Yield (E.B.O.N.Y.), Kappa Delta Chi, Hispanic and Latinx Student Organization (HALO), Muslims and Allies, SU Native, Pirates for Pride, Reproductive Justice Alliance, Students for Environmental Activism and Knowledge (SEAK) and the Food Justice Association. The Office of Diversity Education is located in the Howry Center. For more information, please contact us at 512.863.1342 or go to https://www.southwestern.edu/diversity-education/.

## Food Service

SU Dining Services include resident dining in the Mabee Commons, The Cove Snack Bar, and catering for special functions.

Students living in Brown-Cody, Herman Brown, Clark, Mabee, Moody-Shearn, and Ruter residence halls and the Charline Hamblin McCombs Residential Center are required to purchase a meal plan. SU Dining provides a variety of options for students who live in the Lord Center, fraternity houses, and off-campus, although these students are not required to purchase meal plans.

There are seven different meal plan options with Pirate Bucs. Pirate Bucs may be used at the Mabee Commons or at The Cove Snack Bar.

| Meal Plan | Pirate Bucs | Dining Dollars |
|---|---|---|
| Unlimited Meals/week | $75 | $50 |
| 15 Meals/week | $75 | $125 |
| 12 Meals/week | $75 | $125 |
| 165 Block Meals/semester | $75 | $175 |
| 9 Meals/week | $75 | $150 |
| 140 Block Meals/semester | $75 | $150 |
| 5 Meals/week (commuter plan only) | $100 | $0 |

**Traditional Meal plans:** These plans include 15, 12, 9, or 5 meals per week. Unused meals do not transfer from week to week. Meals can only be used for the student to which the plan belongs.

**Block Plans:** Unused meals do not transfer from Fall to Spring Semester. At the end of each semester, any unused meals are non refundable and will not be transferred over to the next semester or the new academic year. Students must use meals by the end of each semester. Meals can only be used for the student to which the plan belongs.

**Pirate Bucs:** Pirate Bucs can be used anywhere on or off campus. These will carry over from semester to semester.

**Dining Dollars:** Dining Dollars can only be used in the Commons or The Cove. These will carry over from Fall to Spring semester but must be used by the end of the Spring semester. Any unused Dining Dollars will be forfeited at the end of the Spring Semester.

## Meal Plan Cancellations and Changes

Students living in the DLC, LC, fraternity houses, and off-campus - meal plans may be canceled until 5:00p.m. the Friday before classes start each semester by sending an email to reslife@southwestern.edu. Cancellations cannot be made on WebAdvisor.

All students - meal plan changes (except cancellations) can be made on WebAdvisor and must be completed before 5:00p.m. the Friday after classes start each semester.

## SU Dining Service Policies

**Trayless Dining Policy:** Effective Fall 2009, the Mabee Commons will be trayless unless a patron specifically requests a tray.

**Seconds Policy:** Seconds are offered on all items in the Mabee Commons, with the exclusion of special items on Premium Night. Students are encouraged to take one serving and return for more.

**Carryouts:** Although students normally plan to eat their meals in the Commons with other students, carry outs are available when class, work, or meeting schedules present conflicts. Any student on a meal plan can take a carryout instead of dining in to eat. Carryouts also are available when students are sick and confined to their residence hall rooms. Carryouts are available by using a reusable plastic container and reusable utensils available from Sodexo. The reusable container should be brought to the Commons each time a carryout meal is desired. Diners are not allowed to eat in the Commons and use the carryout container during the same meal period. A reusable container for a first time purchase is $5 at the dining hall. That student will be responsible for that container and utensils that will be provided. If the container is lost, damage or stolen, a student must pay an additional $5 for a new container. If a student does not want a reusable container, they can receive a to go container for an additional .25 cents per meal visit to the dining hall.

**Dress:** Students a
prohibit persons who are barefoot or shirtless in food preparation and serving areas. The Sunday Brunch meal is traditionally more formal, and students are requested to dress appropriately.

**Special Diet:** Special diets can be accommodated by bringing a doctor's recommended diet and the doctor's slip confirming the diet to the Food Services Office in the McCombs Campus Center.

**Resident Dining Special Events:** SU Dining offers trendsetters and pacechangers as well as other major special events on a monthly basis. These include Premium Night, Taste of Texas, Thanksgiving, and Christmas/Holiday Theme Meals, etc.

**Other Special Events:** Student groups who would like to use the ballrooms on the second level of the McCombs Campus Center must make a reservation at least one week in advance with the Office of Student Activities. Arrangement for refreshments and snacks may be made with SU Dining's Catering Office.

**Pirate Cards:** Pirate Cards are nontransferable SU ID cards. Students must present their Pirate Cards for all meals. Lost Pirate Cards may be replaced for $20 at the Library Info Desk, which is located on the first floor of the Smith Library Center. Info Desk hours of operation are Monday - Thursday from 8 a.m. to 12 midnight, Friday from 8 a.m. to 6 p.m., Saturday from 1 p.m. to 6 p.m., and Sunday from 1p.m. to 12 midnight.

## MABEE COMMONS DINING HOURS (Resident Dining)

### *Monday – Thursday*

| | |
|---|---|
| Breakfast | 7:30 a.m. – 9:30 a.m. |
| Continental Breakfast | 9:30 a.m. – 11:00 a.m. |
| Lunch | 11:00 a.m. – 2:30 p.m. |
| Afternoon Snack Bar | 2:30 p.m. – 5:00 p.m |
| Dinner | 5:00 p.m. – 8:00 p.m. (7:30 p.m. Friday) |

### *Saturday and Sunday*

| | |
|---|---|
| Brunch | 10:30 a.m. – 2:00 p.m. |
| Dinner | 5:00 p.m. – 7:30 p.m. |

## THE COVE HOURS

| | |
|---|---|
| Monday – Friday | 9:00 a.m. – 2:00 a.m. |
| Saturday/Sunday | 7:00 p.m. – 2:00 a.m. |

**Communication:** Students may communicate with the management on the web, by e-mail, by writing comment cards or simply stopping by for a chat with one of the managers. Comment cards are located in the tray return area in the Mabee Commons. Once these are completed, they should be left in the comment box. A formal network of communication exists between students and the

Committee meets twice a month to discuss needs, suggestions, and new ideas and is open to any students interested in participating. All communication is responded to within 48 hours and posted on the comment board.

## Information Technology (IT)

**Information Technology:** The IT department provides and supports all aspects of campus computing, audiovisual and telecommunications services. The staff work in collaboration with the Southwestern community to facilitate the use of current and emerging information technology resources that promote excellence in teaching, learning, research and the administrative operations of the institution. For IT-related assistance there are a variety of options for students:

- Visit the InfoDesk in the library
- Call 512-819-7333 (or just extension 7333 from a campus phone)
- Technology support request tickets can be emailed to: infodesk@southwestern.edu or may be submitted online at: http://infodesk.southwestern.edu/
- Visit the IT staff offices in the Prothro Center (PRC) on the 2nd and 3rd floors

**Audiovisual Services:** Audiovisual equipment for events or scholarship is available for checkout or delivery depending on the equipment and venue. Unless AV equipment set up has been requested in conjunction with a 25Live facility request, then separate AV reservations are necessary via the following website: https://www.southwestern.edu/library-and-it/infodesk/audio-visual-equipment-and-technology/.

## Intercollegiate Athletics

Southwestern University competes nationally as an intercollegiate program without athletic scholarships in the National Collegiate Athletic Association (NCAA) Division III. Conference affiliation is with the Southern Collegiate Athletic Conference (SCAC), which includes Austin College, Centenary College, Colorado College, Trinity University, University of Dallas, Texas Lutheran University, Schreiner University and University of St. Thomas. The football team is an affiliate member of the American Southwest Conference (ASC) which includes Belhaven University, Concordia University, East Texas Baptist University, Hardin-Simmons University, Howard Payne University, LeTourneau University, Louisiana College, University of Mary Hardin-Baylor, McMurry University, University of the Ozarks, Sul Ross State University, University of Texas at Dallas, and University of Texas at Tyler.

The Southwestern University Pirates compete in 20 sports, including men's baseball, men's and women's basketball, men's and women's cross country, men's football, men's and women's golf, men's and women's lacrosse, men's and women's soccer, women's softball, men's and women's swimming and diving, men's and women's tennis, men's and women's track and field, and women's volleyball.

Both the Athletics Department staff and participating student-athletes place the highest priority on academic success and the overall quality of

15

the educational experi

primary goal is for our athletics programs to reflect Southwestern's commitment to the principles of sportsmanship and amateur athletics, ethical conduct, honesty, fairness, and respect for others, emphasizing the health and welfare of student-athletes. The Athletic Department at Southwestern works with other campus constituencies to implement programs and deliver services that provide fair and equitable treatment of men and women, maintaining focus on a values-centered education of the whole person.

**Athletic Contest Behavior:** The SCAC, the ASC, and NCAA promote good sportsmanship by student-athletes, coaches, and spectators. Southwestern requests cooperation by supporting the participants and officials in a positive manner. Pro-fanity, racial or sexist comments, or other intimidating actions directed at officials, student-athletes, coaches, or team representatives will not be tolerated and are grounds for removal from the site of competition. The consumption or possession of alcoholic beverages is prohibited at the competition site.

## Intramural and Recreational Activities (SIRA)

Southwestern Intramural and Recreational Activities (SIRA) provides the University community with opportunities for physical, social, and educational de-velopment through participation in intramural sports, fitness/wellness, sport clubs, and outdoor recreation programs.

**Intramural sports** provide an opportunity for participation in organized team and individual sports at various skill levels. A schedule of team sports, individual sports and special events allows students, faculty and staff to compete against others of similar skill in men's, women's, and co-rec divisions of play.

**Fitness classes** are also offered by SIRA. Please check the SIRA website (https://www.southwestern.edu/life-at-southwestern/intramural-recreational-activities-sira/) or call 512.863.1665 for more information about these programs including Cardio Sculpt, Yoga, and Zumba.

**Sport clubs** are student organizations that are focused on a specific sport or physical activity. Current clubs include: SU Cheerleaders, SU Climbing Club, SU Fencing Club and SU Pom Squad. A club may be instructional, recreational, and/or competitively oriented depending upon the interest of the club members. As with all student organizations, a sport club member placed on scholastic or disci-plinary probation is not eligible for election to office within the club and may not represent the club at off-campus events/contests.

**Outdoor recreation** offers students a variety of camping and sports equipment that can be checked out for weekend use at no cost to SU community members.

Lastly, approximately 40 students are employed annually in several important positions within SIRA including: Intramural Supervisor, Intramural Sports Of-ficial, Office Assistant, Publicity Assistant, Sport Club Assistant, and Equipment Manager. For more information, visit the SIRA website, call 512.863.1606 or stop by the SIRA Office in the Robertson Center, Room 214.

**Library**

The Smith Library Center (SLC) provides a wide range of resources and services in a welcoming environment to support students' academic success at Southwestern University. SLC is open for student use 24 hours a day beginning at 1pm each Sunday through Friday at 6pm, and open on Saturdays from 1pm to 6pm. For your security, a current SU I.D. (Pirate Card) is required to enter the library between 8pm and 8am, and access is limited exclusively to currently enrolled SU students during those hours.

**InfoDesk:** The physical InfoDesk, located on the first floor of SLC, is a one stop service point supported by the Library and Information Technology. Services include library and technology assistance; loaning library materials, audiovisual equipment, and laptop computers; specialty printing; and Pirate Card services. For details and InfoDesk hours, see https://www.southwestern.edu/library-and-it/.

**Research and Instruction Services:** The Research and Instruction (RAIS) team helps students access information, discover appropriate resources, and most effectively utilize technology in academic work. For in-depth, personalized assistance from a librarian, Request a Research Appointment at https://goo.gl/LmvaLM or contact RAIS through the InfoDesk.

**Library Resources:** The library provides print and electronic books, journals, newspapers, and media selected to reflect both the needs of the curriculum and the general reading and viewing interests of the Southwestern community. To request materials not owned by the library, Interlibrary loan and document delivery services are available via Get It!

**Special Collections:** Special Collections at Southwestern is the home of significant and historical materials. Special Collections includes nearly 20,000 rare books and 1,300 linear feet of archival collections. Materials in Special Collections can be used by anyone during open hours, but items must remain in the reading room while in use. For more information, including hours, please visit the Special Collections website at https://www.southwestern.edu/library-and-it/special-collections/.

**SU Makerspace Studios:** An Audio Studio, Video Studio, and a 3D Print Lab are open to all SU students and available by appointment. Learn more about our studios at https://www.southwestern.edu/library-and-it/infodesk/su-makerspace-studios/.

To help preserve the library collection and maintain a pleasant environment for study and research, food and drinks brought into the library must be in covered containers and should be disposed of in trash receptacles located throughout the library. Students are expected to respectfully abide by University Policies in their use of the library facility and its resources.

**Mail Service**

During regular academic semesters, the mail is retrieved from the George-town Post Office Monday through Friday except for University holidays. The Southwestern University Post Office is located in the McCombs Campus Center and is open between the hours of 8:00 a.m.-4:00 p.m. Monday through Friday. Students may send and receive letters, purchase stamps and envelopes, send and receive packages, and obtain many other services that a Post Office offers. All correspondence to students should include name and SU Box# to ensure accurate delivery.

Incoming mail should be addressed as follows:

Student Name
SU Box _ _ _ _
1001 E. University Avenue
Georgetown, TX 78626

*Students should check and empty their campus mailboxes on a regular basis.*
Unclaimed mail and packages may be returned to the sender at the discretion of the post office staff.

## Marketing and Communications

The Office of Marketing and Communications (MarCom) is an integrated team that provides support in four areas: strategy (marketing consultation and development), public relations (social media and media relations), creative (graphic design and digital media), and editorial (copy and content writing).

Students and student groups with news, notables, and/or stories are encouraged to contact MarCom so that we can share your success. If you are sponsoring major events, please keep MarCom informed well in advance of the event so that we can help you provide adequate publicity. Contact MarCom at sucommunications@southwestern.edu or 512.863.1212.

Our web developers and writers build, manage, and create content for the University's website. We also allocate space to student organizations, train groups and individuals on the use of the content management system, and advise students in building strategies to raise their digital profile while working to maintain the University's standards in design and usability. For more information, please contact Dinah Ritchie at ritchied@southwestern.edu or 512.863.1771.

Our social-media team maintains and develops content for the main South-western Facebook page and Twitter account and oversees the University's presence on additional social-media platforms, such as Instagram, YouTube, and LinkedIn. Students, faculty, and organizations are encouraged to partner with MarCom to help guide their social-media strategy as well as promote events, news, and accomplishments. For more information, please contact Dinah Richie at ritchied@southwestern.edu or 512.863.1771.

## Mosaic and the Residential Experience

Mosaic is Southwestern University's co-curricular approach that encourages students to engage mindfully in experiences outside of the classroom, reflect on

18

those experiences, and others. The Mosaic approach supports learning wherever it takes place by celebrating the individual student's unique developmental journey, and fostering a culture of self-exploration, experimentation, and meaning-making.

Seeking to inspire and empower the Southwestern student to develop as a whole person, Mosaic collaborates with departments across campus to provide innovative programs and opportunities to help students make meaning of their academic experience, develop 21st-century skills, shape their identity, construct a well-managed life, and contribute as a global citizens. For more information, please contact us at mosaic@southwestern.edu or go to https://www.southwestern. edu/mosaic.

## Recreational/Athletic Facilities and the Robertson Center

Athletic/recreational facilities on this campus include: Rockwell Baseball Field, Taylor-Sanders Softball Field, two all-purpose fields, nine tennis courts, two varsity soccer/lacrosse fields, a sand volleyball court and the Corbin J. Robertson Center. Facilities are available at posted hours and a Pirate Card will be required for admission. For information on the Robertson Center and other recreational facilities, call 512.863.1387 or 512.863.1381.

The Corbin J. Robertson Center is used for intercollegiate activities, classes, recreational, intramural, and club sports, research and data collection, wellness/fitness programming, and special University events.

### Robertson Center Facility Schedule

#### Building Hours*

| | |
|---|---|
| Monday - Thursday | 8:00 a.m.–9:30 p.m. |
| Friday | 8:00 a.m.–6:00 p.m. |
| Saturday | 1:00 p.m.–6:00 p.m. |
| Sunday | 1:00 p.m.–9:30 p.m. |

#### Weight Room Hours*

| | |
|---|---|
| Monday -Thursday | 12:00–1:30 p.m., 3:30–9:30 p.m. |
| Friday | 12:00–1:30 p.m., 3:00–6:00 p.m. |
| Saturday | 1:00–6:00 p.m. |
| Sunday | 1:00–9:30 p.m. |

#### Pool Hours*

| | |
|---|---|
| Monday - Friday | 11:00 a.m.–1:00 p.m. |
| Monday, Wednesday, Thursday | 7:00 p.m.–8:30 p.m. |

*Note: Hours are subject to change for athletic contests, holidays, and student worker availability.

The Robertson Center includes a performance gymnasium, practice/play/ leisure gym spaces, a human performance lab, a weight room, an aerobic room,

an indoor track, a swi

and offices for Athletics, Kinesiology & Exercise Sports Studies Departments, and
SIRA (Southwestern Intramural & Recreational Activities).

### Residence Life and Housing

Living in a residence hall is an integral part of the liberal arts experience. The
residential university provides residence halls on campus, not just as a place to live
and sleep, but as a means of supporting and supplementing the intellectual experi-
ence found in the classroom. Residence hall life involves day-to-day interaction
with people of varying backgrounds and values, the opportunity to continue the
discussions and debates of the day's classes, a firsthand experience in community
development, and the opportunity for developing strong and lasting friendships.
Life in the residence halls offers a variety of educational, recreational, social, and
cultural experiences to the residents. As is true in any community of people, some
commonly accepted standards or guidelines are necessary to facilitate the provision
of an academically supportive environment and to guarantee mutual respect and
dignity among the members.

For more information, refer to The Residential Experience section of this
Handbook (see Section VII), stop by the Residence Life offices which are located
on the 3rd floor of the McCombs Campus Center, or call 512.863.1624.

### Scholarships and Financial Aid

Information and applications for all financial aid are available in the Financial
Aid Office on the second floor of the Roy and Lillie Cullen Building. Several types
of aid, such as scholarships, grants, loans, and part-time employment, are available
to eligible Southwestern students. A Free Application for Federal Student Aid
(FAFSA) must be submitted each year. Eligibility for most grants, loans, and work
programs is determined from these forms. Loans may be obtained through various
sources, including the Stafford Loan, College Access Loan, and Parent PLUS Loan
programs. Student employment placements include departmental offices, science
and computer labs, dining facilities, residence halls, and library.

Federal regulations require that a student be making satisfactory academic
progress before receiving financial assistance. Such progress is defined in the *Catalog*.
If you have questions, stop by the Financial Aid Office or call 512.863.1259.

### Spiritual and Religious Life

Spiritual and Religious Life offers opportunities for members of our campus
community to slow down, breathe and take care of their body, mind and spirit. We
believe that the spiritual dimension of life is integral to a liberal arts education. It is
our hope that together we would explore spiritual identity, seek true meaning and
understanding, and ask big questions through intentional conversation, unlikely re-

and affirm their identity in relationship to the larger spiritual community and the world as a whole. There are a number of ways to engage with our office including weekly gatherings, occasional lectures and student religious organizations. The University Chaplain is available to support you in your spiritual journey regardless of the tradition you identify with or are interested in exploring. The Chaplain also leads a pre-ministry connections group for students exploring a career in full-time ministry. For more information, stop by the office which is located in the Howry Center, email the University Chaplain, or call 512.863.1527.

## Student Activities

The mission of the Office of Student Activities is to act as an advisor, ally, educator and mentor to the students of Southwestern University by facilitating learning experiences through leadership opportunities, student organizations, social activities and services that promote personal growth and the empowerment of students for success in our diverse community and beyond. The Office works closely with all student organizations, student leaders, and various university committees. Student Activities has responsibility for the development and coordination of campus wide programming, leadership development, advising various student organizations (including the University Programming Council, *The Megaphone* newspaper, Men's Interfraternity Council (IFC), and the fraternity recruitment process) and new student and transfer welcome week. For more information, stop by the office, which is located in suite 340 of the McCombs Campus Center, or call 512.863.1345.

## Student Life

The Division is overseen by the vice president for student life and includes the following: athletics, center for career and professional development, counseling & health services, dean of students, diversity education, residence life & housing, intramural & recreational activities, mosaic, spiritual & religious life, student activities, and police. The office is located on the 3rd floor of the McCombs Campus Center. Call 512.863.1624 or visit https://www.southwestern.edu/life-at-southwestern/.

## University Police

The mission of the Southwestern University Police Department (SUPD) is to serve our diverse and inclusive community by promoting a safe and secure living and learning environment that fosters thinking, creativity, and connections. SUPD accomplishes this mission by engaging with students, faculty, and staff under a community policing philosophy; by sponsoring a variety of proactive safety and awareness programs and events; and by protecting life and property through equal and unbiased enforcement of University policy, local, state, and federal laws. Each SUPD Officer holds a Master Peace Officer License. SUPD Officers are always available to offer assistance when needed and patrol campus 24 hours a day, 365

days a year. For compr

XVI. Safety and Security Information. For police assistance and/or to learn more about SUPD, call 512.863.1944 or stop by the Old Fieldhouse on Maple Street.

# V. Student Organizations

### Current Student Organizations

With more than 90 registered organizations, Student Activities at South-western University offers involvement opportunities outside of the classroom. A listing of all the currently active organizations is available online: https://www.southwestern.edu/life-at-southwestern/student-activities/organizations/.

The organizations provide opportunities to participate in student legislative work, social activism, literary publications, Greek Life and so much more. If you cannot find an organization that suits your interest, then create your own with the help of the Office of Student Activities. Organizations are classified in seven main categories, including departmental, scholastic/honorary, Greek/social, religious, special interest, sport clubs, and student media.

If you have any questions about student organizations, please call the Office of Student Activities at 512.863.1345.

### Student Media

Southwestern's student-run newspaper, *The Megaphone*, presents announce-ments of upcoming events, reports the news of the University, furnishes students and faculty/staff with a democratic medium of expression on University problems, and provide students with an opportunity to express their writing talents. New students are invited to work on the *Megaphone* staff; those desiring to do so should contact the editor early in the fall semester.

*The Spyglass* offers students an opportunity to publish their creative endeavors and encourages creativity amongst Southwestern students. The Spyglass is the old-est college literary magazine in this part of the country.

*SU Radio* operates an internet radio station that features a wide variety of programming that promotes communication on campus, provides career-related broadcasting experience, and highlights student and faculty achievements.

### Student Government Association (SGA)

SGA provides a forum for student concerns and opinions, and seeks to increase communication between the student body and the rest of the University community. SGA is part of the University's Committee Structure and student membership on all other University governance committees is filled by SGA ap-pointment.

### Rules for Student Organizations

**Membership:** All student organizations are subject to administrative approv-al. To participate in the activities of an organization, students must be registered

for at least 12 credits.)

time students (such as seniors needing less than a full load to graduate or students approved for working toward a degree on a part-time basis).

**Pledging:** In order to pledge a social fraternity or sorority, a student must be in good academic standing, defined as having a minimum 2.0 cumulative grade point average.

**Probation Restrictions:** A student placed on academic or disciplinary probation is not eligible for election to office in a student organization and cannot represent the organization in any way off campus. Similarly, a student with a pending disciplinary case may not represent the University on or off campus.

**New Organizations:** Students interested in forming a new student organization on the Southwestern campus should first arrange an appointment with the Office of Student Activities. The Office of Student Activities is the primary overseer of all student organizations and monitors all records and files pertaining to student organizations.

The Office of Student Activities will consult with the interested students on the proper formation of a proposal for presentation to the Student Government Association (SGA), the initial step in gaining formal University recognition. The proposal must include the following: (1) statement of purpose and mode of operation; (2) constitution and by-laws; (3) tentative membership roster; and (4) name of the faculty or staff advisor. The SGA will carefully scrutinize the proposal and recommend revisions or grant tentative approval.

Following receipt of tentative approval, the organization must seek formal approval by the Campus Life Advisory Committee, subject to acceptance by the General Faculty. Formal approval is typically achieved through presentation, deliberations, and vote by the Campus Life Advisory Committee, with a report given to the General Faculty. Final appeal on the existence of a student organization is to the Campus Life Advisory Committee, subject to acceptance by the General Faculty. The President may veto any General Faculty action.

**Faculty and Staff Advisors:** Every student organization has a faculty or staff advisor. Unless the advisor is specifically named in the organization's constitution, each organization should elect its faculty/staff advisor during the spring semester to serve for the next school year. Advisors are encouraged to serve a term of at least one academic year. The faculty or staff member must be interested in the organization and willing to meet with and advise the group. Duties of the advisor are to assist students in making decisions concerning all social functions of the group, to represent the organization to the faculty and administration, and to be acquainted with and to help the organization maintain the rules of the University.

The duties of the organization toward the advisor are to invite the advisor to attend meetings and social functions of the organization, and to consult with the advisor concerning proposed functions.

Those organizations which are entitled to have alumni representatives shall elect those representatives during the spring semester to serve for the next school year. In every case, the name of the chosen person must be submitted for approval

**Rules and Regulations:** Members of student organizations, both individually and collectively, must abide by all Southwestern University rules, regulations, and policies, and may not act in ways that undermine or work counter to University operations. These rules include limitations on organization solicitation, which is prohibited except under the specific guidelines detailed in University Polices - Soliciting and Selling (see page 56). Failure to comply may result in action against the organization through the University disciplinary process. Possible actions may include reprimands, loss of privileges, required community service, or suspension/revocation of the organization's recognition.

**Temporary Directive On Organization Activities:**  If the Dean of Students (or designee), at their discretion, believes there could be likely or potential safety and well-being concerns arising out of planned student organization activity, the Dean of Students or designee may issue a temporary directive on organization activities.  These directives are issued on a temporary basis and may ban or modify planned activities.

**Student Organization Anti-Hazing Policy:** The Office of Student Activities oversees the annual review process for the Southwestern University Student Hazing Prohibition Notice for all registered student organizations.  Under this policy all university organizations and their individual members will be subject to the same disciplinary actions as sanctioned by the university should any portion of the policy be violated.  It should be noted that signing the policy is mandatory for all active members in order to participate in any organization's activities.  For students involved in more than one university organization, a separate hazing policy must be signed for each organization in which they participate.  Once the information has been presented to members and signatures have been collected, signed copies of the hazing policy will be kept on file in The Office of Student Activities for reference or review.

For additional information regarding the Southwestern University Hazing Policy, including an outline of offenses, please refer to Section XIII of this *Handbook*.

**Student Organization Handbook:** All organizations are required to follow the rules and procedures found in the *Student Organization Handbook*, which can be found online at https://www.southwestern.edu/life-at-southwestern/student-activities/organizations/organization-handbook/.

**UCD Hearings:**  Allegations of the violation of University policy against student organizations, referred by the Dean of Students (or designee), are heard by the University Committee on Discipline (UCD). A student organization may be held accountable for a violation that occurs on its premises.  In addition to an organization, an officer(s) of a student organization may be charged with, and held responsible for, violations of University policy or policies committed by student organizations or their members, if it is believed that the officer(s) was in a position to control or substantially influence or intervene in the conduct of the organization or any of its members so as to prevent or deter the violations of University policy or policies and failed to do so.  Any sanctions imposed on individual student of-

its members.

## Event Scheduling by Student Organizations

The Office of Student Activities provides the following scheduling guidelines that are intended to supplement the University's event scheduling policies that can be viewed at https://www.southwestern.edu/offices/events/scheduling-procedures/index.php.

1. All student organization special events occurring on campus should be recorded at the Office of Student Activities within (1) five working days prior to the event for reservation of a single room or facility, and (2) ten working days prior to the event for reservations requiring multiple facilities or special needs, such as audio/visual, catering service or furnishings.

2. Attention should be paid so as not to conflict with Priority Events listed below. To support the University's academic mission, student organizations are encouraged not to schedule any events during Study Days and Final Examinations. Therefore, no on-campus events will be allowed after the last day of class each semester.

3. If an event is to be rescheduled, it must be done according to the steps outlined at https://www.southwestern.edu/offices/events/changes-or-cancelations/. Cancellations or changes must be reported immediately to the appropriate facility coordinator.

4. All requests for equipment must be arranged at least ten working days in advance. Equipment to be moved from one building to another must be approved by the Director of Student Activities.

5. If University food services are to be used, visit Sodexo in the McCombs Campus Center or by calling 512.863.1910. This can be done in conjunction with an on-line facility request, but please confirm the request with Sodexo.

6. Do not publicize any event using Southwestern facilities prior to receipt of written confirmation of approved scheduling.

7. Infractions and Irregularities: Failure to schedule, reschedule, or cancel an event properly will cause the sponsoring organization to be subject to a judgment by the Student Government Association (SGA).

8. Student organizations wishing to serve alcohol at an on-campus event, must make a request using an Alcohol Event Request Form (the Form is available online at https://www.southwestern.edu/life-at-southwestern/student-activities/organizations/guidelines-for-serving-alcohol/) at least 5 days prior to the event and follow all party management processes outlined on the Request Form. A meeting with the Director of Student Activities is required along with the submission of the Request Form before permission to serve alcoholic beverages will be granted. Any student organization hosting a party with alcohol that has not been registered will be in violation of this policy.

**Priority Events:** Priority Events are those events to which no student, faculty, or staff member may be denied the opportunity to attend because of a conflicting meeting/event.

• All Chapel Serv
• Student Body Forum
• All Homecoming Activities
• Family Days Activities
• Commencement and Other Special Convocations
• The Brown Symposium
• Roy and Margaret Shilling Lecture
• Writer's Voice
• Parent Orientation and Welcome Week for students
• Study Days
• Final Examinations

**Guidelines for Student Organization(s) Hosting Conferences**: A registered student organization wishing to host a conference on the Southwestern University campus must follow the guidelines listed below and contact the Office of Student Activities at 512.863.1345 before any planning of the event begins.

1.    A representative of the organization should schedule a meeting with a member of the Student Activities staff 3-6 months before planning of the event begins. Events with fewer than 100 attendees can work directly with the Director of Student Activities to secure approval. Events with 100 attendees or more will require additional University review as determined by the Director of Student Activities after an initial meeting to discuss the proposed conference. Please be aware that formal approval for a conference may require a fully executed facility usage contract and payment of associated fees (e.g. facility rental, audiovisual support, custodial fees, and/or certificate of insurance) if a large number of conference attendees will not be members of the SU community.

2.    The host organization's student contact and advisor may be required to complete and submit an Event & Risk Management Plan Guide for approval no later than three months prior to the event start date.

3.    The current organization advisor or an approved staff or faculty substitute may be required to be present during the entire event.

4.    No conference attendees are permitted to stay in University residence halls at any point during the conference.

5.    Reservations for University facility space and/or campus services may not be secured until the event has official approval from the Director of Student Activities.

6.    Reservation or acknowledgment of facility scheduling is not "event" approval. Events requiring "approval" must be processed through the appropriate campus offices. At any point, should a facility coordinator discover that the event needs outweigh our on-campus resources, the event will be canceled.

7.    All organizations should consider the impact of their event on the campus community. Any events that may cause disruption to students, faculty or staff will not be approved.

8.    The host organization is responsible for all charges associated with their event. These costs may include, but are not limited to, food service and support,

**Guests:** Off-campus guests may be invited to any event by individual members of the hosting group. The individual member of the group who makes the invitation will be considered responsible for the conduct of the guest.

**Off-Campus Performers/Speakers:** Members of an organization must confer with their faculty or staff advisor and the Student Activities professional staff before an invitation is issued to any off-campus performer/speaker to be brought to the campus. Performers/speakers will be required to execute a contract or a visitor agreement. The contract must be approved and signed by the Director of Student Activities and the Vice President of Fiscal Affairs before the performer/speaker comes to campus. Depending on the potential attendance, media coverage, requested venue and security needs of the proposed event, additional input and feedback may be solicited from the Student Government Association before the Director of Student Activities decides whether the timing, cost and appropriateness of the performer/speaker merits approval and/or requires special provisions (e.g. the opportunity for rebuttal by another speaker) for a Southwestern University student organization.

Additionally, if the performer/speaker is to be compensated, a certificate of insurance may be required. Procedures for insurance and compensation need to be discussed with the Director of Student Activities before a contract is presented for approval. If the performer/speaker is not to be compensated, they are required to complete the University's visitor hold harmless agreement before the event. For more details about hosting an event of this nature, the Office of Student Activities can be reached at 512.863.1345 or studentactivities@southwestern.edu

The **Athletic Department** schedules all athletic facilities, including the Corbin J. Robertson Center, Intramural Fields, Snyder Field, Moses Field, Taylor-Sanders Field, Rockwell Field, the Outdoor Volleyball Court, and the Tennis Courts. Call 512.863.1381 for assistance with scheduling these facilities.

The **A. Frank Smith, Jr. Library Center** schedules the audio/visual and seminar rooms and the Prothro Room. Call 512.863.1637 for information.

The **Sarofim School of Fine Arts** schedules facilities in the Alma Thomas Fine Arts Center, including the Recital Hall, Alma Thomas Theater, Jones Theater, Caldwell-Carvey Foyer, and the Mabee Hall of Honor. Call 512.863.1379 for more information on scheduling these facilities.

The **Office of University Events** schedules the Prothro Center, Julie Puett Howry Center, and the Brent Atrium Call 512.863.1480 for assistance with scheduling these facilities.

The **Center for Academic Success and Registrar** schedules all classroom and other academic space use from 8 a.m.-5 p.m., Monday through Friday. Please call 512.863.1954 for more information about scheduling a classroom.

The **Office of Spiritual and Religious Life** schedules the Lois Perkins Chapel and the Chapel Lounge. Call 512.863.1056 for assistance.

The **Office of Residence Life** schedules all residence hall community spaces including the Mabee-Clark Lobby, the Brown-Cody Lounge, and the Dorothy

Lord Community Rec

facilities.

The Office of **Student Activities** schedules facilities in the Red and Charline McCombs Campus Center and the Roy H. Cullen Academic Mall. Call 512.863.1345 for information about any of these spaces for an event.

The **Faculty Secretaries** schedule the facilities in the F.W. Olin Building and Mood-Bridwell after 5p.m. and on weekends. Call 512.863.1937 for Olin and 512.863.1662 for Mood-Bridwell to receive more information about these rooms.

## Student Organization Fundraising Events Policy

1. The proceeds from the event must be for either the host organization(s) or a reputable charity (nonprofit, tax- exempt, as defined by the IRS; and qualified, as defined by the Better Business Bureau).

2. The event must have a reasonable potential for clearing a significant profit for that charity.

3. The organization must file a complete plan for the event, with projected schedule, budget, and anticipated participant pool, with the Office of Student Activities at least two weeks in advance of the event and prior to the release of publicity about the event.

4. Within two weeks after the event, the organization must file a report with the Office of Student Activities with a description of the activity, budget showing expenses and profit paid to the charity, attendance, and a subjective evaluation of the value of the event.

5. Such events must operate within the usual University regulations for student events.

6. The Director of Student Activities or the Dean of Students may cancel an event if the above conditions are not met. Appeal of any decision to cancel may be heard by the Student Government Association (SGA).

7. The above events policy does not apply to the sale of items to on-campus individuals only. Recognized organizations may raise money for group activities by selling organizational items like T-shirts, mugs, etc. However, SU funds may not be used as "seed money" for such items.

**Raffle Policy:** Southwestern University is limited to two raffles per calendar year by the Charitable Raffle Enabling Act found in Chapter 2002 (Charitable Raffles), Occupations Code, Texas Codes Annotated. Violation of this law is considered an offense under the Texas Penal Code and is a Class A misdemeanor. The scope of this Act includes raffles held by departments, student organizations, and any other groups operating under the University's tax identification number. No raffles should be held without prior approval from the Business Office. Please contact the Business Office if you have questions or if you wish to request authorization for a raffle.

# VI. Policy R

# Student Media

### I. Preamble

Southwestern University, through its Board of Trustees, reaffirms its commitment to its officially sanctioned student media. Such media operate as part of, and not separately from, the Southwestern University community. The purpose of this policy is to promote the efficient management and operation of such media consistent both with the editorial needs of the media and with the overall mission of Southwestern University.

### II. Scope

This policy is applicable to all student media operating with the financial and administrative support of Southwestern University under the Student Media Editorial Board. Currently, such media are *SU Radio*, the *Megaphone*, and the *Spyglass*. This policy replaces all prior written policies with respect to the organization, function and operation of the Student Media Editorial Board.

### III. Freedom of Expression

Southwestern University reaffirms its commitment to freedom of expression as essential to its educational mission. Southwestern University will not engage in prior restraint of expression unless it reasonably believes that such expression will create a rational, legitimate basis for legal action in response to the expression and without one or more of the persons seeking expression being informed of the basis for such belief and being allowed to present their position to appropriate University officials. Nothing in this policy is intended to create any duty upon Southwestern University or its officials to review any expression prior to its release.

The student media enjoy privileges and responsibilities associated with freedom of expression. The exercise of such freedom by the student media is subject to responsibilities and limitations imposed both by law generally (such as the avoidance of libel and other civil torts) and by Southwestern University, whose mission sometimes imposes higher standards upon members of the University community. In that regard, members of the University community involved with the student media, whether in the exercise of freedom of expression or otherwise, must continue to uphold the principles and standards of conduct required of all members of the Southwestern University community, including the Personal Conduct provisions of the *Student Handbook*.

All student media shall bear the following statement: "The views expressed herein do not necessarily express the views of Southwestern University, its faculty, its staff, its students, its trustees, or its administration."

### IV. Student Media Editorial Board

#### 1. Duties and Functions

The Student Media Editorial Board is charged with overall administration of policy and cultivation of leadership with respect to the student media. Among the

duties of the Student

a. to review editorial candidate portfolios;

b. to assist student editors in the establishment, implementation, and clarification of editorial policies;

c. to be a liaison between the Southwestern University community and the student media;

d. to provide a forum for grievances, suggestions, and complaints (subject to the exclusive authority of the Vice President for Student Life over matters of discipline) from members of the Southwestern University community with respect to the student media;

e. to review this policy not less than every three (3) years, with a report thereon being submitted to the Campus Life Advisory Committee.

**2. Membership and Terms**

a. The Student Media Editorial Board shall consist of the following members: five students, one of whom shall be the Public Relations representative of the Student Government Association (the remainder of the students appointed annually by the Director of Student Activities), the advisor(s) of each student media (*Ex officio*), and two Student Life staff members (*Ex officio*).

b. The Chair of the Student Media Editorial Board shall be the Public Relations representative of the Student Government Association.

c. The terms of office for student and faculty members of the Board shall be the academic year. Student members are required to be full time students in good academic and disciplinary standing during their term of office. If for any reason any member of the Board is unwilling or unable to serve a full term, a successor shall be appointed at the soonest practicable time.

d. The editors of each of the student media shall not be members of the Student Media Editorial Board, but shall be non-voting ex officio representatives otherwise entitled to full participation in all meetings of the Board, except when the Board goes into executive session.

**3. Meetings**

a. Meetings of the Student Media Editorial Board shall be held at the request of any member, but no fewer than two (2) times during an academic year.

b. Meetings of the Student Media Editorial Board shall be open to the University community, unless in executive session, when only voting members will be present. The Board may request the attendance of such non-voting persons during executive session as it deems appropriate and necessary. The Board shall conduct its business in executive session when the subject matter relates to the following circumstances: (i) a referral to the Board from the Vice President for Student Life of an issue touching upon a disciplinary matter; or (ii) the portfolio review of editorial candidates. The Board may conduct its business in executive session when it deems it advisable to do so, with due consideration to its community-wide functions. In all cases where the Board has conducted any portion of its business in executive session, any action taken in executive session shall be reported in a public meeting, with due consideration to the privacy rights of any affected person.

a. A quorum of two-thirds of the members of the Student Media Editorial Board shall be required for the Board to take any action.

b. All actions of the Board shall require a majority vote of those voting members present.

#### V. Grievance Procedure

1. Any member of the Southwestern University community feeling aggrieved, personally or as a member of the community, by the actions or content of any of the student media or by the actions of the Student Media Editorial Board, may file a complaint about such matters to the Student Media Editorial Board, which shall promptly consider such matter(s) and take such action(s) within its authority as it deems appropriate.

2. If the subject matter of a grievance to the Student Media Editorial Board is related to a student disciplinary or similar action, complaint or investigation under the *Student Handbook*, then the Student Media Editorial Board shall have no authority to consider such matter unless expressly authorized to do so in writing by the Vice President for Student Life.

*—Adopted by the Board of Trustees of Southwestern University on April 28, 1995.*

# VII. The Residential Experience

Living while learning together is an important aspect of the Southwestern Experience. Guided by Mosaic's key areas of development, SU's Residential Experience empowers students to be active and engaged community members, developing both lifelong friendships and skills such as responsible decision making, problem solving, and teamwork. On-campus living involves day-to-day interaction with people of varying backgrounds and values, the opportunity to continue the discussions and debates of the day's classes, and firsthand experience in community building.

Our team of professional staff and resident assistants supports students in developing a positive and inclusive environment of respect while engaging in meaningful and sometimes challenging conversations. Through intentional collaboration with departments across campus, the Residential Experience hosts in-hall educational programs and provides resources that facilitate—and encourage connections between—intellectual and personal growth. Through these activities, we provide stimulating learning experiences that are personalized to residents' needs, challenges, and interests, from academic achievement in the first year to career readiness in the last. Our sequenced programs provide students what they need, when they need it most.

As is true in any community of people, some commonly accepted standards or guidelines are necessary to facilitate the provision of an academically supportive environment and to guarantee mutual respect and dignity among the members. This section of the Handbook provides a review of information and guidelines

University policies concerning student life. Students should become familiar with all sections of the Student Handbook and also consult the Southwestern University Catalog and other University publications for a complete review of University policies regarding student and residence life.

## On-Campus Residency Requirement

Students who have completed less than four full semesters in college (post high school graduation) will be required to live in University residence halls. While living on campus, each student, except those living in the Lord Residential Center, the Dorothy Manning Lord Residential Center, or the fraternity houses, must purchase a meal plan from the University's food service provider. Requests for medical exemptions from the residency and/or food service requirement may be addressed to the Associate Director of Academic Success.

## Resident Bill of Rights

Every person in the residence hall community has certain rights and also certain responsibilities. Residents are encouraged to keep in mind that all persons in the hall have the same and equal rights. A description of these rights and responsibilities follows to provide residents with a foundation for assessing and resolving individual and community problems. Residents also are reminded that Resident Assistants (RAs) and other members of the Residence Life Staff are available to assist in solving problems.

1. A resident has the right to privacy;
2. A resident has the right to an atmosphere conducive to study and sleep;
3. A resident has the right to a safe and healthy living environment;
4. A resident has the right to request that guests and visitors adhere to University policy;
5. A resident is responsible for communicating clearly and directly with others (roommate, student staff, other residents, etc.) in the event that disagreements or conflicts arise; and
6. A resident is responsible for contributing to the general welfare and quality of life in the halls by avoiding behavior that diminishes the safety, security, or serenity of others.

## Residence Hall Staff Members

**Live-in Professional Staff:** The primary duties of these positions include programmatic and administrative management within residence life, operations, staff supervision, and working with various aspects of housing and RAs.

**Resident Assistants:** Selected upper-division students hold positions of responsibility within the residence halls. RAs provide direct assistance to the students in their living area by providing information, helping to ensure that University community standards are met through brief counseling and/or referral, offering acquaintanceship, fulfilling basic administrative tasks, and helping organize interesting educational, social, and recreational events and programs.

## Housing Services and Terms

**Check-Out Procedures:** Students must properly check out of their room at the end of the academic year, or whenever they are permanently vacating that room, according to the processes and procedures outlined by housing staff. **Failure to follow required procedure may result in the loss of the room deposit and/or in additional charges.**

**Damages:** Residents are responsible for losses or damages that occur in their individual rooms. This responsibility extends to damages or losses caused by invited guests.

Upon moving into their assigned room, residents are required to complete a Room/Apartment Condition Report. This is the one and only way students can report pre-existing damages for which they do not want to be held responsible. Residents take on custodianship of the room upon submitting the form until the room is vacated, and residents will be held responsible for any damages.

Residents are encouraged to report all damages as soon as they occur. Damages which are deliberate or malicious in nature will be considered a violation of University policy and may be referred for further sanction.

Community damage (public area damage) that cannot be attributed to specific individuals or is not the result of normal wear and tear will be divided equally among the residents of the hall or floor, whichever is appropriate, at the time of the loss or damage.

Heavy objects, including bicycles, should not be hung from the metal tracks that support ceiling tiles. Ceiling tiles should not be lifted or removed for any reason. Damage to the metal tracks or ceiling tiles are the responsibility of the student(s) occupying the room. Students are required to use 3M Command strips on cinder block walls and tacks or smaller nails on all other walls.

Written appeals of damage charges submitted by the advertised deadline will be reviewed by a committee comprised of University staff and students. Students will typically be notified of their appeal status by July 15. All decisions made by the committee are final.

For an itemized list of potential damages and associated costs, please visit Residence Life on the SU website (https://www.southwestern.edu/life-at-southwestern/office-of-residence-life/).

**Escort Policy:** The University's escort policy strives to provide safety and privacy for those living in the residence hall community. To that end, any person who is not a resident of a given hall must be escorted throughout the hall by a resident. Exceptions to this are those University staff members who are entering the hall for maintenance, cleaning, or security purposes, or persons who have secured permission from the Director of Housing Operations and Staffing. Students should not escort persons whom they do not know into and about the halls.

**Failure to Occupy:** Students who have signed a housing application or have secured a room through spring housing sign-ups will be held accountable for the next academic year's room charge if the student fails to cancel the room reservation

prior to July 1 and yet not in residence during the fall semester and who requests housing for the spring, the deadline for cancellation without obligation to pay the full room charge is December 1.

**Furniture:** Student room furniture must not be removed from the room to which it has been assigned. Residents should contact the RA if there is a problem with the room furniture rather than removing and replacing it. Public area furniture must not be moved to individual student rooms. Removal of public area furniture to individual rooms may result in disciplinary action.

**Good Neighbor Noise Policy:** In an effort to encourage community, consideration and cooperation in the residential areas of campus, when excessive noise infringes upon the right or comfort of a student, that student should attempt to contact and come to an understanding with the party responsible for the disruption before they contact housing staff or SUPD. Students who are approached regarding their noise level are reminded of the 24/7 courtesy hours (see "Quiet Hours").

**Guest and Visitor Policy:** The guest and visitor policy strives to honor students' personal freedom and ability to self-regulate, while promoting a healthy community environment for living and learning. To prevent ambiguity in interpretation of the policy, some terms must be defined:

- A *resident* is a member of the campus community who lives in the residence halls and has been assigned to live in the room in question.
- A *visitor* is a non-member of the campus community or a resident who resides in a room other than the room in question, who stays overnight.
- A *guest* is a visitor who does not stay overnight.
- A *cohabitant* is a visitor who adopts daily activities (maintaining possessions in the room, staying overnight for more than three nights, using the hall's amenities, etc.) analogous to those of a resident with respect to 24-hour use of the room in question. Cohabitation is not permitted.

All guests and visitors are the responsibility of the resident and held to University standards. Guests and visitors should be escorted when in public areas (hallways, lounges, etc). The maximum number of guests allowed in a residence hall room/apartment is five guests per bedroom in apartments and one guest per resident in traditional residence halls.

Guests are allowed in upper-division residence halls, in both individual student rooms and public areas, on a 24-hour basis. In first-year halls during fall semester, in both individual student rooms and public areas, guests are permitted from 10 a.m. to midnight, Sunday through Thursday, and 10 a.m. to 2 a.m. on Fridays and Saturdays.

At the beginning of the spring semester, residents in first-year communities will have the option to adopt a 24-hour guest policy. This action must occur on the first day of classes and will be administered by staff. A two-thirds majority vote of the residents of each floor is required to adopt the 24-hour guest policy for any building.

Residents must n

than three consecutive nights and must be at least 18 years of age.

**Hallways, Breezeways, and Walkways:** All interior hallways of residence halls, breezeways between apartments, and walkways in Herman Brown Hall and Moody Shearn Hall must be kept clear of any item (e.g., furniture, athletic gear, etc.) that could potentially present an egress hazard.

**Insurance and Valuables:** Southwestern University does not carry insurance on personal property of students. Residents who own valuables should lock them in a safe place or leave them at home. It is strongly recommended that students insure their personal property, including automobiles, either through their parents' homeowners or automobile insurance policy or by purchasing personal property insurance. Southwestern University assumes no responsibility for lost, damaged, or destroyed personal property. Students are encouraged to immediately report all losses or thefts, regardless of size, to University Police.

**Intent to Vacate:** If a student is leaving the University at the end of the fall semester (graduating, transferring, withdrawing), the student must notify the Office of Housing by December 1 of the intent to leave the residence hall. Students who fail to notify that office of the intent to move out of the halls will forfeit their room deposit.

**Keys:** Each student is issued a key to their room. These keys must be returned whenever a student moves from a room to a new room or when a student is leaving the halls on a permanent basis. These keys are the property of the University and as such cannot be duplicated without permission. Unauthorized duplication of University keys is a violation of University policy.

Lost keys should be reported immediately to the RA. A $100 nonrefundable charge will be assessed for a lost key and to change the corresponding lock.

Residents are responsible for maintaining access to their own rooms. The University can assist students who are locked out of their rooms as follows:

From 7:00PM to 7:00AM, the RA on duty will provide assistance. From 7:00AM to 7:00PM (and on occasion when an RA is not available) the Southwestern University Police Department will provide assistance with lockouts. Lockouts processed by SUPD will incur charges according to this schedule:

1st instance: No charge.

2nd instance: No charge.

3rd instance: No charge; warning that future lockouts will incur a charge.

4th instance: $10 fee.

5th instance: $20 fee.

The fee for subsequent lockouts will increase by $10 for each additional lockout. SUPD will track lockouts and charge students. The number of lockouts resets at the beginning of each fall semester. Except in rare circumstances, lockouts will not be handled as an emergency.

**Kitchenettes:** Several community kitchenettes are located throughout the residence halls to be used by the residents of that building. These community kitchenettes offer the use of a small stove, sink, and microwave oven. Residents us-

maintain the cleanliness of public kitchens may lead to their being closed.

**Laundry:** Most residence halls have a laundry facility that accepts Pirate Buc\$. These laundry areas offer full-size washers and dryers at a minimal cost to the residents. If a machine is out of order, please leave a note on the washer or dryer that needs repair. It is recommended that while using these facilities, residents remain close by to avoid disrupting use by others and to prevent theft.

**Lounges:** The lounges function as areas for studying, relaxing, meeting with friends, watching television, and hosting scheduled activities. Lounges may be reserved for use by groups of students by contacting the Office of Housing in McCombs 310.

**Maintenance and Repair:** Faulty equipment and damage should be reported through an online work order. After business hours, if a maintenance emergency occurs (overflowing toilet, broken water pipe, etc.), contact the RA on Duty.

**Missing Student:** Each student residing on campus is given the option of providing confidential contact information for an individual to be notified in the event that the student is officially reported as missing. This individual can be the same person or a different person than is listed as the emergency contact by the student. This identified individual will be notified by the University if the student is determined to be missing for more than 24 hours. This information is voluntary and will be included in the Housing Application and stored in the office of the Director of Housing Operations and Staffing.

If it is determined that a student has medical, emotional, or other special needs, SUPD may determine that a more intensive search begins before the 24-hour window.

A student's housing contact information will be registered confidentially and accessible to authorized campus officials only. This information is voluntary and will be collected through housing staff and stored in the office of Student Life, and may not be disclosed except to law enforcement personnel in furtherance of a missing person investigation.

**Prohibited Items:** See page ????in University Policies.

**Quiet Hours and Courtesy Hours:** Quiet hours begin at 8 p.m. on Sunday through Thursday and at midnight on Friday and Saturday. Quiet hours end the next day at 10 a.m. During final exam week, 24-hour quiet hours are in effect, beginning 24 hours before the first scheduled exam begins and remaining in effect until the last exam is completed. While Quiet Hours are for specified times, Courtesy Hours are enforced in all residence halls and apartments 24/7. Courtesy Hours enable students to study and/or sleep as needed. All residents are, therefore, expected to be "courteous" to their fellow students and not make excessive noise at any time.

**Recycling:** Recycling receptacles are available in both student rooms and common areas in the residence halls. Students are encouraged to recycle whenever possible rather than throwing recyclable items in a trash container.

**Returning Students:** Each spring, usually in March, students presently en-

participate in the room selection process. Students must complete the appropriate enrollment and housing assignment request forms and ensure that a housing deposit is on the record by the announced date in order to maintain seniority in the selection process. Students who decide to live on campus after room selection takes place are welcome to apply directly to the Office of Housing.

Assignments, as requested by the respective students during the housing selection process, are made to the two apartment complexes without regard to sex, race, color, religion, age, disability, national or ethnic origin, sexual orientation, gender identity/transgender status, or any other impermissible factor.

**Room Assignments:** The Office of Housing attempts to make room assignments with consideration for mutual roommate requests, special factors made known in advance to the staff, type of room preferred, and the location of the hall. Every effort is made to assign students with roommates who have compatible living habits and personalities.

Southwestern University's recruitment and admission of students, awarding of financial aid and operation of programs and facilities are without regard to sex, race, color, religion, age, disability, national or ethnic origin, sexual orientation, or any other impermissible factor. Requests for room changes based upon any of these factors will not be approved.

**Room Changes:** A specific room change period is developed each semester by the staff. Room changes are rarely approved prior to 10 days after the start of classes at the beginning of any semester. All room changes must be approved by the Office of Housing. Any student who makes an unauthorized room change will forfeit their deposit, be subject to a possible fine, and may be required to return to the original room. Students who are moving out of a room must check out with a hall staff member. Failure to check out properly and return keys may result in forfeiture of the room deposit.

**Room Cleaning and Care:** Residents are responsible for cleaning their own rooms. Trash cans should be emptied, rooms swept and dusted, and other cleaning done by the residents. Residents are expected to maintain a level of cleanliness that does not pose a threat because of fire safety or sanitation concerns. Students are also responsible for the area surrounding the entrance to their assigned room or apartment and should properly dispose of trash in its immediate vicinity (e.g., cigarette butts near apartments, discarded items, etc.)

**Room Deposit:** A room deposit is collected before a housing application can be submitted and a room assignment made. This fee covers any damage that may result in a residence hall room or public area during the course of the year. If damage does occur, the cost of repair or replacement is deducted from the deposit. Fines for failure to follow certain residence check-out procedures also may be deducted from the deposit. The deposit is refunded 6-8 weeks after the student leaves the residence hall at the end of the academic year or upon graduation or withdrawal from the University.

1. housekeeping service
2. routine maintenance checks, repairs, or planning required for repairs, completed by University maintenance personnel or contractors (including pest exterminators), with staff supervision
3. emergencies where there is reasonable cause to believe there is danger to life, safety, health, or property
4. where there is reasonable cause to believe there is non-compliance with University regulations
5. routine entering of rooms during University breaks (Winter, Thanksgiving, Spring Break, etc.) for maintenance, heat and air conditioning control, window closing, etc.

Room searches must be approved by the Director of Housing Operations and Staffing, the Dean of Students, or the Vice President for Student Life when a room is to be searched, rather than simply entered.

**Security Doors:** Security doors are locked at all times. Entry to the halls is through designated areas with a student's ID card. Propping open security doors and fire doors constitutes a serious threat to the residents' personal and property safety. Residents are required to assist in the maintenance of a secure environment by closing doors when these situations are observed. An individual who props doors or gives unauthorized access to non-residents is subject to disciplinary action.

**Sign Posting or Decorating:** The posting of signs or any other decorations visible from the exterior of a residence hall room or apartment is not permitted.

**Single Room Policy:** There are very few single rooms available on campus. When occupancy permits, double rooms are made available as single rooms at the beginning of the semester at the rate of 1.5 times the regular double room rate for that space. When openings occur because of roommate changes after the beginning of the semester, the remaining resident will be given the opportunity to maintain the room as a single at the rate of 1.5 times the regular double room rate. If that option is not exercised within 5 days, then a roommate may be assigned to the room at any time during the semester. Residents in such rooms should be careful to utilize space and distribute belongings in a manner that would easily accommodate the arrival of a new roommate.

**Storage Areas:** Space for storage is not available in the residence halls. Georgetown has several privately-operated storage facilities. Information about storage areas may be obtained through the Office of Housing. Please note that because of the absence of storage space on the campus, students are required to use the room furniture that is present in the residence hall room. Removal of furniture from the room can be cause for disciplinary action. Note: Small storage lockers are available, by application, for international and out-of-state residents during the summer break at no charge. The locker measurements are 26"W x 36"H x 42" D.

semesters. During the fall to spring semester break, no student is allowed to enter the residence halls without permission from the Director of Housing Operations and Staffing or their designee. Students who return to the halls at the end of a break prior to the official opening time will be asked to leave by University staff or University Police.

Students should be aware that although the residence halls remain open for long holiday weekends (e.g. Fall Break, Thanksgiving and Easter) and Spring Break, there is no food service on campus during these vacation periods.

**Withdrawal Procedures:** If a student officially withdraws from the University during a semester, they must check out of their residence hall room. The student must notify their Resident Assistant and follow appropriate check-out procedures which include a room inventory and key return. Room charges will not be refunded to students who withdraw during the semester, but the cost of food service will be returned on a prorated basis.

# VIII. University Policies

## Personal Conduct Policies

A student who enrolls at Southwestern University voluntarily becomes part of a community where respect for others is the norm. Rational, mature, honest behavior is expected. This voluntary entrance into the community implies acceptance by the student of University regulations. Failure to observe these standards will subject the student to disciplinary action through an established procedure.

Many University regulations are simply a formal statement of those principles of conduct accepted in our society as necessary if the fabric of society is to hold together. Other regulations are statements of additional principles necessary to the successful functioning of a residential academic community. Thus, in some instances, University standards may go beyond those of the general society.

Southwestern University students are expected to adhere to levels of mature conduct away from campus. As students, they lose neither the rights nor responsibilities of citizenship. They will be responsible to civil authorities for any violations of civil/criminal law. As a general rule no additional sanction will be imposed by the University. However, in some cases the interest of the University might be affected, and when this is judged by University authorities to be the case, disciplinary action might also be taken by the University. This is in keeping with the students' dual citizenship in general society and in the academic community.

When a student commits a felony on campus, the University reserves the right to take disciplinary action if its own interests are affected. The institution will not, however, protect the student from the law by attempting to substitute its own action for that of the state. Proper authorities may be notified immediately when

evidence of a possible

may discharge their duty.

The following are guidelines and regulations concerning various aspects of appropriate behavior on the Southwestern campus. Failure on the part of students to abide by these may result in on-campus disciplinary action, notwithstanding any action taken by local or civil authorities.

## Alcohol and Other Drugs
## Policy on Possession and Consumption of Alcohol and Other Drugs — Introductory Statement:

• Consistent with its commitment to the health and well-being of the University community, the University complies with and upholds all federal, state, and local laws and regulations that regulate or prohibit the possession, use, and/or distribution of alcohol and other drugs.

• Consistent with the University's heritage as an institution affiliated with the United Methodist Church, the University supports abstinence from alcoholic beverage use. Like the United Methodist Church, the University recognizes the freedom of persons to make decisions in this regard and, in the event members of the University community consider alcoholic beverage use, the University urges responsibility, prudence, and moderation.

• Consistent with its mission as an educational institution, the University encourages the free exchange of information so that members of the University community can make informed choices relating to alcohol.

• Consistent with its civic and social responsibilities, the University expects members of the University community to engage in responsible social behavior, including behavior relating to the possession and consumption of alcoholic beverages.

Accordingly, all members of the Southwestern University community—including faculty, staff, students, and campus visitors—are required to comply with the following policy regarding alcohol and drugs.

### Statement of Policy

1. The University expects that each individual and group within the Southwestern University community will comply with all applicable laws and regulations pertaining to the possession, use, and distribution of alcoholic beverages. All persons are expected to know and comply with such laws and regulations. The following summary lists some of the prohibitions:

> A. No person under the age of 21 may possess, use, purchase, or consume alcoholic beverages on University property.
>
> B. No person may possess an open container and/or consume alcohol in an alcohol-free zone (first-year hall, public areas of campus, etc.).
>
> C. Drinking games (including beer pong) are prohibited. This includes the possession of beer pong tables, beer funnels, and other

D. The use and/or possession of false identification is prohibited. This includes fraudulent state drivers' licenses issued to an individual, and/or possessing or using another person's driver's license.

E. No person may serve, provide, or make alcoholic beverages available to a minor or any person who is intoxicated.

F. No person may host a party involving the illegal use of alcohol or making alcohol available to a minor.

G. Public intoxication is prohibited.

H. Driving while intoxicated is prohibited.

I. No person may sell alcoholic beverages without an appropriate license.

2. The consumption, possession, or distribution of alcoholic beverages on University grounds is prohibited except as otherwise provided in this policy.

3. When the use of alcoholic beverages is permitted, prudence, temperance, and moderation are required. Intoxication and the abuse of alcohol are expressly prohibited and will subject offending parties to appropriate disciplinary action.

4. The University reminds students of state and federal laws concerning possession and use of illegal drugs and drug paraphernalia. The University forbids on-campus use or possession of drugs and drug paraphernalia prohibited by federal or Texas laws. All students involved in the non-prescribed use of amphetamines or barbiturates, or in the use, possession, sale, or transportation of drugs such as hallucinogens, cocaine, narcotics, or marijuana will be subject to University disciplinary actions that may include suspension, expulsion, and/or criminal charges/arrest by SUPD for state law violations. Federal law violations may also be referred to federal law enforcement authorities for charges/arrest. The same will apply to drug paraphernalia.

It is recognized, however, that students who have used or are using marijuana or other drugs may need and wish to seek counseling. Students are reminded that the counselors in Counseling Services and private physicians are available for such help. Conferences with these persons are confidential, subject to the standards of privacy established in the medical profession. Others, including the deans and student life staff members, stand ready to assist students confidentially.

5. Violations of this policy will be addressed in accordance with the "SU On-Campus Alcohol and Drug Guidelines for Sanctions" as published on pages 48-49.

**University Regulations**

1. The University complies with all applicable laws and regulations pertaining to alcohol and other drugs. Violation of any law or regulation relating to alcoholic beverages or drugs constitutes a violation of University policy and will subject the offender to University disciplinary action irrespective of whether the offender is subjected to criminal penalties.

2. The University generally prohibits the possession and consumption of alco-

A.   The private, temperate consumption of alcoholic beverages is permitted for persons of legal drinking age in the individual University residential rooms of persons 21 years of age and older.

B.   Alcoholic beverages may be served and consumed on designated University grounds at student events specifically approved in advance by the Director of Student Activities, subject to all applicable University guidelines and state and local laws and regulations. Such events shall be for limited social and other special campus events.

C.   Alcoholic beverages may be served and consumed on University grounds at special University events specifically approved in advance by the chief University Relations officer, subject to all applicable University guidelines and state and local laws and regulations. Such special events shall be for the purpose of hosting alumni, parents, other visitors to campus, faculty, staff, and students 21 years of age or older at receptions related to special campus or organizational events.

**Guidelines for Permitted Possession & Consumption of Alcohol**

1. Restrictions on Possession and Consumption of Alcoholic Beverages in Individual University Residential Rooms:

A.   Kegs and other common containers of alcohol (including 1/2 kegs, party balls, pony kegs, "trash can punch," frozen alcoholic beverage service machines or any similar container) are prohibited.

B.   The resident of the particular residential room is responsible for complying with all applicable laws and University policy.

C.   There shall be no public display of alcohol or alcoholic beverage containers.

D.   There shall be no alcohol containers—empty, filled with colored water, etc. in individual student rooms occupied by anyone under the age of 21.

E.   Measures must be in place to prevent use or consumption by underage persons.

F.   Nonalcoholic beverages must be available when alcoholic beverages are served or consumed.

G.   No person may sell alcoholic beverages. This includes charging an admission fee or otherwise imposing costs or expenses on other persons for the purposes of providing alcoholic beverages.

2. Restrictions on Possession and Consumption of Alcoholic Beverages at Student Events

A.   Any event in which alcohol may be served or consumed requires prior registration with the Office of Student Activities and approval of the Director of Student Activities. Information regarding the procedure for registration and approval of such events can be obtained through the Office of Student Activities. Such approval shall only be granted on a

single event

B.   Approval may only be granted for events at the Dorothy Manning Lord Residential Center, the Korouva Milk Bar or the fraternity houses. The Dean of Students or Vice President for Student Life also may approve student organization-sponsored events where alcohol is served in the Red and Charline McCombs Ballrooms, on the Roy H. Cullen Academic Mall, or the J.N.R. Score Quadrangle, where such events are expected to draw a larger group or a wider audience than can be accommodated in the aforementioned locations.

C.   Any organization or group seeking to obtain approval for an event where alcohol is present must designate a responsible individual or individuals who will ensure compliance with all applicable laws, regulations, and University policy, and prevent consumption of alcoholic beverages by or distribution of alcoholic beverages to intoxicated persons or persons under 21 years of age.

D.   Open Parties, with unrestricted access to the event, are prohibited. Only Closed Parties, those events with guests invited by invitation only, will be allowed. The sponsoring organization is responsible for the action(s) of its guests at all times.

E.   There may be only one accessible entrance to the event. The organization hosting the function must have door monitors present at this entrance at all times. The monitors shall ensure that all guests are identified, registered, and marked as 21 and over or under 21 and shall inspect the property to ensure that the event is secured against unwanted entry and that one entrance is maintained. All other entrances must be secured from entry, but available for exit.

F.   A guest list must be kept of all guests invited and in attendance. All persons wishing to consume alcoholic beverages must be identified as 21 or older and must present identification at the time of checking in to the function.

G.   The presence of alcoholic beverages must be in compliance with applicable law, University policy, and the particular rules for the event as provided by the Director of Student Activities. The sponsoring organization is responsible for ensuring compliance with such rules and legal restrictions and for obtaining any necessary licenses or permits.

H.   Hard liquor is prohibited and may result in more severe sanctions. Kegs and other common containers of alcohol (including 1/2 kegs, party balls, pony kegs, "trash can punch," frozen alcoholic beverage service machines or any similar container) are prohibited.

I.   Consumption of alcoholic beverages is permitted only in the public area designated for the event. The number of persons attending the event may not exceed the space available for the event.

J.   No person or organization may sell alcoholic beverages. This includes charging an admission fee or otherwise imposing costs or

expenses on
beverages. Alcoholic beverages may not be provided by the sponsoring
organization or purchased with student organization or University
funds. The University expects each national organization to uphold its
national policy.

K.    Nonalcoholic beverages and food must be provided and available.

L.    No promotion or invitation to the events may publicize the
availability of alcoholic beverages.

M.    SUPD will be notified in advance of all events where alcoholic
beverages are present and SUPD may enter such events to monitor
adherence to these policies.

N. Public intoxication is prohibited.

**Good Samaritan Policy**

Southwestern University's Good Samaritan Policy encourages students to seek
medical attention through SUPD or 911 during an alcohol or drug-related emer-
gency, by removing the threat of disciplinary action by Southwestern University
for possession of alcohol and/or drugs or the overuse of drugs and/or alcohol. If
a student experiences a medical emergency, that student, or the first person who
calls for help on their behalf, and/or the student organization or group hosting the
event that calls for help, can do so without fear of disciplinary action. South-
western's policy emphasizes that students should first worry about their health
and the health and safety of others.  For further information, about the signs and
symptoms of alcohol poisoning, or how to place someone in the alcohol recovery
position, please see https://www.southwestern.edu/health-center/student-resources/
alcohol-and-drug-safety/.

The purpose of the Good Samaritan Policy is to reduce barriers to seeking
assistance by granting amnesty from formal university disciplinary action related to
alcohol use for (1) the intoxicated individual and (2) the person who calls for help.
The Good Samaritan Policy states that:  "Whenever a student assists an intoxicated
person by calling SUPD or 911 for assistance, neither the intoxicated individual
nor the individual who assists will be subject to formal university disciplinary
actions for (1) being intoxicated or (2) having provided that person alcohol.  In
order for this protocol to apply, the intoxicated student(s) and the caller and
organization must agree to timely completion of recommended alcohol education
activities. An assessment, and/or treatment, depending on the level of concern for
student health and safety, may be necessary for the intoxicated student.

The amnesty created by the Good Samaritan Policy extends only to disciplin-
ary actions by Southwestern University and cannot extend to any civil or criminal
legal proceeding to which a person or organization may be exposed by the laws of
the State of Texas.  Similarly, the Good Samaritan Policy does not modify or affect
any so-called "Good Samaritan" laws of the State of Texas.  Legal issues aside, in a
medical emergency, the only consideration should be the health and safety of those
at risk.

**Individual Amnesty I**

Individual amnesty is the most limited level of protection. This level protects individuals from University disciplinary action, when they call 911 or SUPD seeking medical attention for themselves as a result of an illegal action. Individual amnesty does not extend to organizations that person may be a part of or peers also present with the individual at that time.

#### Caller Amnesty from University Disciplinary Action

This policy builds on individual amnesty for disciplinary action and extends to the person first calling 911 or SUPD for help for the person or persons in need of medical attention.  As with the individual amnesty, though, this does not provide protection from legal prosecution for an organization to which the students belong or are in attendance.

#### Organizational Amnesty from University Disciplinary Action

This policy builds on caller amnesty for disciplinary action and extends to the organization hosting an event at which, or space in which, medical attention is needed as a result of an illegal action. Organizational amnesty applies when a caller contacts 911 or SUPD on behalf of the organization.

#### Commitment to Alcohol and Drug Education

1. The University is concerned that students be fully informed about the consequences of alcohol and drug consumption. An important aspect of policy implementation is that students who sponsor or attend events where alcohol is served participate in programs of alcohol education. These programs will describe the risks involved in alcohol consumption and encourage students to make informed choices about consumption or abstinence. Representatives of sponsoring organizations must attend a program on alcohol education before an event will be approved.

2. The Residence Life Staff is charged with maintaining an atmosphere conducive to students' successful academic pursuit, and as such, will address both social and individual situations that contribute to the deterioration of the hall environment or to the impairment of an individual's health and welfare. In accordance with this responsibility, the Residence Life Staff shall enforce the restrictions and terms of this policy on possession and consumption of alcoholic beverages and drugs.

3. Students are encouraged to talk with the counselors in Counseling Services or with off-campus professionals if they think that they might have a problem with alcohol or other drugs. Conversations with these professionals are confidential.

4. Student Life deans, and the directors and counselors in Counseling Services, Health Services, Religious Life, and Residence Life stand ready to assist students, as individuals or in groups, with problems or discussions regarding choices about alcohol consumption or abstinence.

**SU On-Campus Alcohol and Drug Guidelines for Sanctions**

| INDIVIDUAL BEHAVIOR(S) | FIRST OFFENSE | SECOND OFFENSE | THIRD OFFENSE |
|---|---|---|---|
| • Under age 21 possession and/or consumption | • Contract Probation<br>• $50 Fine<br>• Possible Legal Citation<br>• Alcohol Education | • Extended Contract Probation<br>• $75 Fine<br>• Legal Citation<br>• Alcohol Assessment<br>• Parental Notification | • Disciplinary Probation<br>• Legal Citation<br>• Parental Notification |
| • Possession and/or consumption in alcohol-free zone | • Contract Probation<br>• $50 Fine<br>• Possible Legal Citation<br>• Alcohol Education | • Extended Contract Probation<br>• $75 Fine<br>• Legal Citation<br>• Alcohol Assessment<br>• Parental Notification | • Disciplinary Probation<br>• Legal Citation<br>• Parental Notification |
| • Hosting a party involving the illegal use of alcohol or making alcohol available to minors | • Contract Probation<br>• Alcohol Education<br>• $100 Fine<br>• Parental Notification<br>• Possible Legal Citation | • Disciplinary Probation<br>• Alcohol Assessment<br>• $150 Fine<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Parental Notification |
| • Public Intoxication | • Contract Probation<br>• Alcohol Education<br>• $75 Fine<br>• Parental Notification<br>• Legal Citation | • Disciplinary Probation<br>• Alcohol Assessment<br>• $100 Fine<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Parental Notification |
| • Driving While Intoxicated & DUI | • Contract Probation<br>• Alcohol Education<br>• $100 Fine<br>• Parental Notification<br>• Legal Citation | • Disciplinary Probation<br>• Alcohol Assessment<br>• $200 Fine<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Parental Notification |

46

| | | | |
|---|---|---|---|
| Property Damage while under the influence of alcohol. | • Contract Probation<br>• Alcohol Education<br>• $75 Fine<br>• Full restitution for damages<br>• Parental Notification<br>• Possible Legal Citation | • Disciplinary Probation<br>• Alcohol Assessment<br>• $150 Fine<br>• Full restitution for damages<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Full restitution for damages<br>• Parental Notification |
| Endangering self and/or others while under the influence of alcohol. | • Contract Probation<br>• Alcohol Education<br>• $200 Fine<br>• Parental Notification<br>• Possible Legal Citation | • Disciplinary Probation<br>• Alcohol Assessment<br>• $300 Fine<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Parental Notification |
| Violation of Other University Policies Involving Alcohol | • Contract Probation<br>• Minimum $50 Fine<br>• Alcohol Education<br>• Parental Notification<br>• Possible Legal Citation | • Disciplinary Probation<br>• Minimum $75 Fine<br>• Alcohol Assessment<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Parental Notification |
| Possession and use of illegal drugs and/or drug paraphernalia | • Contract or Disciplinary Probation<br>• $50 Fine<br>• Drug Education<br>• Parental Notification<br>• Legal Citation | • Disciplinary Probation<br>• $100 Fine<br>• Drug Assessment<br>• Parental Notification<br>• Legal Citation | • Recommendation of Suspension or Expulsion to University Committee on Discipline<br>• Parental Notification |

All sanctions are cumulative; consequently, students who already have previous violations, either alcohol or drug related or violations of the Personal Conduct Policies as stated in the *Student Handbook*, may receive increased sanctions.

All fines will be used to cover the costs of individual alcohol and drug assessments and/or evaluations, as well as materials to be used in alcohol education and programming on campus.

The University reserves the right to communicate with parents at any time deemed appropriate in cases involving alcohol or drug use/abuse by their respective student/s.

*Important Note: All violations of Texas law are also subject to appropriate police action (citation, arrest, fines, fees, etc.).*

47

report lost or found property to SUPD. Every effort will be made to reunite property with its owner. Found or abandoned property will be held at the University police department for a maximum period of 90 days. If no claim is made during the holding period, the property will be destroyed or donated to a local non-profit organization. Bicycles left on campus between semesters without prior approval from SUPD will be considered abandoned property.

**Bike Racks:** Bicycle racks are available across campus so that owners may lock their bicycles for security. Bicycles should be registered with University Police. The University is not responsible for loss or damages to bicycles. Bicycles may not be stored or parked in hallways, lounges, or other public areas. Bicycles may be stored or parked in suite common areas in the residence halls if agreed upon by all the members of the suite, and if the bicycles do not pose a fire hazard as determined by professional staff. Bikes parked at locations other than bicycle racks may be removed.

**Camping:** No camping is permitted on any University property.

**Computing Policy:** The University requires that all persons who use any University computing hardware, software, network, or the Internet, including the residence hall networks, abide by the policy(ies) available online at https://www.southwestern.edu/policy/.

**Continuous Disregard for University Policies:** Discipline will be administered for personal conduct which may be minor, one incident at a time, but when recurring, represents a continuous disregard for University Policy.

**Disciplinary Status and Eligibility:** Southwestern University, through its Judicial Policy described in section IX, reserves the right to determine a student's disciplinary standing, described as: "in good standing," "not in good standing," "on disciplinary probation," "suspended," or "expelled."

Students remain in good disciplinary standing as long as they have not been found responsible for violating University policy, or have completed or are in the process of completing sanctions for violations that did not result in disciplinary probation, suspension, or expulsion. Students on disciplinary probation have limited rights and privileges as described in IX.13, Typical Sanctions. Students are not in good standing while a disciplinary situation is under review, including if the student withdraws from or leaves the University while a disciplinary matter is pending.

Expulsion and suspension are noted on the Southwestern University transcript. After five (5) years, a student or former student may submit a written request and rationale for the removal of the notation related to the disciplinary suspension or expulsion. A committee of three, appointed by the Vice President for Student Life (or designee), will review the request and take into consideration factors such as:

· the nature of the violation
· the harm or injury resulting from the violation
· the amount of time that has passed since the violation
· the student's/former student's behavior since the violation

unworthy of an academic community. Examples of such dishonesty are as follows: (a) theft or attempted theft, (b) cheating, (c) lying, (d) possession of false identification, (e) plagiarism, (f) forgery, (g) falsification of University records, (h) supplying false information to the University, (i) unauthorized possession of University lists, records, or property, (j) unauthorized entry into University facilities, (k) misuse of University electronic systems (e.g. voicemail, email, computer network, etc.), (l) misuse of identifying cards (meals, ID, library, etc.), (m) unauthorized possession of individual student or student organization property, and (n) violation of copyright laws.

**Disruption:** Whether in the residence halls or elsewhere on campus, students may not cause unnecessary and unwanted noise and disruption. Such behavior disrupts and interferes with the peace, quiet, and sense of order which should be afforded members of an academic community. Students' right to peacefully petition or demonstrate will be respected, however, and students interested in sponsoring and organizing this type of activity should consult with the Dean of Students about appropriate guidelines.

**Drugs:**  See "Alcohol and Other Drugs: Statement of Policy" at the beginning of this section.

**Exotic Dancers:** Exotic dancers and strippers are prohibited from performing on campus and from events of University sponsored organizations.

**Fire Alarms and Drills:** Campus buildings are equipped with fire alarm systems and fire safety equipment. For students living on campus, fire safety procedures are discussed in hall meetings at the beginning of each semester. Fire drills will be held to familiarize residents with proper procedures for maximizing personal safety in the event of a fire. During a drill, the following procedure should be followed: (1) **walk** to the nearest exit; (2) move at least 50 feet from the building; (3) do not return to the building until authorized to do so by the person in charge; (4) wait for instructions from a staff member or fire department official prior to returning to the building. Please take the initiative to familiarize yourself with the fire evacuation routes for your immediate living area should you move during the semester. Failure to respond to a fire alarm or participate in a fire drill can be a matter for disciplinary action, and incurs a $25 fine.

**Fire and Fire Safety Systems:** It is a violation of University policy and state law for students or others to set any type of fire or tamper with building or outdoor safety systems (alarms, fire extinguishers, hoses, etc.). The minimum fines associated with these violations are: $50 to $100 for unnecessarily discharging a fire extinguisher, $100 for tampering with, including covering, a fire detection system and $200 for the unwarranted pulling/activating of a fire alarm system.

**Firearms, Fireworks, Ammunition, Explosives, and the like, including Toy Guns (Weapons Policy):** The possession of firearms, knives with blades longer than 3.5 inches, other weapons, ammunition, explosives, or fireworks on campus, including in campus housing, is prohibited. This includes, but is not limited to, BB guns and pellet guns, martial art weapons, bows and arrows, tasers,

and paintball and lase

prohibited, because of the potential danger caused by confusion with real weapons. Toy guns, whether water guns or otherwise, shall not resemble a real firearm in any manner. Water guns used for special activities must be brightly colored, and their use must be approved by the Chief of University Police. Violations of this directive can result in criminal and/or administrative charges.

Texas Law (Penal Code – 46.03) prohibits the possession and carrying of weapons onto an educational institution (public or private) by those other than people with proper authorization, such as Southwestern University's police officers. Southwestern University will strictly support and enforce this law. An offense under this law is a 3rd degree felony in the state of Texas.

**This prohibition of firearms on campus applies to persons holding permits for concealed handguns.** Southwestern is a private institution and is not required under Texas law to allow such weapons on campus by licensees. Specifically, pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter Southwestern property with a concealed handgun. Southwestern has opted out of "campus carry." **NO FIREARMS OF ANY KIND ARE ALLOWED ON THE CAMPUS.**

**Freedom of Association:** Southwestern offers students the opportunity to associate with whomever they desire. Being a member of a student organization or University-sponsored athletics team does not prohibit a student from joining other student organizations. In addition, students must be given the equal opportunity to participate in athletics and/or organization activities.

**Gambling:** Gambling that is in violation of state law is not permitted on campus.

**Golf Carts:** See "Utility Carts."

**Harassment:** The University is committed to maintaining a community where all members can work, live, and learn together in an atmosphere free of harassment. Harassment is behavior that: (a) has the intent or effect of interfering with an individual's ability to live, work or learn on campus, (b) creates an intimidating or hostile environment at the University generally or in specific campus locations, (c) is pervasive or significant to the extent that it disturbs another, (d) causes another to be reasonably apprehensive, or (e) endangers the health or safety of another.

Harassment may or may not be based on a person's age, disability, national or ethnic origin, gender identity/transgender status or expression, race, religion, sex, or sexual orientation, other real or perceived identities, or any other impermissible factor. Additionally, harassment includes, but is not limited to: coercing, degrading, hostile, intimidating, or threatening behavior, or behavior reasonably likely to alarm, annoy, embarrass, offend, or torment another. The University prohibits any such behavior, whether verbal or non-verbal, physical or non-physical, and by whatever means or method carried out.

This policy is not intended to limit legitimate claims of academic freedom.

mately related to the content or purposes of a course, even though such topics may elicit discomfort in some class members.

### *Guidelines and Procedures for Students:*

Students who experience or witness harassment are urged to report the incident as soon as possible by doing one or more of the following:

- Report to any Resident Assistant (RA) or member of the Residence Life staff
- Report to the Dean of Students, 512-863-1624
- Report to the SU Police Department (SUPD), 512-863-1944

**If anyone's safety or health is at imminent risk, please contact SUPD immediately.**

### The Dean of Students will:

- Assist with support, resources, and/or services for the affected individuals
- Investigate the reported incident
- Determine the disposition of the case for resolution through the University's judicial process

Imposition of sanctions for any student found responsible for harassment is subject to the processes and procedures outlined in the *Student Handbook*.

**Hate Crimes and Bias-Related Incidents:** Consistent with the University's core value of respect for the worth and dignity of all persons, bias-related incidents and hate crimes are not tolerated and are considered particularly abhorrent in a campus environment. Any incident that rises to the level of a potential hate crime could be reported as such to law enforcement authorities.

Bias-related incidents and hate crimes both involve behavior that is motivated by bias. Bias-related incidents are defined as behavior which constitutes an expression of hostility, prejudice, or hatred towards another because of the targeted person's age, creed, disability, ethnic or national origin, gender, gender identity/transgender status or expression, marital status, race, religion, sex, sexual orientation, or other real or perceived identities. Even when offenders are not aware of bias or do not intend to offend, bias may be revealed which is worthy of a response and can serve as an opportunity for education.

Bias-related incidents, while abhorrent and intolerable, do not usually meet the necessary elements required to prove a crime. However, bias-related incidents do require a response and will be addressed through the University disciplinary process and educational initiatives.

Hate crimes are also motivated by bias, but they include a specific crime as defined by state or federal law. Hate crimes are prohibited by both state and federal law and will be addressed accordingly. For purposes of this policy, a hate crime is any crime that is committed in conjunction with an expression of hostility, prejudice, or hatred towards another because of the targeted person's age, creed, disability, ethnic or national origin, gender, gender identity/transgender status or expression, marital status, political or social affiliation, race, religion, sex, sexual orientation, other real or perceived identities, or any other impermissible factor.

This policy is not intended to limit legitimate claims of academic freedom. In particular, the policy does not limit classroom teaching concerning topics legiti-

elicit discomfort in some class members.

**Hazing:** This activity is usually associated with membership intake or new member education, initiations, or other functions of student organizations or teams. The University does not permit hazing, which is defined as any behavior which can do mental or bodily harm to any person, or which is offensive to the dignity of an individual. Individuals not associated with an organization or team are also prohibited from engaging in such activity. (See Section XIII of this Handbook for more complete Hazing information.)

**Insurance and Valuables:** Southwestern University does not carry insurance on personal property of students. Students who own valuables should lock them in a safe place or leave them at home. It is strongly recommended that students insure their personal property, including automobiles, either through their parents' homeowners or automobile insurance policy or by purchasing personal property insurance. Southwestern University assumes no responsibility for lost, damaged, or destroyed personal property. Students are encouraged to immediately report all losses or thefts, regardless of size, to University Police.

**Involuntary Withdrawal:** Southwestern University may withdraw a student if it is determined that the student is engaging in or likely to engage in behavior which: 1) constitutes a direct threat, 2) poses a significant disruption to the educational environment or the rights of others, or 3) renders the student unable to engage in basic required activities necessary to obtain an education.

The dean of students or his/her designee is empowered with the discretion to define within his/her professional judgment what is sufficiently threatening and/or disruptive to warrant invoking this involuntary withdrawal procedure. Involuntary withdrawal of a student from the University will be undertaken only as a last resort. Every effort will be made to help students understand the consequences of their behavior, make responsible decisions, and develop skills that will allow them to remain and function in the SU community.

**Loitering:** Loitering of one or more persons in public areas of campus for unreasonable periods of time is prohibited where such activity obstructs passage, constitutes a public nuisance, creates a threat to safety, or is with the intent to commit any violation of law or other university policy.

**Lost and Found:** See "Abandoned Property."

**Mopeds and Motorcycles:** Operation and parking of mopeds and motorcycles is confined to the street only. These vehicles must not be stored, parked, or operated on sidewalks, courtyards, handicap parking spaces, or inside residence halls.

**Official Communication:** During the academic year, official University correspondence and notices may be sent via telephone, electronic mail, or letter, and this assortment is necessary to allow quick, efficient, and effective communication. The University provides every student with Internet access, an email account and a postal box at the University Post Office.

To allow the University to contact students as needed, each student must

maintain records or va

email, SU Box, local address (if living off campus), emergency contact information, and permanent address. The latter two may not be the SU Box number. The Center for Academic Success and Registrar keeps information regarding each of these addresses as part of the directory information on the Student Record, and students must maintain accurate data there. Furthermore, students are responsible for claiming their accounts, ensuring that their mailboxes do not become too full, and regularly checking both SU email and their SU Box for important University communications.

**Official Directives:** Students are required to respond to requests made by a University official in the discharge of their responsibilities. It is a student's responsibility to respond immediately to such a directive or request, e.g., to come to the office of a University faculty, administrator, or staff member, to identify themselves, to leave a crowd when asked to disperse.

**Other Personal Conduct:** Discipline will also be administered for personal behavior that is:

(a) indecent, lewd, or obscene (e.g., indecent exposure. See also "Sexual Misconduct");

(b) destructive to property (e.g., the property of students or others. See "Vandalism" for destruction of University property) or endangers persons or property;

(c) the intimidating use in public, or as a threat between two people, of 'fighting words' that demean the worth and dignity of persons—words such as 'fag' and 'retard', or racial slurs; and/or

(d) disrespectful, uncooperative, abusive, or threatening. These rules are generally intended to apply to behavior. Speech may be subject to discipline when it destroys property, or intentionally or recklessly assaults, harasses, abuses, or intimidates others.

**Pandemic Response:** The University may, at its discretion, impose additional requirements on students in the interest of promoting the health and safety of the University community. These may include but are not limited to: wearing face masks or coverings, practicing social distancing, limiting or prohibiting guests, and isolation or quarantine of those who may be contagious. Failure to comply with these requirements may be cause for disciplinary action.

**Photograph Release:** As a member of the Southwestern community, your image may be included in photographs taken by the University for use in SU publications, videos, websites, etc. Photographs of you may include, but are not limited to, pictures on and off campus, in classes, and as a participant during University events.

By being a part of this Southwestern community as a student member, you grant permission to the University to use your image in photographs without any acknowledgement or written permission. Such photographs are the property of Southwestern University and Southwestern shall own all copyright and use rights world-wide. You will not be paid for the University's use of your image.

**Physical Assault**

demic community, any form of physical assault or fighting will not be tolerated. Students should be aware that they hold, at least in part, responsibility for the conduct of friends and guests they bring onto campus.

**Pirate Bikes -** The use of Pirate Bikes on campus is governed by the University's Pirate Bike Policy (https://www.southwestern.edu/life-at-southwestern/pirate-bikes/). Please do your part to keep this program active and safe on campus and be aware that **no Pirate Bikes may be taken off campus and that if caught with a Pirate Bike off-campus, disciplinary action, including citation with a $50 fine, may result.**

**Prohibited Items:** To protect the safety and well-being of all members of the campus community, the following items are prohibited, except as supplied and maintained by the University.

- Air conditioners (personal, such as window units or portable units)
- Alcohol containers (even if empty or filled with colored water) in rooms where any resident is under the age of 21
- Bed risers
- Candles
- Combustible materials (propane tanks, gasoline, kerosene, etc.); small containers of lighter fluid are allowed.
- Dartboards
- Drones (see https://www.southwestern.edu/safety/programs-policies)
- Electrical appliances other than popcorn poppers and coffee pots, which must be UL-approved. Hot plates, crock pots, toaster ovens, etc. are not allowed.
- Firearms, fireworks, ammunition, explosives, and the like, including toy guns (see separate policy of same name)
- Fog machines
- Grills and barbecue pits
- Halogen lamps
- Hammocks
- Hookahs
- Hoverboards
- Incense
- Open flames (see Fire Safety Policy - https://www.southwestern.edu/safety/programs-policies)
- Pets, other than fish in one aquarium up to 10 gallons, and as governed by the Pet Policy
- Sound amplifiers
- Wireless routers or wireless access points

Violations of the Prohibited Items policy may result in the loss of the housing deposit when they occur in the residence halls, and may incur additional fines and/or disciplinary sanctions.

students to engage in peaceful protest over issues of University, local, national, or international interest. Protests must be civil and peaceful, not violate state law or University policies, and protests may not deprive any persons of a legal right, disturb any persons in the enjoyment of a legal right, nor deprive any persons of access to University experiences. Protestors shall not obstruct streets, sidewalks, elevators, aisles, hallways, entrances, or exits to which the community has access, or any other place for the passage of persons, vehicles, or conveyances. Twenty-four hour advance notice to the Dean of Students of any protest likely to involve a physical gathering is required. The University also reserves the right to limit the time, place, and manner of any protest, including the location of any physical protest to a particular area of campus in order to assure the physical safety and rights of all members of the University community.

**Public Information Act (Open Records):** The Texas Public Information Act gives the public the right to request access to information created and maintained by government agencies. The Southwestern University Police Department and its reports are subject to this act. Public information requests must be made in writing to the Southwestern University Police Department.

**Representing the University:** A student who is currently on disciplinary probation or who has a pending disciplinary case may not represent the University on or off campus.

**Retaliation:** The University prohibits any retaliation between students, which includes any action taken against another person to seek revenge. This includes physical contact, or more often, inappropriate behavior or comments through emails, text messages, social media, or any other form of communication by or on behalf of the offending student.

**Rollerblading/Skating:** Both are permitted on sidewalks, but neither is allowed on tennis courts, inside buildings, on porches or steps, or on the verandas.

**Service Animals:** Southwestern University recognizes the importance of service animals as defined by the Americans with Disabilities Act Amendments Act (ADAAA) and follows the federal regulations regarding service animals. Anyone using a service animal is encouraged to register with the Associate Director of Academic Success. Service animals may accompany their student-handlers into any public space on campus, as long as they are under the control of the handler at all times. To access the complete policy regarding service animals, please visit the Services for Students with Disabilities website - https://www.southwestern.edu/offices/success/services-for-students-with-disabilities/.

Emotional Support Animals (ESAs) are a separate category of assistance animal. These animals are not pets, they are not service animals, and their presence on campus is governed by federal, state, and University guidelines. ESAs are permitted in their assigned private residence hall rooms only with prior approval through the Associate Director of Academic Success, in collaboration with Housing professional staff, and the permission of the room's resident(s). Approved ESAs are permitted in residence hall common areas with their student-handler, provided

they are restrained and not permitted in University buildings other than residence halls. For the complete policy on assistance animals, please visit the Services for Students with Disabilities website - https://www.southwestern.edu/offices/success/services-for-students-with-disabilities/.

**Sexual Misconduct Policy:**  See Section X of this Handbook for definitions and complete policy statements.

**Smoking and Vaping:** Smoking and vaping are prohibited in all buildings and within 25 feet of building entrances, operable windows or air intakes. This includes all residence halls and apartments, including the balconies and patios in the apartment complexes.

**Soliciting and Selling:** In support of the safety and privacy of members of the University community, soliciting and selling -- whether in person or electronically -- are prohibited. No businesses, organizations, or individuals may canvass, solicit, or sell on campus or using University resources. This policy does not apply to student organizations operating in compliance with the Student Organization Fundraising Events Policy or to individual students offering personal items for sale.

**Swimming/Wading Pools:** Any swimming/wading pools that are used on campus can be no deeper than 12 inches in order to reduce the risk of accidental drowning. Additionally, such pools must be emptied daily after use in order to manage risk and to insure sanitary conditions.  All pools used on campus must be approved by the Chief of University Police and such approval will require the designation of a specific individual responsible for adherence to these guidelines.

**Travel:** Travel by students that is sponsored and/or funded by the University is regulated by Southwestern's Vehicle Safety Policy (https://www.southwestern.edu/safety/programs-policies/). It is recommended that student leaders meet with the sponsoring/funding department at least one week prior to departure in order to be eligible for sponsorship and/or funding for their travel plans.

**Unauthorized Access:** Students may neither enter nor occupy spaces not designed for access, private spaces, or controlled-access spaces without authorization. These spaces include but are not limited to: residence halls and rooms, other than those to which the student is assigned; faculty/staff offices and academic labs; and fountains, art installations, and roofs. Authorization does not automatically extend to persons accompanying the person(s) authorized.

**Utility Carts:** Use of Utility Carts are governed by the University's Utility Cart Safety Policy - https://www.southwestern.edu/live/files/7674-utility-cart-policyrev10-10-18pdf. Students must receive approval from either their Supervisor (student workers) or from the Assistant Director of Academic Success in the Center for Academic Success (personal medical needs). All Utility Cart drivers must possess a valid drivers license with two years driving experience and complete the Utility Cart Safety Policy and Utility Cart video module through SafeColleges.

**Vandalism:** Vandalism or other malicious treatment of University property or the property of others is a violation of University policy. Restitution will be required in most cases involving this type of behavior.

**Vending Machin**

and in other buildings. Refunds for money lost in the vending machines may be obtained in the Business Office in the Cullen Building.

## Publicity Regulations

Southwestern's campus publicity regulations are summarized below. Please direct any questions to the Office of Student Activities.

**Campus Notices:** There are many ways to communicate on campus. The preferred mechanism for announcements and the like is the *Campus Notices* system available at https://www.southwestern.edu/campusnotices/.  Notices sent through the Campus Notices system may be targeted to segments of the campus community and are delivered daily, early in the morning. Another mechanism for communicating is e-mail. It works well in many instances but if not used properly, it can be irritating and time consuming for those receiving the messages. Too much e-mail is a bad thing. In particular, e-mail is not a good medium for meaningful discussion.

**No matter which medium you use, keep the following things in mind:**

- One or more people will read your posting. Don't say anything that you wouldn't say to someone's face.
- Do not send messages while under the influence.
- Avoid sarcasm. It doesn't work in e-mail.
- Messages with crude, hostile, or offensive language are wrong.
- A "spam" e-mail is generally defined as an unsolicited mailing, usually to many people. Some consider *forwards* to be spam.  Don't be a spammer.

**Campus Notices Guidelines**

- All members of the community are subscribed to *Campus Notices* by default.
- Anyone in the community may post messages via *Campus Notices*.
- Notices are delivered daily Monday through Friday via e-mail. Notices must be submitted before 8:00 a.m. for same day delivery.
- The *Campus Notices* system is the only way for students to post messages that will be seen by members of the faculty and staff.
- A campus notice may be queued for delivery at a later date.
- More information about *Campus Notices* is available on the web at https://www.southwestern.edu/campusnotices/.

The Information Technology department can establish a Google Group for any class or registered campus organization.  Communication to and among members of an organization should take place within such Groups, not via the more general campus-wide lists.

E-mail and *Campus Notices* may also be governed by other policies in the *Student Handbook*.

**Chalking:** Organizations may request permission from the Office of Student Activities to promote their events by chalking sidewalks in specific campus locations. An organization's advisor must approve chalking requests before they are submitted to the Office of Student Activities. Chalking requests will be approved at the discretion of the Associate Dean for Student Life (or designee), and may

be denied with or with

online (https://www.southwestern.edu/life-at-southwestern/student-activities/forms/) is responsible for ensuring that the chalking is executed in a manner consistent with the request and that the chalking is cleaned from the sidewalks by the deadline.

**Paper Policy (Handbills and Posters):** Announcements may be submitted by registered student organizations through the Office of Student Activities. Postings must be applicable to the campus at large, include the name of the sponsoring organization, and be approved by the Office of Student Activities. If these criteria are met, then Student Activities will stamp each poster to indicate approval and post the materials on campus.

Sponsoring organizations are limited to fifteen (15) announcements to post in designated areas around the campus at large. These areas include: kiosks and select bulletin boards (provided that the board is not designated for a specific academic department or program). Sponsoring organizations also may place one piece of publicity in each residence hall with permission of the appropriate Head RA. Residence hall locations are in addition to the maximum of fifteen (15) pieces of publicity which can be distributed around the campus at large. Fifteen (15) of the total number of publicity items distributed in the residence halls and the campus at large may be larger than 8.5" x 11", but may not exceed 3' x 4'.

When a handbill or poster is approved and posted according to regulation, it should be treated with respect by members of the University community and should not be defaced or removed prior to the sponsored activity occurring. The Office of Student Activities will remove any publicity that has not been approved. All postings received from non-University sponsored, off-campus constituents will be displayed in one location.

**Table Tent Policy:** Student organizations and/or departments may submit up to forty (40) bi-fold or tri-fold flyers or up to fifty (50) 4.25" x 6.5" flyers for display in napkin dispensers in the Mabee Commons and The Cove. Inserts not matching these measurements will not be displayed. Table tents and napkin dispenser inserts will be displayed on a first-come, first-served basis for a maximum of seven (7) days and a minimum of two (2) days. Requests for table tents and napkin dispenser inserts must be submitted online (https://www.southwestern.edu/life-at-southwestern/student-activities/forms/) no later than five (5) days prior to the display date.

**McCombs Campus Center Concourse Banners:** Student organizations may design and create a banner for display in the McCombs Campus Center Concourse using supplies available in the Student Activities Office. Concourse banners may not be longer than 9 feet. Reservations for banner space must be submitted online (https://www.southwestern.edu/life-at-southwestern/student-activities/forms/) at least one week prior to the desired date of display. Up to four banners may be hung for a period not to exceed one week (7 days). Display will be on a first-come, first-served basis for events.

**Other Venues:** Recognized organizations may, from time to time, wish to

develop more distinct

particularly for very special events. However, these must be approved by the Director of Student Activities before proceeding with the publicity plan.

Generally, seven days is adequate; for very elaborate or unusual plans, more time might be required to allow adequate input from affected building coordinators, housekeeping staff, and Facilities Management employees.

All postings in common spaces of the University must be approved in the Office of Student Activities. The intent is not to censor, but rather to ensure that recognized Southwestern University organizations are provided with the full right of communication on campus. Organizations violating these procedures may be subject to the loss of privileges, sanctions, and/or charges for damages.

### Smoking and Vaping Policy

Southwestern University supports the concept of a healthy working and learning atmosphere throughout the entire campus. In that regard, the University has established guidelines governing the use of tobacco and vaping on campus. This applies to all employees, students, and other persons while on the premises. The intention of these guidelines is to contribute to a safe and healthy working and learning environment while being responsive to and mindful of the rights and privileges of individuals.

This policy supports the City of Georgetown Smoking Ordinance as well as meeting LEED (Leadership in Environmental and Energy Design) requirements for our LEED-certified buildings.

Smoking tobacco and vaping is prohibited in all buildings and within 25' of building entrances, operable windows or air intakes. This includes all residence halls and apartments, including the balconies and patios in the apartment complexes.

This is a self-enforced policy that requires the support and cooperation of all community members. When necessary, approach the smoker, communicate the policy and ask for cooperation. If this does not resolve the issue, report the matter to the proper University representative (e.g. Residence Life staff member, Campus Police, or the Department Head who supervises the employee).

### Dog Policy

Southwestern students, faculty, administration, staff, and visitors are allowed to bring dogs on campus that are properly controlled, and that present no danger or nuisance to the Southwestern campus. In general, dogs are allowed on the grounds of campus, but are not allowed inside buildings (for exceptions, see Comprehensive Pet Policy, which immediately follows this policy). All dogs must be currently licensed and tagged by the City of Georgetown Animal Service, and registered, without charge, with the Southwestern University Police Department. Off-campus residents who bring their dogs to visit should also register with SU Police Department without charge.

yearly. The current rabies vaccination tag must be properly displayed on the dog's collar at all times.

No dogs shall be allowed to run loose on campus. All owners should keep their dog restrained by leash or kennel and all dogs must be directly supervised.

If a dog is found unattached on the Southwestern campus, the SU Police Department will:

1. Attempt to notify the owner or other responsible parties by telephone that their dog has become loose and is in violation of dog ordinances.

2. Issue a warning to the owner to control the dog and prevent further violations.

3. Issue a Southwestern Loose Dog Citation to the owner in the amount of $25 to be paid to Southwestern University.

4. Call the City of Georgetown Animal Services for assistance.

Should a dog become loose and considered dangerous on campus, the City of Georgetown Animal Services should be notified, along with the pet owner.

All City of Georgetown animal ordinances have complete jurisdiction and should be fully enforced at Southwestern University.

## Comprehensive Campus Pet Policy

Pets are not allowed anywhere inside any University-controlled building at Southwestern. The only exceptions to this policy are explicitly outlined in a list of Exempted Animals below. Individuals who fail to comply with this component of the Pet Policy will be charged a facility cleaning fee not less than $500 – the actual cleaning fee assessed may be more than $500 based on the impacted building square footage.

Well-behaved pets are allowed outside on University-controlled grounds, but all pets are subject to City of Georgetown leash and tagging laws and must be attended and restrained by leash or in a carrier at all times. The pet owner/handler must take full responsibility to clean any area that their pet soils promptly.

Pets that produce excessive noise, bite, or show aggressive behaviors such as lunging and threatening will not be allowed anywhere on campus. Anyone witnessing such behavior by a pet should report it to the Campus Police immediately. Any unattended or unrestrained pet on campus grounds or inside common areas of a campus building should be reported to the Campus Police immediately.

Non-emergency violations of the Pet Policy should be reported as follows: faculty and staff violations of the Pet Policy should be reported to the offending employee's direct supervisor; student violations of the Pet Policy should be reported to the Dean of Students; community visitor violations of the Pet Policy should be reported to the Campus Police.

### Exempted Animals

The following Exempted Animals are permitted in University-controlled buildings, provided that they are appropriately registered with Campus Police and

Police includes proof of current vaccination records and location(s) where the pet will be housed and regularly present. These animals are exempted only from the prohibition of pets in University-controlled buildings, not from all other stipulations of the Comprehensive Campus Pet Policy outlined above. The exempted pet's owner/handler will be held financially responsible for damages to University-controlled property, facilities, or grounds caused by their pet (including, but not limited to, repairing, replacing, or cleaning flooring, furniture, ductwork, filters, and landscaping). Exempted Animals include:

1) Working service animals (Under special conditions, working service animals who must be off-leash to carry out their duties may be allowed off-leash or out of their carrier, but still always must be under the direct control of their owner/handler).

2) Approved assistance animals for students, but only within the pet owner's University-controlled residence (see Assistance Animal Policy on the Academic Success website (https://www.southwestern.edu/offices/success/services-for-students-with-disabilities/), which outlines the procedures for requesting this disability-related accommodation).

3) Research, clinical, and teaching animals (and only while being used directly for research/teaching), provided that animal owners/handlers properly maintain, control and clean up after them.

4) Southwestern's feral cat population (The feral cats on campus that are cared for by the Cat Partners student organization do not fall under the purview of this Pet Policy because these cats are not technically pets and already are not allowed to enter University buildings. Additionally, they have been spayed/neutered and are receiving vaccinations and other necessary veterinary care through Cat Partners.)

5) Fish in properly maintained tanks/containers.

6) On-duty police dogs.

## Additional University Policies

The following policies are all available on the Southwestern University website at https://www.southwestern.edu/policy. A brief description of each is provided below for your convenience:

**Drug-Free Workplace Policy:** In accordance with the Federal Drug-Free Workplace Act of 1988, and other laws and Southwestern University polices, the University undertakes certain actions and adopts various procedures relating to the misuse of controlled and other substances in order to provide a drug/substance-free workplace. The University has adopted the policy, which is applicable to all University full-time, part-time and seasonal employees, and contractors.

**Ethics and Business Conduct Statement:** It is Southwestern University's long-standing practice to expect and maintain the highest standard of business and ethical conduct. This Statement encompasses compliance with all laws, regulations, and University policies. It is also a University expectation for all its constituents, as related to the many aspects of the respective academic and administrative

**Policy on Patents, Copyrights, and Trade Secrets:** The purpose of this policy is to advance the interests of the University, promoting and protecting the results of research, scholarship, and artistic work. The policy also preserves and protects the interests of the University, which has the responsibility of the stewardship and cultivation of its financial resources.

**Whistle Blower Policy and Confidential Campus Hotline:** Southwestern University requires all faculty, staff, and students to observe the highest of business and ethical standards and to comply with all laws, regulations, policies and practices in the conduct of their duties and responsibilities.  Guidance for this requirement is provided in the University's Ethics, Personal Conduct, and Business Conduct Statement, the University's various policies and procedures, and Southwestern's long-standing commitment to honesty, integrity and excellence in everything we do.

# IX. Judicial Policy

### I.        Introduction

Students at Southwestern University accept membership in an academic community dedicated to the pursuit of intellectual and personal growth.  Southwestern University students are expected to conform to high standards of adult behavior, consistent with the University's Core Values.

The purpose of the Southwestern University judicial process is to review alleged violations of University policies, procedures, and regulations by individual students, groups of students, or student organizations (see definitions in Section XV of this policy).  The various components of the judicial process are designed to respond to such violations, to determine facts based on a standard of preponderance of the evidence, to ascertain responsibility of the Respondent, and to determine appropriate sanctions.

### II.       Jurisdiction

Southwestern University reserves the right to review and respond to on campus violations of the University's policies.  In addition to incidents that occur on the University campus, the University may take disciplinary action in response to incidents that take place during official functions of the University, those sponsored by registered student organizations, or incidents that have a substantial connection to the interests of Southwestern University, regardless of the location in which they occur.  In the case of criminal conviction during enrollment, the University reserves the right to pursue judicial action.

An action involving a student in a legal proceeding in civil or criminal court does not affect the University's ability to pursue its own internal judicial proceed-

ings. The University's
civil procedures.

To the extent that any officer of a student organization was in a position to control, substantially influence, or intervene in the conduct of the organization or any of its members so as to prevent or deter a violation of University policy or policies, and failed to do so, the officer may be charged with, and held additionally responsible for the violation committed by the student organization or its members. Any sanctions imposed on individual student officers are in addition to any sanctions imposed on the student organization or any of its members.

### III. Reporting Procedures

Violations of University policy or policies can be reported by any of the following:
- Residence Life Staff
- University Police or other law enforcement agencies
- The Dean of Students
- Any other individual submitting an account of an incident to the University

Reports of alleged violations should be directed to either the **University Police Department at 512.863.1944, or the Dean of Students at 512.863.1624**. In case of sexual misconduct or sexual harassment, additional reporting options are available (for more information, please see the appropriate policies in sections XI and XIX, respectively, of this *Handbook*). Students are encouraged to report incidents as soon after the occurrence as possible, as the passage of time could impede efforts to investigate allegations and gather evidence.

### IV. Hearing Bodies

The Dean of Students (or designee) shall review and investigate all incident reports, in consultation with staff, and determine whether or not the student or organization will be charged with violating University policy or policies. If it is determined that the student or organization will be charged, the Dean of Students (or designee) will decide which judicial hearing process shall be used in the case, based on the nature and severity of the alleged violation and/or the prior history of inappropriate behavior.

The Dean of Students (or designee) may refer matters to the following judicial hearing processes:
- Administrative Hearing
- University Committee on Discipline
- Special Periods Committee on Discipline
- Honor Code Council Hearing Board
- Sexual Misconduct Hearing Board

### V. Administrative Hearing

An Administrative Hearing is used for violations for which precedents have been established (e.g. alcohol violation). Administrative Hearings are heard by the Dean of Students (or designee).

student judicial process and will ask the student to acknowledge that they understand the process that will be conducted.

The designated Hearing Officer will present all of the materials and/or evidence submitted by witnesses. The materials usually consist of, but are not limited to, a summary of the case written by University Police or in RA Incident Reports, as well as statements from witnesses or other persons involved in the situation.

The student will have the opportunity to refute or explain the materials which have been presented or to add information. The designated Hearing Officer will ask the student questions and discuss the case. The student may choose to remain silent, to not answer any question(s), to not make any statements, or the student may participate in the discussion.

At the Administrative Hearing, the charges and supporting information will be presented by the Hearing Officer. The student may respond to the charges, and may make a verbal or written statement. Following discussion, a decision will be rendered by the Hearing Officer.

### VI.    Administrative Hearing Appeals

The student may appeal an Administrative Hearing result, decision of responsible or not responsible, as well as any sanction(s). The Vice President for Student Life (or designee) will convene the University Committee on Discipline (UCD) to hear appeals of Administrative Hearings. The committee will be comprised of a UCD hearing panel of three (one student, one faculty and one staff member).

Appeals must be submitted in writing within five (5) business days from the date of the written notification of the hearing results. An appeal must concisely set forth the grounds for appeal, as well as any supporting material. Permitted grounds for appeal are:

- Improper procedure in the original hearing
- Information is available that was unavailable at the time of the hearing and the new information is relevant to the determination, or
- An argument supporting the claim that the sanction is too severe.

A final decision of the appeal will be communicated to the Respondent within ten (10) business days of the receipt of the appeal. The decision on an appeal is the final step in the appeal, and may result in any of the following:

1. Uphold the original decision(s) and sanction(s).
2. Uphold the original decision(s) and reduce the sanction(s).
3. Refer the case back to the original hearing body for rehearing and review.

Technical departures from these procedures and errors in their application will not be grounds to withhold disciplinary action unless, in the judgment of the Vice President for Student Life (or designee), the technical departures or errors were such as to have prevented a fair and just hearing.

The University Committee on Discipline (UCD) is the body that may review individual and group non-academic violations of University policy that are referred by the Dean of Students (or designee). The University serves as the Complainant in each case. The UCD also serves as an appellate board for administrative decisions and sanctions.

The University Committee on Discipline Hearing Board consists of a pool of students, faculty and staff who are trained to hear student and group conduct cases. The student members are drawn from a pool selected and appointed by the Office of the Dean of Students, and the faculty/staff members are chosen from a pool recommended by the Dean of the Faculty's Office. The members of each respective committee are selected by the Dean of Students (or designee). Training for Committee members includes familiarization with the University's Personal Conduct policies, hearing procedures, and appropriate standards of proof. Three individuals will be called to serve on each hearing (one student, one faculty and one staff member). The Dean of Students (or designee) chairs the hearing. The Committee determines the finding, and in the case of a responsible finding, provides a range of sanctions for consideration by the Dean of Students.

### VIII.    University Committee on Discipline Hearing Procedures

The hearing is the opportunity for the Respondent (student or group of students) to develop and present their own case. Respondents are advised to prepare carefully for the original hearing, and to include as witnesses other persons who might have specific knowledge of the events under consideration. The procedure to be followed in a University Committee on Discipline hearing is as follows:

1.  Presentation of statement of charges by Dean of Students (or designee).
2.  Response of Respondent. If a Respondent pleads responsible to a charge, the Dean of Students (or designee) may ask if the plea was freely given. In the absence of a plea, or in the case of a not responsible plea, the hearing continues.
3.  Presentation of witnesses. The Dean of Students (or designee) will remind all witnesses that lying to any University official or Hearing Committee is a violation of University policy and subject to sanction by the Committee. Witnesses on behalf of the Complainant are presented first, followed by written statements of witnesses not in attendance. The Hearing Committee members may ask questions, for clarification purposes only, during the witness's direct testimony. Upon completion of the testimony by the Complainant or a witness, the Hearing Committee can conduct more complete questioning. Prior to the Hearing, the Respondent and the Complainant have the right to choose either option "a" or "b" listed below. If an agreement cannot be reached, the default process will be option "a".

    a. Should the Respondent or the Complainant have a question(s) of a witness, or of each other, that question(s) must be provided at the

Dean of Students (or designee), who will assess its relevance and then determine whether to ask the question(s) of the witness or not.

b. Should the Respondent or the Complainant have a question(s) of a witness, or of each other, the question(s) must be asked at the conclusion of the witness's statement.

4. Witnesses on behalf of the Respondent are presented next, along with written statements of witnesses not in attendance. The Hearing Committee members may ask questions, for clarification purposes only, during the witness's direct testimony. Upon completion of the testimony by the Respondent or a witness, the Hearing Committee can conduct more complete questioning. Prior to the Hearing, the Respondent and the Complainant have the right to choose either option "a" or "b" listed below. If an agreement cannot be reached, the default process will be option "a".

a. Should the Respondent or the Complainant have a question(s) of a witness, or of each other, that question(s) must be provided at the conclusion of the witness's statement and must be presented to the Dean of Students (or designee), who will assess its relevance and then determine whether to ask the question(s) of the witness or not.

b. Should the Respondent or the Complainant have a question(s) of a witness, or of each other, the question(s) must be asked at the conclusion of the witness's statement.

5. Deliberation by Committee in closed session to determine whether the Respondent is responsible or not responsible.

6. If the Respondent is found responsible, opportunity for presentation of character witnesses is then offered. Such witnesses are limited to two, and a total time of 15 minutes is allotted. At this time, the Dean of Students (or designee) will be expected to offer any history of former discipline problems. The Dean of Students may also recommend appropriate sanctions. Those recommendations will be given in the presence of the Respondent. These are recommendations only and are not binding.

7. If the Respondent is found responsible, deliberation by Committee in closed session on sanction.

8. If the Respondent is found responsible, they are informed of sanction and reminded of right to appeal. The student(s) or student organization(s) whose case was heard by the University Committee on Discipline may appeal the decision and/or the sanction to the Vice President for Student Life.

Notes:

1. The Hearing Committee may, during a hearing, request additional information or witnesses, and may take a recess of sufficient time to acquire the information.

that either the Complainant or the Respondent is emotionally unfit to continue or because of fatigue of the parties.

3. If the Respondent fails to attend the hearing of which they have been formally notified, the Hearing Committee will hear the case in their absence, using available information.

4. In the event of an inability of the Hearing Committee members to agree on sanctions, the Dean of Students (or designee) will adjourn the hearing. A new Hearing Committee with different members will be formed, which will rehear the entire case.

5. The Dean of Students can intervene at any time to clarify matters of fact or procedure, whenever she/he deems it necessary.

## IX.    Rights of the Respondent

The rights of the Respondent are as follows:

1. To be informed in writing of the time and date of the hearing and of the specific charges
2. To know the name(s) of their Complainant and witness(es)
3. To have an advisor
4. To supply the Dean of Students with any evidence in support of their defense
5. To appear as a witness at the hearing
6. To attend the entire hearing exclusive of closed sessions
7. To not appear at the hearing
8. To supply the Dean of Students with a list of witnesses in defense of the accusation(s)
9. Based upon a pre-hearing determination, to either provide a question(s) of the witness(es) to the Dean of Students (or designee) for consideration or to ask a question(s) directly of the witness(es) at the conclusion of the witness's statement (see Section VIII)
10. Based upon a pre-hearing determination, to either provide a question(s) of the Complainant to the Dean of Students (or designee) for consideration or to ask a question(s) directly of the Complainant at the conclusion of the statement of the Complainant (see Section VIII)
11. To receive a written decision from the Hearing Board or Committee
12. To appeal the decision
13. To be notified of the sanction(s) by the Dean of Students (or designee) within twenty-four (24) hours of the board's decision, followed by a letter outlining the sanction(s)
14. To be informed of the names of the pool of potential Hearing Board or Committee members at least forty-eight (48) hours prior to the hearing
15. To request dismissal, with cause, of any potential member of the Hearing Board or Committee up to twenty-four (24) hours before the hearing

The student(s) or student organization(s) whose allegation was heard by the UCD may appeal the decision and/or sanction to the Vice President for Student Life. The Vice President for Student Life (or designee), will convene a UCD appeal panel of three (3) UCD members (with at least one being a student) who did not serve on the original hearing, to review appeals of the University Committee on Discipline hearings.

Appeals must be submitted in writing within five (5) business days from the date of the written notification of the hearing results.  An appeal must concisely set forth the grounds for appeal, as well as any supporting material.  Permitted grounds for appeal are:

- Improper procedure in the original hearing
- Information is available that was unavailable at the time of the hearing and the new information is relevant to the determination, or
- An argument supporting the claim that the penalty is too severe

A final decision of the appeal will be communicated to the Respondent within ten (10) business days of the receipt of the appeal. The decision on an appeal is the final step in the appeal, and may result in the following:

1. Uphold the original decision(s) and sanction(s)
2. Uphold the original decision(s) and reduce the sanction(s)
3. Refer the case back to the original hearing body for rehearing and review

Technical departures from these procedures and errors in their application will not be grounds to withhold disciplinary action unless, in the judgment of the Vice President for Student Life (or designee), the technical departures or errors were such as to have prevented a fair and just hearing.

## XI.        Special Periods Hearing Committee

At times when the Hearing Boards cannot be assembled to hear a case (such as during finals, between semesters, holidays, vacations, or summer terms) or when, in the opinion of the Dean of Students, unusual and/or extenuating circumstances do not allow for a fair hearing, a three (3) person Special Periods Hearing Committee, consisting of faculty and/or staff, may be assembled at the discretion of the Dean of Students to hear the case. The Committee will exercise all powers of the appropriate judicial body and will use the procedures of that judicial body.

### Special Periods Appeals

The student(s) or student organization(s) whose case was heard by the Special Periods Hearing Committee may appeal the decision and/or sanction to the Vice President for Student Life. The Vice President for Student Life (or designee) will convene a Special Periods Appeal Panel of three (3) faculty and/or staff who did not serve on the original hearing, to review appeals of the Special Periods Hearing. Appeals must be submitted in writing within five (5) business days from the date of the written notification of the hearing results. An appeal must concisely set

for appeal are:

- Improper procedure in the original hearing
- Information is available that was unavailable at the time of the hearing and the new information is relevant to the determination, or
- An argument supporting the claim that the penalty is too severe

A final decision of the appeal will be communicated to the Respondent within ten (10) business days of the receipt of the appeal. The decision of the Special Periods Appeal Panel on an appeal is the final step in the appeal.

The Special Periods Appeal Panel may:

1. Uphold the original decision(s) and sanction(s)
2. Uphold the original decision(s) and reduce the sanction(s)
3. Refer the case back to the original hearing body for rehearing and review

Technical departures from these procedures and errors in their application will not be grounds to withhold disciplinary action unless, in the judgment of the Vice President for Student Life (or designee), the technical departures or errors were such as to have prevented a fair and just hearing.

### XII. Interim Sanctions

In certain instances, it may be necessary for the University to impose interim sanctions, including suspension, pending a hearing. This action may be necessary when, in the sole opinion of the Dean of Students (or designee), the continued presence of the Respondent student may constitute a threat or disruption to the normal academic process of the University, or where the student is considered a danger to other students or to themselves. In such cases, a hearing will be scheduled as soon as appropriate after interim sanctions commence.

### XIII. Typical Sanctions

If the Respondent student or student organization is found in violation of University Policy, the notification will also include notice of any sanctions which may be imposed by the Dean of Students or the Hearing Board or Committee. Such sanctions may include, but are not limited to, those listed below. More than one sanction may be imposed for any single violation. A history of inappropriate behavior by the student or student organization and the nature or severity of an incident are considered in determining appropriate sanctions. If disciplinary sanctions are not fulfilled by the sanctioned student, more serious disciplinary sanctions may be imposed.

**Alcohol Ban:** Alcohol may be banned from all functions and/or from specific premises, even if all students are of legal age.

**Contract Probation:** A warning that future violations may be handled more strictly, with additional sanctions imposed by the Dean of Students (or designee). Contract probation expires after a specified amount of time but remains in the internal SU record until graduation (or in the case the student leaves the University, for four years after the violation).

a part of the student's record. Future misconduct may result in a hearing by the University Committee on Discipline that may result in separation from the University. Students may not be elected to office in a student organization and cannot represent the University or a student organization off campus. Students placed on disciplinary probation may not graduate, re-enroll, or confirm registration until the terms of probation are met.

Additional loss of privileges may include, but are not limited to, participation in athletics, participation in University activities and events, access to facilities, and parking and vehicle registration and use privileges.

**Expulsion:** Expulsion is the permanent dismissal of a student or an organization. Expelled students must leave campus within twenty-four (24) hours, unless the judicial body directs otherwise. Expelled organizations must cease to exist within twenty-four (24) hours, unless the judicial body directs otherwise. See *Disciplinary Status and Eligibility, page 50.*

**Fees and Fines:** Fees and fines may be assessed to cover the costs of individual assessments and/or evaluations, as well as materials to be used in required education and programming on campus. Fines may also be assessed at the discretion of the hearing body as a component of the sanction(s) imposed for any violation of policy.

**Loss of Privileges:** Denial of specified privileges for a designated period of time.

**Mandated Counseling:** Requirement that a student take part in a counseling program conducted by University staff or other licensed professional. This includes signing a "Request and Authorization to Exchange Information" form provided by the Dean of Students (or designee). The Judicial Body may require the student to participate in a counseling program that addresses particular issues, such as substance abuse.

**Mandated Counseling Assessment:** Assessment and/or session in the Counseling Center by a specified date. This includes signing a "Request and Authorization to Exchange Information" form provided by the Dean of Students (or designee). Unless otherwise stated by the Hearing Board or Committee, the student is required to follow all recommendations made by the Counseling Center staff as a result of the assessment.

**Mandated Off-Campus Assessment:** An off-campus assessment by trained professionals may be required regarding alcohol, drugs and/or mental health. This includes signing a "Request and Authorization to Exchange Information" form provided by the Dean of Students (or designee).

**Mandated Housing Reassignment:** A written notice that the behavior merits the immediate relocation of the student to another campus location or off campus. A student relocated or removed from housing as a disciplinary sanction will not be entitled to any refund.

**Parental Notification:** Parent(s) and/or legal guardian(s) of dependent students under 21 receive notification detailing judicial sanctions imposed upon their son/daughter in response to violations of designated policies.

locations on University premises.

**Restitution:**  May be required when individual, group or University property has been stolen, damaged or destroyed.

**Social Probation:**  Prohibits a student organization from having any social activities (including parties) on or off campus for a specified period of time and may include additional restrictions.

**Special Program or Projects:**  Requirement that a student participate or assist in the planning of a program or project that is relevant to the violation.  The project must be pre-approved and completion verified by the Dean of Students.

**Suspension:**  Suspension is the forced withdrawal of a student or an organization for a specifically stated period of time.  Suspended students must leave campus within twenty-four (24) hours, unless the judicial body directs otherwise. Suspended organizations must cease to exist within twenty-four (24) hours, unless the judicial body directs otherwise. *See Disciplinary Status and Eligibility, page 50.*

### XIV.  Records

Accurate records of hearings and other actions by administrators shall be kept in the student's and/or organization's files in the Office of Student Life.  These records will be made available to the Vice President for Student Life (or designee) or the University Committee on Discipline upon appeal.  Records of hearings, usually include information provided by several students.  Therefore, they are not considered to be a part of any one student's record, and are not made available to anyone outside the hearing or the campus appeal process, except under proper subpoena and in accordance with law.  If the Respondent is found responsible, the Dean of Students (or designee) will be expected to offer any history of former discipline actions (see Section VIII, number 6).

Student disciplinary hearing files will be maintained for seven (7) years following graduation.  At the end of these designated time periods, incident reports and disciplinary hearing files may be destroyed.

### XV.  Definitions

**Special Periods:**  When the Honor Code Council Hearing Board, the University Committee on Discipline, and the Sexual Misconduct Hearing Board cannot be assembled to hear a case, or when, in the opinion of the Dean of Students, unusual and/or extenuating circumstances do not allow for a fair hearing, the Special Periods Committee on Discipline will hear the case and act as the Hearing Board under this policy.  These periods include, but are not limited to, the first two (2) weeks of the semester, finals week, vacations, and summer terms.

**Student:**  An individual is considered a Southwestern student and is expected to comply with all University policy upon submittal of their enrollment deposit and the inception of Welcome Week move-in day.  This student status remains until one graduates or withdraws from the University.  A deposited individual may be subjected to disciplinary action before move-in day if they

violate a University po
personnel.  Individuals who are both students and employees will be treated
as students for the purpose of this policy and procedure, only if their primary
relationship to the situation is that of a student.  Allegations against individuals
who are regular employees (regardless of student status) will be handled under the
appropriate personnel policies.  Where appropriate, student also includes student
organizations.

**Student Organizations:**  Any group that has complied with the formal
requirements for University recognition or regulation is a student organization.

*— Approved by the Faculty on April 27, 2006.*

# X. University Sexual Misconduct Policy

The University's Sexual Misconduct Policy is comprised of two component parts:
I. Sexual Harassment Policy (see Section XIX)
II. Student Sexual Misconduct Policy (see Section XI)

In cases where one or more involved parties are University employees, the
Sexual Harassment Policy will apply.  Each of the component parts of the Policy
will be reviewed and updated in accordance with the regular review processes
within the University's governance and administrative processes.

Under certain circumstances and with some conditions, violations of this
policy will qualify as "Sexual Harassment" as defined by implementing regulations
for Title IX of the Education Amendments of 1972 (see 34 C.F.R. § 106 et seq.).
Those violations will be addressed under the separate "Title IX Policy - https://
www.southwestern.edu/live/files/9094-southwestern-title-ix-policy-08-14-2020-
finalpdf" All other violations will be addressed under this policy.

*Updated August 14, 2020*

# XI. Student Sexual Misconduct Policy

### Section 1 - STATEMENT

Southwestern University is a community of trust dependent upon strict
adherence to standards of conduct by its members. Sexual misconduct violates the
dignity of individuals and will not be tolerated within our community. It is a form
of discrimination based on sex or gender that violates federal Title IX regulations
and is prohibited by University policy. In some cases, sexual misconduct can also
be a violation of criminal law. Students at Southwestern University are charged
with the responsibility of being familiar with and abiding by the standards of
conduct set forth herein.

Southwestern University affirms the rights of its students to live, work, and
learn in an atmosphere of mutual respect, free from the threat of sexual miscon-
duct. Accordingly, any form of sexual misconduct will not be tolerated. Southwest-

Sexual misconduct (whether on or off campus) affects the emotional, physical, and psychological well-being of the Complainant (the person alleging they were harmed in violation of policy) and Respondent (the person alleged to have done the harm). The University has an obligation to investigate and resolve cases in which students feel they have been violated, and to do so in a timely manner. State and federal law, including Title IX of the Education Amendments of 1972, prohibits sex/gender-based discrimination. Title IX covers all of the University's programs and activities, and Title VII of the 1964 Civil Rights Act, as amended, also prohibits sex discrimination in employment. Consistent with these legal requirements, Southwestern University is committed to providing a campus environment free of discrimination based on sex, race, color, religion, age, disability, national or ethnic origin, sexual orientation, gender identity/transgender status or any other impermissible factor.

Southwestern University prohibits sexual harassment, sexual violence including sexual assault and other non-consensual sexual touching (forcible or not), relationship violence (including domestic and dating violence), stalking and other gender-based misconduct. Retaliation against anyone who reports an incident of sexual misconduct is strictly prohibited. All universities are required by law to name a Title IX coordinator to manage campus sexual misconduct issues. That person's role is to oversee reporting requirements; to ensure procedures and educational resources are in place; and to identify and address any patterns or systemic problems revealed by such reports and complaints. Southwestern University has designated the Associate Vice President for Human Resources, Elma Benavides, as the Title IX Coordinator. In addition, a Deputy Title IX Coordinator has been identified as the Dean of Students.

All employees of the University are required by state law (Senate Bill 212) to promptly report allegations of sexual misconduct that they learn about or observe to the Title IX Coordinator or Deputy. The University encourages other members of the University community to report any concerns or complaints of sexual misconduct as well.

The University takes all allegations of sexual misconduct seriously and will respond to all complaints, reports, allegations and information about sexual misconduct, of which it is aware. A student Complainant initiates the investigative process by making a report to any University employee (who must report to the Title IX Coordinator or Deputy), directly to the Dean of Students, or through the online reporting form (https://www.southwestern.edu/life-at-southwestern/title-ix/help-for-sexual-misconduct-sexual-assault/). A Complainant may also inform the University of an incident of sexual misconduct but request that no action be taken. The Dean of Students will in their discretion weigh the request against the University's obligation to provide a safe, non-discriminatory environment for all members of the community. The University seeks consent from Complainants prior to conducting an investigation. Declining to consent to an investigation will be honored unless the University determines in its discretion that an investigation

is required in order to community. If the University determines that an investigation is required, it will notify the Complainant and take appropriate action.

The University is committed to assisting victims/survivors of sexual misconduct through various resources and support services. To receive confidential support before or after making a report, the University encourages assistance from the counseling/health center and/or medical attention. Students are also encouraged to make reports to local law enforcement and/or to SUPD and have evidence collected, if this aligns with their wishes. In addition, the University discipline system can be used concurrently or independent from the legal system.

### Section 2 - JURISDICTION

Southwestern University has the right to review and respond to on- and off-campus violations of the University's Student Sexual Misconduct Policy by students, groups of students, or student organizations (see definitions in Section 16). Anyone may report a violation. The University may take disciplinary action in response to incidents that take place during official functions of the University, or those sponsored by registered student organizations, or incidents that have a substantial connection to the interests of Southwestern University regardless of the location in which they occur. This Sexual Misconduct Policy applies to all students, regardless of sexual orientation or gender identity, and applies to third parties. When a student is convicted of any crime, whether it took place on or off campus, the University reserves the right to pursue its own internal disciplinary proceedings. An action involving a student in a legal proceeding in civil or criminal court does not affect the University's ability to pursue its own internal disciplinary proceedings.

Under certain circumstances and with some conditions, violations of this policy will qualify as "Sexual Harassment" as defined by implementing regulations for Title IX of the Education Amendments of 1972 (see 34 C.F.R. § 106 et seq.). Those violations will be addressed under the separate "Title IX Policy." All other violations will be addressed under this policy.

### Section 3 - DEFINITION OF SEXUAL MISCONDUCT

Southwestern University prohibits sexual harassment, sexual violence including sexual assault and other non-consensual sexual touching (forcible or not), relationship violence (including domestic and dating violence), stalking and other gender-based misconduct. The University defines sexual misconduct as any non-consensual sexual contact, including but not limited to unwanted sexual touching and/or sexual intercourse. Sexual touching includes, but is not limited to, any touching of the breasts, buttocks, groin or genitals or the use of any of these parts for touching another. Sexual touching includes forcing one to self-touch on any of these parts. The definition of sexual misconduct includes contact by means of an object.

tive verbal response to specific sexual suggestion. Consent is a voluntary, ongoing, non-impaired, verbal expression of agreement to engage in each instance and stage of sexual activity. The absence of "no" does not mean "yes." Participation in social activities, sexual history, previous sexual involvement, or a lack of response does not itself create consent. Consent is not effective when any participant in the sexual activity is unsure if a knowing, intentional, voluntary agreement to engage in each act of sexual activity has been demonstrated. Consent to one act does not imply consent to another; past consent does not imply future consent. Any expression of an unwillingness to engage in any instance of sexual activity establishes a presumptive lack of consent. Knowledge of consent is the responsibility of each person involved in every instance of sexual activity, and consent may be withdrawn at any time by any party.

An individual is unable to provide consent to engage in sexual activity when the individual:

- is under age 17 and (1) is not a spouse of the Respondent or (2) is more than three years older than the victim at the time of the offense;
- has a mental disorder or developmental or physical disability that renders her or him incapable of giving knowing consent;
- is asleep, unconscious, or physically unable to resist; or
- is incapacitated from alcohol or other drugs, and this condition was known, or reasonably should have been known, by the Respondent.

"Incapacitated" refers to a state of being that prevents an individual from having the mental ability, emotional stability, or maturity to provide consent at the time the alleged behavior occurs. Incapacitation could result from the use of drugs or alcohol, a person being asleep or unconscious, or because of an intellectual or other disability or medical condition.

A person is incapacitated and cannot consent if that person:

lacks control of their motor skills;

- is unable to understand what is happening or make informed judgments;
- is intoxicated to the point of a potential black out; or
- is asleep or unconscious for any reason, including voluntary or involuntary use of alcohol or drugs.

An individual, who engages in sexual activity when the individual knows, or should reasonably know, that the other person is incapacitated, has violated the policy.

Students who are not sure if they are interacting with a person who is incapacitated should, as a matter of practice, avoid engaging in a sexual act with that person at that time. A person who has ingested a "date rape" or other drug or is blacked out may not appear incapacitated; nonetheless this person may be incapable of consent. Thus, a student who has sexual interactions with anyone who may be under the influence of any substance is vulnerable to accusations of violations of this policy.

ing drugs, is prohibited and is a violation of this policy. It is not an excuse that the respondent party of sexual misconduct was drunk/intoxicated, and therefore did not realize the incapacity of the other.

Consent cannot be given or obtained when there is any form of intimidation, coercion, including but not limited to, the application or threat of physical force, threat of social disparagement to the victim, threat to withhold benefits to which the victim may be entitled, or any other factor that would eliminate an individual's ability to exercise their own free will to choose whether or not to have sexual activity. Coercion may include tacit coercion, as may happen when one party holds significant power over another. Such a power differential may make verbal expressions of consent by the less powerful party open to doubt in any disciplinary proceeding.

Three principles are critical in understanding the University's position in regards to sexual misconduct:

1. Consent of all parties is mandatory and must be verbal.
2. Consent may be withdrawn by either party at any time via verbal or non-verbal communication.
3. Alcohol and other drugs impair judgment and undermine the possibility for consent.

A student organization (as defined in Section 16) may be held responsible for sexual misconduct when any of the following conditions exist:

1. the violation occurs on its premises with the knowledge and/or involvement of a member of the organization, or when a reasonable and prudent person would conclude that a member of the organization should have had such knowledge;
2. the violation occurs in conjunction with an organization-related event, regardless of whether the event is held on or off campus;
3. one or more members of an organization permit, encourage, aid, or assist any of its members, alumni/alumnae, or guests in committing a violation;
4. one or more members of a student organization, under circumstances where such persons knew or should have known that an action constituting a violation was occurring or about to occur, fails to prevent that action or to intercede on the victim's behalf;
5. one or more members of an organization fail to immediately report to appropriate University authorities their first-hand knowledge of a violation;
6. alcohol or other drugs made available or were knowingly allowed by the organization during an organization-related event were a factor in a violation, and that organization did not take reasonable precautions to ensure the safety of the members and their guests.

If a student organization meets any of the above criteria and any member(s) of the organization self-report an incident to the University and cooperate with any investigation(s), it will be taken into consideration as an act of good faith

when determining any organization knowingly withheld information, the organization may be subject to additional sanctions.

### Section 4 - IMMEDIATE RESPONSE OPTIONS

NOTE ON POLICE PROCEDURE: If a crime is reported to police in the State of Texas, they may be obligated to pursue an investigation even without the victim's consent. Therefore, reporting an assault to the police is not a confidential process. Students who choose to file a report are encouraged to bring a trusted friend or family member for support. An SU counselor or an advocate from Williamson County Crisis Center (also known as Hope Alliance) can also be available to accompany students through the reporting process.

- A student who believes they have had an unwanted sexual experience (even if they are unsure), may contact SU Police 24 hours a day by calling 512.863.1944. The SU Police will help the student get to the appropriate hospital for medical treatment, if necessary. Students may also call 911 if the sexual misconduct happened off campus. The student does not have to press charges; however, the student should understand that, if a crime has occurred, police officers in the State of Texas (including SU Police) are obligated to pursue an investigation with or without the student's consent.

- When seeking immediate medical treatment, there are several options. We suggest the first call is to either Brave Alliance (512.738.8817) or SAFE Alliance (512.267.7233). Both agencies have SANE Nurses on call 24/7, with Brave Alliance being located in Cedar Park and SAFE Alliance in Austin, who will provide completely free and confidential SANE Nurse services. A SANE Nurse is a specially trained medical provider who can conduct a rape examination to preserve evidence should the student decide to pursue criminal charges either now or in the future. The nurse will walk the student through their options for seeking medical services including pros and cons for each available option. Obtaining medical attention is highly encouraged to ensure the student's injuries are treated and medication provided to treat certain STD's, and to receive information about HIV/AIDS and pregnancy prevention. If the student desires medical treatment only, they may utilize services at the University Health Center located on the second floor of the Prothro Center. The contact number is 512.863.1252.

- When seeking immediate medical treatment, there are several options. We suggest the first call is to SAFE Alliance (512.267.7233). SANE Nurses on call can meet you at either St. David's - Georgetown or Seton Williamson County hospital. SAFE Alliance also has a clinic in Austin, where they provide completely free and confidential SANE Nurse services. A SANE Nurse is a specially trained medical provider who can conduct a rape examination to preserve evidence should the student decide to pursue criminal charges either now or in the future. The nurse will walk the student through their options for seeking medical services including pros and cons for each available option.

Obtaining medic

injuries are treated and medication provided to treat certain STD's, and to receive information about HIV/AIDS and pregnancy prevention. If the student desires medical treatment only, they may utilize services at the University Health Center located on the second floor of the Prothro Center. The contact number is 512.863.1252.

- A student may talk with an SU counselor by calling 512.863.1252 during business hours. After 5:00 p.m. or on weekends, a student can call the SU Police (512.863.1944) and tell them it is a confidential matter. The Police can then connect the student with a Southwestern counselor. The counselor will provide confidential support, discuss options regarding reporting, accompany the student to the hospital and/or police department (either on or off campus) if requested and facilitate arrangements to ensure safety.

- A student may contact the Health Center at 512.863.1252. After 5:00 p.m. or on weekends, a student can call the SU Police (512.863.1944) and tell them it is a confidential matter. The Police can then connect the student with the Southwestern nurse practitioner or nurse. The nurse practitioner or nurse will provide confidential support, discuss options regarding reporting, accompany the student to the hospital and/or police department (either on or off campus) if requested and facilitate arrangements to ensure safety.

- The University Chaplain may be reached by dialing 512.863.1056, or by calling the campus operator (512.863.6511). After 5:00 p.m. and on weekends, a student can call the SU Police (dial 512.863.1944) and tell them it is a confidential matter. The Police can then connect the student with the University Chaplain. The Chaplain will provide confidential support, discuss options regarding reporting, accompany the student to the hospital and/or police department (either on or off campus) if requested and facilitate arrangements to ensure safety.

- A student may choose to contact off campus resources. Williamson County Crisis Center (Hope Alliance) can be reached at 800.460.SAFE (7233), Brave Alliance at 512.738.8817, or SAFE Alliance at 512.267.SAFE (7233). Both Hope Alliance and SAFE Alliance (of these resources) offer trained advocates to accompany the student to the hospital and immediate counseling to determine options for medical care as well as deciding whether or not to report to the police. SAFE Alliance can accommodate Spanish speakers and deaf persons. Brave Alliance provides SANE Nurses services only.

- If a student chooses to go directly to the hospital, it is recommended that they have someone they trust accompany them for support - the Williamson County Crisis Center (also known as Hope Alliance) will provide a trained volunteer to accompany the student to the hospital, should they desire such assistance. Call 800.460.SAFE (7233) to reach the Williamson County Crisis Center.

- The Southwestern University publication, "Resources and Reporting Options for Sexual Assault, Domestic Violence, Dating Violence, Stalking, and Other Sexual Misconduct" (sometimes called "The Yellow Book") may be obtained

# Sexual Misconduct Reporting and Resources

**Sexual misconduct violates the dignity of individuals and will not be tolerated within our community.** It is a form of discrimination based on sex or gender that violates federal Title IX regulations and is prohibited by University policy. Sexual misconduct is any non-consensual sexual contact between students, including but **not limited to** unwanted sexual touching and/or sexual intercourse.

# Help Is Available

You may need medical attention, emotional support, and/or physical protection.

| CONFIDENTIAL | NOT CONFIDENTIAL |
|---|---|
| University Services during business hours, call:<br>SU Health & Counseling: 512-863-1252<br>University Chaplain: 512-863-1056 | First Responders:<br>Local Police/Emergency<br>Services: 911 |
| University Services after hours, call:<br>SUPD: 512-863-1944 or University Operator: 512-863-6511, **say it is a confidential emergency**, and ask to speak with a counselor, the chaplain, or a nurse. | SUPD: 512-863-1944<br><br>If you contact the police, the matter will be investigated. |
| Public/non-profit agency services:<br>Williamson County Crisis Center/Hope Alliance (24/7): 800-460-SAFE (7233)<br>RAINN: Rape, Abuse, & Incest National Network: 800-656-HOPE (4673)<br>SAFE Alliance (Austin): 512-267-7233<br>National Domestic Violence Hotline: 800-799-7233<br>Texas Association Against Sexual Assault: 512-474-7190<br>Stalking Resource Center: www.victimsofcrime.org | Any Responsible Employee: all faculty, most staff, all RAs<br><br>Dean of Students: 512-863-1624 |

# You Have Options

You may continue to use confidential resources for as long as needed, without an investigation being set in motion. You may also...

| REPORT ON CAMPUS | REPORT OFF CAMPUS |
|---|---|
| • Call SUPD: 512-863-1944 or the Dean of Students: 512-863-1624, or<br>• Tell any Responsible Employee (all faculty, most staff, all Resident Assistants), **required to share your report with the Dean of Students.**<br><br>**Reporting an incident to campus authorities initiates an inquiry.** In most cases, the University can honor a request not to pursue the matter through the University's disciplinary process, if the reporting party makes that request. However, if the respondent (alleged violator) used a weapon, has a history of similar violations, or represents a danger to the campus community, a full investigation must be conducted, even if the reporting party does not want it to go forward.<br><br>Interim measures, such as no-contact orders and housing accommodations, can be put in place whether or not an investigation is underway.<br><br>An investigation is conducted by an investigator (Dean of Students or designee). All parties involved in or witness to the alleged violation are interviewed, and evidence is gathered. In most cases, the matter will be referred to a hearing. The respondent is found responsible or not responsible by a hearing board, made up of trained faculty and staff. The board reviews all available evidence and information, including statements made in person by involved parties, and makes a finding based on the preponderance of the evidence (more likely than not). The University is able to make provisions for a complainant (the person making the report) who does not wish to appear in person.<br><br>Students found responsible of violations of the University's Sexual Misconduct policy are sanctioned according to the nature and severity of the incident. Probation, suspension, and expulsion are among the possible sanctions; a comprehensive list of sanctions can be found in the Student Handbook, part X, section 14. | Georgetown Police Department<br>512-930-3510<br><br>Reporting an incident to the local police sets in motion an investigation that is pursued (or not) fully at the discretion of the district/county attorney.<br><br>A student may choose to make a report both on campus and off campus, in which case two separate and unrelated processes will be conducted, one by the University and one by local law enforcement. |

available from the Counseling Center, the University Chaplain, any RA, SUPD, the Dean of Students Office. and the most up-to-date version can be found online.

• The Title IX webpage (https://www.southwestern.edu/life-at-southwestern/title-ix/help-for-sexual-misconduct-sexual-assault/) and the Counseling Center's website (https://www.southwestern.edu/counseling-center/self-help-links-resources/) list other resources addressing sexual violence which students may find helpful.

### Section 5 - ADJUDICATION OPTIONS

If a student has had an unwanted sexual experience, there are numerous options, including doing nothing or one or more of the following:

1. Pursue charges based on Texas state laws. This would entail making a police report followed by an investigation and possible criminal proceedings involving the appropriate District Attorney's office.

2. Pursue a case through a civil suit. This option generally seeks monetary remedies and is initiated by contacting an attorney of the student's choosing and at the student's expense. Agencies for help finding an attorney include the Austin Bar Association's Lawyer Referral Service – https://www.austinlrs.com or (512).472.8303 or the Sexual Assault Legal Line at 888.296.SAFE.

3. Seek confidential support. The on campus options are to meet with the Counseling Center, the Health Center or the University Chaplain. These options do not require an investigation nor do they prevent a student from pursuing other options.

4. Pursue a formal, on-campus University disciplinary action by informing the Dean of Students of their desire to register a formal complaint. Any member of the University community can make a report.

The University reserves the right to act as the Complainant via Residence Life staff, the Dean of Students, or SU Police. Any outcome from a University disciplinary process will not necessarily have any jurisdictional authority beyond the physical campus, its students and affiliated programs.

Once the University is notified of allegations of sexual misconduct, an inquiry (but not necessarily an investigation) must be initiated. If the inquiry identifies the Complainant, and the Complainant desires to proceed with a formal disciplinary complaint against the Respondent, a prompt, fair, and impartial investigation by the University will follow.

### Section 6 - SEXUAL MISCONDUCT HEARING BOARD

Disciplinary complaints involving sexual misconduct are heard by the Sexual Misconduct Hearing Board ("Hearing Board"). The Hearing Board is composed of faculty and staff, and its members receive formal training prior to serving as a Board member. This training includes, among other topics, referral sources for assistance, presentations on how Southwestern adjudicates sexual misconduct disci-

primary cases; dynamic myths and facts about sexual misconduct that apply to both men and women, sensitivity to sexual orientation factors and appropriate standards of proof.

The Hearing Board is the only board that can hear cases involving alleged student or student organization sexual misconduct, except during Special Periods (defined in Section 16), when the Special Periods Committee on Discipline shall act as the Hearing Board.

The Hearing Board shall consist of three Hearing Board Members. Every attempt will be made to have gender diversity within the Hearing Board. The Dean of Students (or designee) will choose the chair of the Hearing Board. The Hearing Board shall be provided with the charge(s), the Complainant's written complaint, the written reply of the Respondent (if any), attachments or list of witnesses, and any other documents or materials submitted by the parties or obtained during the investigation.

The Complainant and the Respondent will be informed of the names of the pool of potential Hearing Board members at least forty-eight hours prior to the hearing. The Complainant and the Respondent can request dismissal, with cause, of any potential member of the Hearing Board up to twenty-four hours before the hearing. The decision to grant a dismissal shall be made in the sole discretion of the Dean of Students (or designee).

### Section 7 - THE SEXUAL MISCONDUCT HEARING

The Dean of Students or their designee (if the Dean is the Complainant) is responsible for presenting charges to the Hearing Board. At this point, the Respondent may enter a plea of responsible or not responsible. In the absence of a plea, or in the case of a plea of not responsible, the hearing continues.

In the event the Respondent pleads responsible, the Hearing Board will consider statements from the Respondent and the Complainant. The Dean of Students (or designee) and Hearing Board members may ask questions at that time.

The Complainant and the Respondent have the right to attend the full hearing, excluding the deliberations of the Hearing Board, if they so choose. If the Respondent has been formally notified of the hearing but fails to attend, the Hearing Board will hear the case in their absence.

All witnesses at the hearing must testify live and in real time before the Hearing Board, either in person or via videoconference. Under no circumstance will written statements be permitted as testimony of a witness.

If the Respondent pleads not responsible or makes no plea, the Dean of Students (or designee) will present witnesses in support of the charge(s), including any witnesses provided by the Complainant. The Hearing Board members may ask questions, for clarification purposes only, during the witness's direct testimony.

Upon completion of the testimony by the Complainant or a witness, the Hearing Board can conduct more complete questioning. Should the Respondent or the Complainant have a question of a witness, or of each other, that question must be provided at the conclusion of the witness's statement and must be pre-

sented in writing to th

the witness, based on relevance or other factors at the chair's discretion.

The Dean of Students (or designee) will then present witnesses on behalf of the Respondent. It is the choice of the Respondent whether or not to testify. Once again, the Hearing Board members may ask questions, for clarification purposes only, during the direct testimony of the witness.

Upon completion of the testimony by the Respondent or a witness, the Hearing Board may conduct more complete questioning. Should the Respondent or the Complainant have a question of a witness, that question must be provided at the conclusion of the witness's statement, and must be presented in writing to the chair, who will determine whether to ask the question of the witness, based on relevance or other factors at the chair's discretion.

The Hearing Board may, during a hearing, request additional information or witnesses and may take a recess of sufficient time to acquire the information. The Hearing Board chair or Dean of Students (or designee) may also declare a recess, if they believe that either the Complainant or the Respondent is emotionally unfit to continue or that there is fatigue of any party in the proceedings.

Upon completion of the witnesses' statements and questioning, the Complainant and the Respondent will have the opportunity to make a brief statement to the Hearing Board concerning the evidence or the issues for the Hearing Board to consider. No new evidence will be permitted in such statements and the Chair of the Hearing Board will have the right to place reasonable restrictions on the length of such statements. Upon completion of the closing statements by the Complainant and the Respondent, the Hearing Board will commence deliberation of responsible or not responsible in closed session. Only Hearing Board members are present in the closed session during deliberation. A preponderance of the evidence standard will determine the violation, meaning that it is more likely than not that the Respondent committed the conduct violation.

If the Respondent is found responsible, or pleads responsible, both the Respondent and Complainant may make personal statements, followed by questions from the Hearing Board. Character witnesses for the Respondent may then be offered. A character witness is a person who may speak to their experiences with the Respondent and the Respondent's good qualities, character and morality. Character witnesses may not address the issue of guilt or the facts relating to the policy violation(s). Such witnesses are limited to two, and a total time of fifteen minutes is allotted.

The Dean of Students (or designee) will offer any history of discipline problems. The Dean of Students (or designee) may also recommend appropriate sanctions. Those recommendations will be given in the presence of the Respondent. These are recommendations only and are not binding. This is followed by deliberation on the sanction by the Hearing Board in closed session. The Respondent is then informed of the sanction and reminded of the right to appeal. The Complainant is notified of the outcome of the hearing and the right to appeal. If the Respondent is a student organization, the organization shall be represented at

the hearing by its presi

bership of the organization).

The only persons entitled to be present during the hearing are the Dean of Students (or designee), the Complainant, the Complainant's advisor selected pursuant to Section 8 below, the Respondent, the Respondent's advisor selected pursuant to Section 8 below, witnesses (during their testimony only), and the Hearing Board members. In addition, an officer of the SUPD and/or a Residence Life staff member may attend, if determined necessary by the Dean of Students (or designee). Finally, the University may choose to have its attorney attend the hearing to consult with the University, the Dean of Students (or designee) and/or the Hearing Board on legal and procedural issues.

If during the hearing, the Hearing Board becomes aware of any other violation(s) of University policy which may have occurred in connection with the circumstances surrounding the alleged misconduct, the Hearing Board may in its discretion at the conclusion of the hearing make a confidential referral of

such other potential violation(s) to the Dean of Students (or designee) for possible future or other disciplinary proceedings.

Southwestern University seeks to complete the investigation of all reports of sexual misconduct within sixty (60) days. That time frame is meant to be a guideline rather than rigid requirement. Circumstances may arise that require the extension of time frames, including extension beyond sixty (60) days. Such circumstances may include school breaks or holidays, the complexity of the allegations, the number of witnesses involved, the availability of the parties or witnesses, the effect of a concurrent criminal investigation, or other unforeseen circumstances.

### Section 8 - RIGHT OF A STUDENT TO HAVE AN ADVISOR

When a student appears before the Sexual Misconduct Hearing Board as a Complainant or Respondent, they are entitled to be accompanied by one advisor of their choosing. The Dean of Students (or designee) should be informed of the identity of the advisor not less than 10 days before the hearing. The advisor may be anyone, including a friend, a member of the faculty or staff, a parent, or an attorney.

The only persons disqualified from being an advisor are witnesses, administrators over the disciplinary process, and any person who supervises a participant in the disciplinary process as an employee. If the advisor is an attorney, the Dean of Students (or designee) will still communicate directly with the Complainant and/or the Respondent regarding the procedures and other matters relating to the hearing; however, the attorney may communicate only with the University's attorney and not with the Dean of Students (or designee). Whoever is the advisor, the advisor is not allowed to speak during the hearing, to speak for the party, to argue for the party, to address the Hearing Board, or to address/question any witness during the hearing. The advisor's role is limited to advising the Complainant or the Respondent privately, in a non-disruptive manner. It is the responsibility of the Complainant/Respondent to assure that their advisor is aware of their role.

**Section 9 - RIGHTS**

The rights of the Complainant are as follows:

1. To have assistance from a CASAR (Center for Academic Success and Registrar) Advisor that can help assess your academic situation and what your options might be. Every case is different, but these options could include (but are not limited to) transferring classes and/or withdrawing from one or more of your classes. Alternative meal hours or housing can be arranged if necessary by talking to the Dean of Students (or designee). Assistance can also be received in regards to any concerns about financial aid and scholarships.
2. To be informed in writing of time and date of the sexual misconduct hearing and the charge against the Respondent.
3. To be informed of the names of the pool of potential Hearing Board members at least forty-eight hours prior to the hearing.
4. To request dismissal, with cause, of any potential member of the Hearing Board up to twenty-four hours before the hearing.
5. To know the name(s) of the Respondent's witness(es).
6. To have an advisor (See Section 8).
7. To supply the Dean of Students (or designee) with a written statement and any evidence in support of the complaint.
8. To appear as a witness at the hearing.
9. To attend the entire hearing exclusive of closed sessions.
10. To request alternative hearing procedures (See Section 11) in which the Complainant does not have to be physically present at the hearing site.
11. To supply the Dean of Students (or designee) with a list of witnesses in support of the accusations.
12. To receive notice and explanation of the processes involving allegations of sexual misconduct.
13. To provide questions of witnesses to the hearing chair for consideration (See Section 7).
14. To be informed, in writing, of the final judgment of the Hearing Board, of any appeal request, and of the results of an appeal.
15. To appeal the decision (See Section 12).
16. To be notified of any sanction(s) by the Dean of Students (or designee) within twenty-four hours of the Hearing Board's decision, followed by a letter outlining the sanction(s).
17. To receive updates and copies of all correspondence throughout the process (when statements are provided to the other, appeal filed, etc.) simultaneously with the Respondent.

### Section 10 - RIGHTS OF THE RESPONDENT

The rights of the Respondent are as follows:

1. To have assistance from a CASAR (Center for Academic Success and Registrar) Advisor that can help assess your academic situation and what

your option include (but are not limited to) transferring classes and/or withdrawing from one or more of your classes. Alternative meal hours or housing can be arranged if necessary by talking to the Dean of Students (or designee). Assistance can also be received in regard to any concerns about financial aid and scholarships.

2. To be informed in writing of the time and date of the sexual misconduct hearing and of the charge(s).
3. To be informed of the names of the pool of potential Hearing Board members at least forty-eight hours prior to the hearing.
4. To request dismissal, with cause, of any potential member of the Hearing Board up to twenty-four hours before the hearing.
5. To know the name(s) of their Complainant and witness(es).
6. To have an advisor (See Section 8).
7. To supply the Dean of Students (or designee) with any evidence in support of their defense.
8. To appear as a witness at the hearing.
9. To attend the entire hearing exclusive of closed sessions.
10. Not to appear at the hearing.
11. To supply the Dean of Students (or designee) with a list of witnesses in defense of the accusation(s).
12. To receive notice and explanation of the processes involving allegations of sexual misconduct.
13. To provide questions of witness(es) to the hearing chair for consideration (See Section 7).
14. To be informed, in writing, of the final judgment of the Hearing Board, of any appeal request, and of the results of an appeal.
15. To appeal the decision (See Section 12).
16. To be notified of any sanction(s) by the Dean of Students (or designee) within twenty-four hours of the Hearing Board's decision, followed by a letter outlining the sanction(s)
17. To receive updates and copies of all correspondence throughout the process (when statements are provided to the other, appeal filed, etc.) simultaneously with the Complainant.

### Section 11 - ALTERNATIVE PROCEDURE

If the Dean of Students (or designee) concludes in their discretion that implementation of the usual sexual misconduct hearing procedure would result in significant trauma for the Complainant or alleged victim, the Complainant will have an additional option. The Complainant and their advisor would be connected to the process via telephone or video conferencing technology instead of being physically present at the site of the hearing. This option does not require the

### Section 12 - APPEALS

Appeals may be made by both the Respondent and the Complainant. Appeals must be submitted in writing to the Office of the Vice President for Student Life within three business days from the date of written notification of the hearing results, with a copy of such appeal being delivered to the Dean of Students (or designee). The Dean of Students (or designee) will then provide a copy of the written

appeal to the non-appealing party at which time the non-appealing party may provide a written response within three business days. Appeals must be in writing and signed by the Complainant or Respondent and not by the advisor. An appeal must concisely set forth the grounds for appeal, as well as provide any supporting material.

The grounds for appeal are limited to the following:
1. The hearing was conducted in a manner materially and unfairly inconsistent with the established Hearing Board procedure (see Section 7).
2. Information is available that was unavailable at the time of the hearing, and the new information is relevant to the Hearing Board's determination.
3. Sanction(s) is (are) inappropriate for the violation(s).

A decision on the appeal by the Appellate Board, composed of three (3) members of the Hearing Board pool who were not involved in the original hearing or intake process, will be based upon the written appeal and such other information as the Appellate Board deems at its discretion to be relevant. There is no live hearing or other oral presentation by the parties in connection with the appeal. The decision on the appeal rendered by the Appellate Board is final, meaning that there is no appeal beyond the Appellate Board, and will be mailed, within thirteen business days of receipt of the appeal, to both the Complainant and the Respondent.

The Appellate Board may take the following measures on appeal:
1. Uphold the original decision(s) and sanction(s).
2. Uphold the original decision(s) and alter sanction(s).
3. Refer the case back to the Hearing Board for rehearing. Both the Respondent and Complainant will have the opportunity to participate in a rehearing.
4. Refer the case back to the Hearing Board for review. Both the Respondent and Complainant will be informed of the outcome of the review.

The outcome of the appeal process is final. Departures from these procedures and errors in their application shall not be grounds to withhold disciplinary action unless, in the sole judgment of the Appellate Board, the departures or errors were such as to have prevented a fair and just hearing.

If you want to learn more about your rights or if you believe the University is violating Federal law, you can contact the U.S. Department of Education, Office for Civil Rights, at ocr@ed.gov or 800-421-3481. You can also fill out a form

**Section 13 - INTERIM SANCTIONS**

In certain instances, it may be necessary for the University to impose interim sanctions, including suspension, pending a hearing. This action may be necessary when in the sole opinion of the Dean of Students (or designee), the continued presence of the Respondent student may constitute a threat or disruption to the normal academic process of the University, or where the student is considered a danger to other students or to themselves. In such cases, a hearing will be scheduled as soon as appropriate after interim sanctions commence.

**Section 14 - TYPICAL SANCTIONS**

If the Respondent (student or student organization) is found in violation of the University's Student Sexual Misconduct Policy, the notification will also include notice of any sanctions which may be imposed by the Hearing Board. More than one sanction may be imposed for any single violation. A history of inappropriate behavior by the student or student organization and the nature or severity of an incident are considered in determining appropriate sanctions. If a student chooses to withdraw from Southwestern University prior to a Sexual Misconduct Hearing, a Criminal Trespass may be issued through Southwestern University Police Department.

The Hearing Board has wide discretion to impose the sanction(s) it deems appropriate for the violation it found of the Sexual Misconduct Policy. In considering the appropriate sanction, the Hearing Board will consider, among other things, the nature of the specific acts, the interests of the Complainant, the character and interests of the individual found responsible, the testimony, if any, at the sanctioning phase of the hearing, and the interests of the University in a safe environment.

The range of potential sanctions includes:

**Contract Probation** – A warning that future violations may be handled more strictly and with additional sanctions imposed by the Dean of Students (or designee). Contract probation expires after a specified amount of time but remains in the internal SU record until graduation (or in the case the student leaves the University, for four years after the violation).

**Disciplinary Probation** – An official sanction by the University that becomes a part of the student's record. Future misconduct will result in a hearing by the University Committee on Discipline, with sanctions up to and including University suspension or expulsion. Students placed on disciplinary probation may not graduate, re-enroll, or confirm registration until the terms of probation are met. Additional loss of privileges may include, but are not limited to, leadership in student organizations and representing a student organization off campus, participation in athletics, University activities and events, access to facilities, and parking and vehicle registration and use privileges.

**Expulsion** – The permanent dismissal of a student or organization. Expelled students must leave campus within twenty-four hours, unless the Hearing Board

hours, unless the Hearing Board directs otherwise. See Disciplinary Status and Eligibility, p. 48.

**Loss of Privileges** – Denial of specified privileges for a designated period of time.

**Mandated Counseling** – Requirement that a student take part in a counseling program conducted by an off campus licensed professional as determined by the Hearing Board. This includes signing a "Request and Authorization to Exchange Information" form provided by the Dean of Students (or designee). The Hearing Board may require the student to participate in a counseling program that addresses particular issues, such as substance abuse.

**Mandated Counseling Assessment** – Assessment and/or session with an off-campus licensed professional as determined by the Hearing Board by a specified date. This includes signing a "Request and Authorization to Exchange Information" form provided by the Dean of Students (or designee). Unless otherwise stated by the Hearing Board, the student is required to follow all recommendations made by the treating professional.

**Mandatory Housing Relocation and Class Scheduling** – To facilitate the Respondent and Complainant avoiding all contact unless the Complainant agrees otherwise.

**Physical Restrictions** – A directive that forbids a student(s) to be in specified locations on University premises.

**Suspension** – The forced withdrawal of a student or an organization for a specifically stated period of time. Suspended students must leave campus within twenty-four hours, unless the Hearing Board directs otherwise. Suspended organizations must suspend all operations within twenty-four hours, unless the Hearing Board directs otherwise. See Disciplinary Status and Eligibility, p. 48.

**Student Organizations Sanctions** – In addition to the other sanctions identified here, as appropriate, student organizations found responsible of a violation of the Sexual Misconduct Policy may also face the following sanctions:

- **Alcohol Ban** – Alcohol may be banned from all functions and/or from specific premises, even if all students are of legal age.
- **Expulsion** – In addition to the expulsion sanctions identified above, the removal of all organization identification, removal or covering of any permanent signage, social areas being restricted to residents only, the loss of all University privileges, and residential occupancy determined by the Dean of Students (or designee).
- **Mandated Educational Programs** approved by the Dean of Students (or designee).
- **National Organization Contact** – informing any relevant national organization of the violation.
- **Prohibition of recruiting, adding and/or inducting new members.**
- **Social Probation** – Prohibiting a student organization from having any social activities (including parties) on or off campus for a specified period of time.

the removal of all non-permanent signage during the time of suspension, and residential occupancy determined by the Dean of Students (or designee).

### Section 15 - RECORDS

Accurate records of hearings and other actions by administrators shall be kept in the student's and/or organization's files in the Office of Student Life. These records will be made available to the Vice President for Student Life (or designee) and the Appellate Board upon appeal. Records of hearings usually include information provided by several students. Therefore, they are not considered to be a part of any one student's record, and are not made available to anyone outside the hearing or the campus appeal process, except under proper subpoena and in accordance with law.

Student disciplinary hearing files will be maintained for seven years following graduation, at which time they may be destroyed.

### Section 16 - OTHER SEXUAL MISCONDUCT INFORMATION AND POLICY DEFINITIONS

The following is some additional information relating to the University's Sexual Misconduct Policy, as well as some definitions of commonly used words that may arise in the Policy. To the extent these terms are defined above in the Policy, the following definitions are not intended to replace them, but are simply short-hand guidance. Similarly, witnesses' use of terms defined here are not deemed to adopt these definitions. Rather, witnesses may explain and offer their own meaning as to their use of such terms. The definitions for sexual assault, dating violence, domestic violence, and stalking come from the Texas Penal Code and the Texas Family Code.

**Bystander Intervention**: Bystander intervention is recognizing a potentially harmful situation or interaction and choosing to respond in a way that could prevent or reduce the harm. At Southwestern, community members are encouraged to be active bystanders by holding themselves and others accountable for their language and actions in order to create a safe, welcoming, and inclusive environment. Bystander intervention can be used to address a wide variety of harmful situations, including high-risk drinking, mental health concerns, sexual misconduct, hazing, and harassment. Many of these behaviors can be expressions of racism, sexism, homophobia, ableism, and other forms of systemic oppression. Mosaic provides student-led workshops throughout the academic year to empower students to take an active role in creating a culture of care at Southwestern. We ask that all Southwestern community members learn and practice bystander intervention techniques to decrease harm on our campus.

**CASAR**: Center for Academic Success and Registrar.

**Coercion**: The application or threat of physical force, threat of social disparagement to the victim, threat to withhold benefits to which the victim may be

their own free will to choose whether or not to have sexual activity. Coercion may include tacit coercion, as may happen when one party holds significant power over another. Such a power differential may make verbal expressions of consent by the less powerful party open to doubt in any disciplinary proceeding.

**Complainant**: The recipient of the alleged sexual misconduct who is filing a complaint.

**Consent**: See Section 3 of this Sexual Misconduct Policy.

**Dating Violence**: An act, other than a defensive measure to protect oneself, by an individual that is committed against a victim with whom the actor has or has had a dating relationship; or because of the victim's marriage to or dating relationship with an individual with whom the actor is or has been in a dating relationship or marriage; and is intended to result in physical harm, bodily injury, assault, or sexual assault or that is a threat that reasonably places the victim in fear of imminent physical harm, bodily injury, assault, or sexual assault. 'Dating relationship' means a relationship between individuals who have or have had a continuing relationship of a romantic or intimate nature. The existence of such a relationship shall be determined based on consideration of the length of the relationship; the nature of the relationship; and the frequency and type of interaction between the persons involved in the relationship. A casual acquaintanceship or ordinary fraternization in a business or social context does not constitute a 'dating relationship'. (Texas Family Code Section 71.0021.)

**Domestic (Family) Violence**: An act by a member of a family or household against another member of the family or household that is intended to result in physical harm, bodily injury, assault, or sexual assault or that is a threat that reasonably places the member in fear of imminent physical harm, bodily injury, assault, or sexual assault, but does not include defensive measures to protect oneself, or abuse by a member of a family or household toward a child of the family or household, or dating violence. (Texas Family Code Section 71.004.)

**Non-impaired**: Mentally and physically capable of exercising judgment concerning one's own behavior, actions and decisions.

**Respondent**: The person accused of the sexual misconduct by the Complainant.

**Retaliation**: Any action taken against another person to seek revenge. This includes physical contact, inappropriate comments through email, text messages, social media, Facebook comments or any other form of communication or any other attempts to ostracize by or on behalf of either student.

**Sexual Assault**: A person commits an offense if the person (1) intentionally or knowingly causes the penetration of the anus or sexual organ of another person by any means, without that person's consent; causes the penetration of the mouth of another person by the sexual organ of the actor, without that person's consent; or causes the sexual organ of another person, without that person's consent, to contact or penetrate the mouth, anus, or sexual organ of another person, including the actor; or (2) intentionally or knowingly causes the penetration of the anus or sexual organ of a child by any means; causes the penetration of the mouth of a

child by the sexual org

or penetrate the mouth, anus, or sexual organ of another person, including the actor; causes the anus of a child to contact the mouth, anus, or sexual organ of another person, including the actor; or causes the mouth of a child to contact the anus or sexual organ of another person, including the actor.

A sexual assault is without the consent of the other person if: the actor compels the other person to submit or participate by the use of physical force or violence; the actor compels the other person to submit or participate by threatening to use force or violence against the other person, and the other person believes that the actor has the present ability to execute the threat; the other person has not consented and the actor knows the other person is unconscious or physically unable to resist; the actor knows that as a result of mental disease or defect the other person is at the time of the sexual assault incapable either of appraising the nature of the act or resisting it; the other person has not consented and the actor knows the other person is unaware that the sexual assault is occurring; the actor has intentionally impaired the other person's power to appraise or control the other person's conduct by administering any substance without the other person's knowledge; the actor compels the other person to submit or participate by threatening to use force or violence against any person, and the other person believes that the actor has the ability to execute the threat; the actor is a public servant who coerces the other person to submit or participate; or the actor is a mental health services provider or a health care services provider who causes the other person, who is a patient or former patient of the actor; to submit or participate by exploiting the other person's emotional dependency on the actor. 'Child' means a person younger than 17 years of age. 'Spouse' means a person who is legally married to another. (Texas Penal Code Section 22.011.)

**Sexual Exploitation**: Any actual or attempted abuse of a position of vulnerability, differential power, or trust, for sexual purposes, including, but not limited to, profiting monetarily, socially or politically from the sexual exploitation of another.

**Sexual Harassment**: See Policies and Procedures on Sexual Harassment, Section XIX of the Student Handbook.

**Sexual Misconduct**: See Section 3 of this Sexual Misconduct Policy.

**Special Periods**: When the Honor Code Council Hearing Board, the University Committee on Discipline, and the Sexual Misconduct Hearing Board cannot be assembled to hear a case, or when, in the opinion of the Dean of Students (or designee), unusual and/or extenuating circumstances do not allow for a fair hearing, the Special Periods Committee on Discipline will hear the case and act as the Hearing Board under this policy. These periods include, but are not limited to, the first two weeks of the semester, finals week, vacations, and summer terms. See page 71 of this Handbook for more information on the Special Periods Committee on Discipline.

**Stalking**: A person who, on more than one occasion and pursuant to the same scheme or course of conduct that is directed specifically at another person,

knowingly engages in the other person will regard as threatening including bodily injury or death for the other person, bodily injury or death for a member of the person's family or household or for an individual with whom the other person has a dating relationship, or fear that an offense will be committed against the other person's property, and (2) causes the other person, a member of the other person's family or household, or an individual with whom the other person has a dating relationship to be placed in fear of bodily injury or death or fear that an offense will be committed against the other person's property, and (3) would cause a reasonable person to fear bodily injury or death for a member of the person's family or household or for an individual with whom the person has a dating relationship, or fear that an offense will be committed against the person's property. A fact finder may find that different types of conduct described above, if engaged in on more than one occasion, constitute conduct that is engaged in pursuant to the same scheme or course of conduct. (Texas Penal Code Section 42.072.)

**Student**: An individual is considered a Southwestern student and is expected to comply with all University policy upon submittal of their enrollment deposit and the inception of Welcome Week move-in day. This student status remains until one graduates or withdraws from the University. A deposited individual may be subjected to disciplinary action before move-in day if they violate a University policy while on campus or in any interaction with University personnel. Individuals who are both students and employees will be treated as students for the purpose of this policy and procedure, only if their primary relationship to the situation is that of a student. Allegations against individuals who are regular employees (regardless of student status) will be handled under the appropriate personnel policies. Where appropriate, "student" also includes student organizations.

**Student Organization**: Any group that has complied with the formal requirements for University recognition or regulation is a student organization.

# XII. Honor Code

### Honor Code Council

One of the chief responsibilities of the Honor Code Council is to serve as a Hearing Board for alleged violations. The Board determines whether the student charged is responsible or is not responsible. If the student is found not responsible, no academic penalty may be assessed by the instructor, and the work in question must be judged on merit alone. If found responsible, the Board makes a recommendation to the Advisory Panel composed of two (2) faculty members who serve on the Honor Code Council, and the President of the Honor Code Council, or designee. The Advisory Panel makes a grade related recommendation to the instructor who brought the case forward. The Advisory Board may also recommend non-academic penalties to the Dean of Students, or designee.

### Constitution of the Honor Code of Southwestern University

We, the students and faculty of Southwestern University, in order to conduct our academic work under high standards of individual responsibility, thereby promoting a high sense of personal honor and integrity, renew our commitment to the Honor Code and set forth this Constitution.

### Article 1: Principles

1. The purpose of the Honor Code of Southwestern University is to stimulate and promote the ideals of honesty and integrity among students, and to eliminate the practice of cheating by putting into practice these ideals of honesty and integrity.

2. The Honor Code is based on the principle that a student, when placed on their honor, will not violate that trust.

3. The Honor Code is furthermore based on the belief that cheating in any form is injurious to all students and a grievance to an institution of higher learning.

4. Cheating is hereby construed to mean the intentional giving or receiving of aid by any means on examinations, themes, or any work which is specified by the professor to be done individually.

5. It is the obligation of the student or faculty member not to violate the Honor Code, nor aid in any violation, and to report any violation seen or suspected.

6. The Student Body is directly responsible for the effective working of the Honor Code. In order to uphold the validity of credits under the Honor Code, this group must take such steps as are necessary to protect itself from those who violate the trust placed in them.

### Article II: Oath & Pledge

1. Upon entering Southwestern each student shall recite the following oath:

*"As a student of Southwestern I hereby pledge my full support to the Honor Code. I pledge to be honest myself, and in order that the spirit and integrity of the Honor Code may endure, I pledge that I will make known to the Honor Code Council any case of academic dishonesty which I observe at Southwestern."*

2. The following pledge shall be signed at the end of all final examinations, hour quizzes, and on other material as required by the instructor.

*"I have acted with honesty and integrity in producing this work and am unaware of anyone who has not."*

### Article III: The Honor Code Council

1. These measures shall be carried out by a body known as the Honor Code Council.

2. The faculty confer the power to determine responsibility/not responsible on charges of academic dishonesty to the Honor Code Council. The Council, through an Advisory Panel, may recommend academic penalties to the instructor when a student is found responsible. The Honor Code Advisory Panel may also impose non-academic penalties.

western University through the Dean of Students.

## Article IV: Adoption of This Constitution

This Constitution must be approved by the Honor Code Council and then presented to the students and faculty for a vote. The Constitution shall go in effect immediately once affirmed by a majority of the faculty voting at a scheduled Faculty Meeting and by two-thirds (2/3) of the students voting at a called or regular election.

## Article V: Amendments

1. Students or faculty may at any time bring before the Honor Code Council any suggestions concerning the rules and operation of the Honor Code. The Council must consider such suggestions promptly.

2. Proposed amendments to the Constitution must be approved by the Honor Code Council before they are presented to the students and faculty for a vote. The amendments shall go into effect immediately if passed by a majority of the faculty voting at a scheduled Faculty Meeting and by two-thirds (2/3) of the students voting at the next scheduled general election.

## Constitution of the Honor Code Council of Southwestern University

### Article 1: Duties and Responsibilities

1. The Honor Code Council is directly responsible for the effective working of the Honor Code to assure the protection of the academic integrity of Southwestern University.

2. It is the purpose of the Honor Code Council to interpret and administer the Honor Code.

3. Disciplinary action concerning possible Honor Code violations will be carried out by the Honor Code Council Hearing Board. In order to uphold the validity of individual academic work under the Honor Code, this group must take such steps as are necessary to protect the Southwestern community from those who might violate the trust placed in them.

4. The Honor Code Council acts to uphold the Honor Code and interpret its Constitution and corresponding applications.

5. Members of the Honor Code Council inform the Student Body as to the purpose of the Honor Code at least once each year and in each orientation session for incoming students each semester.

6. The President of the Council shall address the Faculty each year.

### Article II: Violations

Any breach of the principles, as described in Article I of the Constitution of the Honor Code, will constitute a breach of the Honor Code.

**Article III: Accusatio**

*Section 1.* If one witnesses or is aware of a violation of the Honor Code, they must make a written, signed report to the Dean of Students as soon after the violation as possible. This report will serve as formal notification to the Honor Code Council that an accusation is being made. The Dean of Students (or designee) shall then make such investigation as is deemed necessary preliminary to a hearing.

*Section 2.* If the accusation is made by a faculty member, and the Respondent (alleged violator) has no previous academic dishonesty record, and the Respondent acknowledges guilt, then a Non-Judicial Resolution between the faculty member and the student can ensue at the discretion of the faculty member. The faculty member must first notify the Honor Code Council President and the Dean of Students of the suspected violation and the proposed Non-Judicial Resolution and document the agreement; however, this will not become a part of the student's formal record at the University. This Non-Judicial Resolution must be mutually agreeable, or the student has a right to request a hearing by the Honor Code Council Hearing Board. Each student is entitled to only one Non-Judicial Resolution while a student at Southwestern.

*Section 3.* When a student has a pending Honor Code hearing or an unsigned non-judicial resolution pending, the student may not drop the course in question. If a student withdraws from Southwestern for any reason, and there is a pending Honor Code violation, the student must resolve the violation within 30 days of returning to Southwestern in a future semester.

a. If a student withdraws with a pending non-judicial resolution prior to withdrawal, the student must sign or otherwise resolve the non-judicial resolution within 30 days of returning to SU.

b. If a student who has an Honor Code hearing pending at the time of withdrawal, a hearing will be held within 30 days of the student returning to the University.

c. In cases where the faculty member alleging the violation is not available or no longer at the University upon the student's return, the Chair of the department/program in which the course resides may act as the instructor's designate.

d. The terms of the resolution of any Honor Code violation as described above will be articulated in a re-enrollment contract as part of the student's readmission to the University.

**Article IV: Hearing**

The formal hearing will be held as soon as possible when all parties involved can be present after the presentation of the accusation. If a hearing cannot be held until the following semester, the hearing relating to a violation must occur before the final day for grades to be posted for the subsequent semester. No accusation may be heard more than once unless it is appealed.

**Article V: Failure of Respondent to Attend**

If the Respondent fails to attend their hearing, the absence will be an admis-

### Article VI: Decision

Immediately after the hearing, the Honor Code Council Hearing Board will render a decision of responsible/not in secret session. A two-thirds (2/3) vote of the Hearing Board members present is necessary for a decision of "responsible."

### Article VII: Penalties and Practical Powers

Upon a decision of "responsible" the Honor Code Council Hearing Board will recommend sanctions to the Advisory Panel. The Advisory Panel may recommend an academic penalty to be levied by the instructor and may recommend non-academic sanctions to the Dean of Students or designee.

### Article VIII: Rights of the Respondent in Honor Code Hearings

Rights of the Respondent in Honor Code Hearings

1. To be informed in writing of the time and date of the hearing and of the charges.
2. To know the name of the Complainant and any witness(es).
3. To be informed of the names of the pool of potential Hearing Board members at least forty-eight hours prior to the hearing.
4. To request dismissal, with cause, of any potential members of the Hearing Board up to 24 hours before the hearing.
5. To have an advisor who is a member of the University community and not an attorney.
6. To attend the entire hearing exclusive of closed sessions.
7. To speak on one's own behalf.
8. To present evidence and witnesses on your own behalf and to question all witnesses.
9. To receive written notification of the hearing outcome within three (3) business days of the hearing.
10. To appeal the outcome.

### Article IX: Appeals

1. Appeals must be signed by the student and submitted in writing to the Office of the Vice President for Student Life within five business days from the date of the written notification of the hearing results. An appeal must concisely set forth the grounds for appeal, as well as provide any supporting material. A decision on the appeal will be rendered by an Appeals Committee, which will include one faculty representative from the Honor Code Council, one student representative from the Honor Code Council, and a Southwestern administrator appointed by the Vice President for Student Life. The faculty and student representatives are to be appointed by the Dean of Students and the Honor Code Council President and must be members who did not sit on the Hearing Board for the case in question. A decision on the appeal is final and will be mailed, within ten (10) business days of receipt of the appeal, to both the Complainant and the party filing the

appeal. If a decision ca

new Committee will be appointed and the appeals process will be repeated until a decision is reached.

    2. An appeal may be made on the following grounds:

    a. evidence of improper procedure during the hearing

    b. argument supporting the claim that sanction sanctioned by the Hearing Board is too severe

    c. introduction of evidence that was not available at the time of the hearing

### Article X: Reopening a Hearing

    A hearing may be reopened either by presentation of new evidence relevant to the case or by consultation of the President of the Honor Code Council and the Dean of Students.

### Article XI: Ratification and Amendment

    *Section 1.* This Constitution of the Honor Code Council will go into effect after:

    a. A 2/3 vote of the Honor Code Council.

    b. A 2/3 vote of the student body voting on the Constitution and Bylaws.

    *Section 2.* This Constitution may be amended with a 2/3 vote of the Honor Code Council.

### Article XII: Budget

    The Student Honor Code Council shall adopt a budget consistent with its needs and the funds available.

# XIII. Hazing

    The trustees, faculty, administration, and staff of Southwestern University will not tolerate any form of hazing and support the 1987 Hazing Law of the Texas State Legislature. This is a matter of current law, all students should familiarize themselves with the contents of this legislation. Alleged violations will be treated as campus disciplinary matters. Local authorities will be notified for possible prosecution.

The Texas Hazing Law is as follows:

    Texas Education Code, Chapter 51:

### Subchapter Z. Miscellaneous Provisions

### Sec. 51.936. HAZING.

    (a)   Subchapter F, Chapter 37, applies to a postsecondary educational institution under this section in the same manner as that subchapter applies to

(b)   For purposes of this section, "postsecondary educational institution means:

(1) an institution of higher education as defined by Section 61.001;

(2) a private or independent institution of higher education as defined by Section 61.003; or

(3) a private postsecondary educational institution as defined by Section 61.302.

(c)   Each postsecondary educational institution shall distribute to each student during the first three weeks of each semester:

(1) a summary of the provisions of Subchapter F, Chapter 37; and

(2) a list of organizations that have been disciplined for hazing or convicted for hazing on or off campus of the institution during the preceding three years.

(d)   If the institution publishes a general catalogue, student handbook, or similar publication, it shall publish a summary of the provisions of Subchapter F, Chapter 37, in each edition of the publication.

(e)   Section 1.001(a) does not limit the application of this section to postsecondary educational institutions supported in whole or in part by state tax funds.

## SUBCHAPTER F. HAZING

### Sec. 37.151. DEFINITIONS.  In this subchapter:

(1)   "Educational institution" includes a public or private high school.

(2)   "Pledge" means any person who has been accepted by, is considering an offer of membership from, or is in the process of qualifying for membership in an organization.

(3)   "Pledging" means any action or activity related to becoming a member of an organization.

(4)   "Student" means any person who:

A. is registered in or in attendance at an educational institution where the hazing incident occurs; or

B. has been accepted for admission at the educational institution where the hazing incident occurs; or

C. intends to attend an educational institution during any of its regular sessions after a period of scheduled vacation.

(5)   "Organization" means any fraternity, sorority, association, corporation, order, society, corps, club, or service, social, or similar group, whose members are primarily students.

(6) "Hazing"n

on or off the campus of an educational institution, by one person alone or acting with others, directed against a student, that endangers the mental or physical health or safety of a student for the purpose of pledging, being initiated into, affiliating with, holding office in, or maintaining membership in an organization.  The term includes:

> A. any type of physical brutality, such as whipping, beating, striking, branding, electronic shocking, placing of a harmful substance on the body, or similar activity;

> B. any type of physical activity, such as sleep deprivation, exposure to the elements, confinement in a small space, calisthenics, or other activity that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the student;

> C. any activity involving consumption of a food, liquid, alcoholic beverage, liquor, drug, or other substance that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the student;

> D. any activity that intimidates or threatens the student with ostracism, that subjects the student to extreme mental stress, shame, or humiliation, that adversely affects the mental health or dignity of the student or discourages the student from entering or remaining registered in an educational institution, or that may reasonably be expected to cause a student to leave the organization or the institution rather than submit to acts described in this subdivision; and

> E. any activity that induces, causes, or requires the student to perform a duty or task that involves a violation of the Penal Code.

### Sec. 37.152.  PERSONAL HAZING OFFENSE.

(a)  A person commits an offense if the person:

(1) engages in hazing;

(2) solicits, encourages, directs, aids, or attempts to aid another in engaging in hazing;

(3) recklessly permits hazing to occur; or

(4) has firsthand knowledge of the planning of a specific hazing incident involving a student in an educational institution, or has firsthand knowledge that a specific hazing incident has occurred, and knowingly fails to report that knowledge in writing to the dean of students or other appropriate official of the institution.

(b) The offense of failing to report is a Class B misdemeanor.

(c) Any other o bodily injury to another is a Class B misdemeanor.

(d)  Any other offense under this section that causes serious bodily injury to another is a Class A misdemeanor.

 (e)  Any other offense under this section that causes the death of another is a state jail felony.

Text of subsection effective until January 01, 2017

(f)  Except if an offense causes the death of a student, in sentencing a person convicted of an offense under this section, the court may require the person to perform community service, subject to the same conditions imposed on a person placed on community supervision under Section 11, Article 42.12, Code of Criminal Procedure, for an appropriate period of time in lieu of confinement in county jail or in lieu of a part of the time the person is sentenced to confinement in county jail.

### Sec. 37.153.   ORGANIZATION HAZING OFFENSE.

(a)  An organization commits an offense if the organization condones or encourages hazing or if an officer or any combination of members, pledges, or alumni of the organization commits or assists in the commission of hazing.

(b)  An offense under this section is a misdemeanor punishable by:

(1)  a fine of not less than $5,000 nor more than $10,000; or

(2)  if the court finds that the offense caused personal injury, property damage, or other loss, a fine of not less than $5,000 nor more than double the amount lost or expenses incurred because of the injury, damage or loss.

### Sec. 37.154.   CONSENT NOT A DEFENSE.

It is not a defense to prosecution of an offense under this subchapter that the person against whom the hazing was directed consented to or acquiesced in the hazing activity.

### Sec. 37.155.   IMMUNITY FROM PROSECUTION AVAILABLE.

In the prosecution of an offense under this subchapter, the court may grant immunity from prosecution for the offense to each person who is subpoenaed to testify for the prosecution and who does testify for the prosecution. Any person reporting a specific hazing incident involving a student in an educational institution to the dean of students or other appropriate official of the institution is immune from civil or criminal liability that might otherwise be incurred or imposed as a result of the report.  Immunity extends to participation in any judicial proceeding resulting from the report.  A person reporting in bad faith or with malice is not protected by this section.

This subchapter does not affect or repeal any penal law of this state. This subchapter does not limit or affect the right of an educational institution to enforce its own penalties against hazing.

### Sec. 37.157.    REPORTING BY MEDICAL AUTHORITIES

A doctor or other medical  practitioner who treats a student who may have been subjected to hazing activities:

(1)  may report the suspected hazing activities to police or other law enforcement officials; and

(2)  Is immune from civil or other liability that might otherwise be imposed or incurred as a result of the report, unless the report is made in bad faith or with malice.

# XIV. Academic Policies and Information

## Academic Rights for Students

Free inquiry and expression are necessary to foster independent thought in students and start them on a sustained and independent search for truth. The freedom to learn is as inseparable from academic freedom as is the freedom to teach. This policy is designed to promote these ends by ensuring an open environment for learning that is also fair and explicit in the expectations placed on both students and faculty members. The following provisions are seen to be essential to the students' right to learn.

### A. Freedom of Access to Higher Education

Southwestern University is committed to the principle of equal opportunity for all persons without regard to race, color, religion, age, sex, disability, sexual orientation or national or ethnic origin.  Southwestern University is also committed to compliance with Title IX of the Education Amendments of 1972, which prohibits sex discrimination in federally funded education programs and activities.

### B. Protection Against Improper Evaluation

Faculty members should encourage free thought and expression both in the classroom and out. Students are entitled to disagree with interpretation of data or views of a faculty member and reserve judgement in matters of opinion, but this disagreement does not excuse them from learning the content of any course for which they are enrolled or from demonstrating the skills and competencies required by a faculty member. Students should be evaluated solely on academic performance.

### C. In the Classroom

**1. Course Syllabus:** At the beginning of every course, faculty members shall provide the students with a course syllabus containing the following basic pieces

of information. a. atte

Religious and Cultural Traditions), b. grading policy (e.g., what percentage tests, papers, attendance, class participation, etc. count toward the course grade), c. required activities outside the normal class period (including tests, lectures, field trips, performances, and other events). These activities must be scheduled in accordance with the Scheduling Courses and Other Academic Activities Policy posted on the Dean's Office website (https://www.southwestern.edu/faculty-dean/forms-documents/). Students should be advised of revisions to the syllabus in a timely fashion; any syllabus changes that concern attendance policy, grading policy, or required activities outside the normal class period must be done in writing, with a copy sent to the department or program chair.

**2. Announcement of Tests, Papers and Projects in a Regular Semester:** All tests worth 10% or more of the final course grade shall be announced at least one week before they are administered. All papers and projects worth 10% or more of the final course grade shall be announced at least three weeks before they are due.

**3. Return of Assignments to Students:** All tests, papers, and projects shall be graded and made available to the student no more than three weeks after the assignment is turned in. No test worth 10% or more of the course grade shall be administered until at least one class period after the previous test worth 10% or more of the final course grade has been graded and made available to the student. No paper worth 10% or more of the final course grade shall be due until at least one class period after the previous paper worth 10% or more of the final course grade has been graded and made available to the student.

**4. Reading Load/Major Assignments at the End of a Regular Semester:** No more than 20% of the total reading load for the course shall be assigned during the last two weeks of the regular semester. No assignment worth 20% or more of the final course grade shall be initiated in the last full week of the regular semester. (In this context, an assignment is considered "initiated" when it is both assigned and students have gained the information, knowledge and skills necessary to be capable of beginning the assignment or studying/preparing for another form of assessment).

**5. Teacher Tardiness to Class:** Students may leave after they have waited ten minutes for a faculty member who is late for class. If the faculty member has notified the class that they will be late and requests that the students wait for their arrival, the ten minute limit does not apply. This rule does not apply to final examinations. Students shall wait for the faculty member to arrive or until notice is received that the examination is cancelled.

#### D. Procedure

Should a student have reason to believe that the "Academic Rights for Students" has been violated; the student should request a conference with the faculty member involved, within 14 days of the alleged violation. If no informal resolution between the student and the faculty member can be reached, the student should meet with the faculty member's department chair. If no resolution is reached after meeting with the department chair, the student then requests a

conference with the D

alleged violation and advise the student about their academic rights and try to affect an informal resolution between the student and the faculty member involved.

If no satisfactory settlement is reached at this level, the alleged violation may serve as a basis for grade appeal. The student should follow the procedure for Appeal of Grades as stated in the Student Handbook and the Faculty Handbook.

—*Approved by the Faculty on April 27, 1993 and amended on January 22, 2013.*

## Program and Classroom Modifications for Students with Disabilities

Southwestern University, in compliance with Section 504 of the Rehabilitation Act of 1973 and with the Americans with Disabilities Act of 1990, as amended, recognizes that qualified students who have made Southwestern University aware of diagnosed disabilities, including specific learning disabilities, are entitled to an equal opportunity to benefit from the educational program of the University and that reasonable academic accommodations may be necessary to provide that opportunity to students with disabilities.

The Center for Academic Success coordinates services for students with disabilities who need academic accommodations or program modifications.

### Academic Accommodations

Students at Southwestern who have a documented disability that substantially limits a major life activity may request appropriate and reasonable academic accommodations. The Associate Director of Academic Success assists students with obtaining accommodations. In order to determine qualification for and appropriateness of accommodations, the Associate Director may require documentation that establishes the functional impact of the disability and provides justification for accommodations requested. Information regarding what constitutes appropriate documentation is available in the Center for Academic Success or online at https://www.southwestern.edu/offices/success/services-for-students-with-disabilities/.

It is the student's responsibility to obtain appropriate documentation at their own expense and to share that documentation with the Center for Academic Success. The Center for Academic Success reserves the right to request additional information, evaluation or documentation if the documentation provided by the student is not sufficient to justify the requested accommodation.

To obtain accommodations the student should:

1. Provide any necessary documentation as described above to the Center for Academic Success.

2. Schedule a meeting with the Associate Director of Academic Success to discuss needs and make arrangements for appropriate services. *This meeting will ideally be scheduled at the very beginning of the semester in which the accommodations are being requested; however, it may take place at any point in the semester. Please note that accommodations are not retroactive.*

with professors needed to finalize accommodations. In some cases, accommodations cannot be provided without first communicating with the faculty member. The Associate Director will support students through the process of working with faculty as needed.

4. Accommodations do not automatically carry over each semester. It is the student's responsibility to communicate with the Associate Director at the beginning of each semester to set up accommodations for new classes.

The Associate Director may refuse an accommodation if it is not appropriate or documentation is not sufficient to justify it. If an accommodations request is denied, the student will receive written notification of the denial and the rationale for the decision.  The student has the right to appeal this decision (see Grievance Policy for Students with Disabilities on page 107).

### Disability-Related Course Substitution Policy & Procedure

#### Policy

Students seeking a course substitution due to a disability must have documentation on file that provides evidence for the substitution request. The Associate Director of Academic Success will work with the student on a case-by-case basis to determine what documentation is required. Documentation alone does not guarantee that a course substitution will be approved.

Courses which are pre-approved as substitution courses will be maintained by the Center for Academic Success and Registrar. Any courses that do not appear on this list, such as Special Topics Courses, must be approved by the Department Chair in the subject area for use as substitution courses.

#### Procedure: General Education

For course substitution requests within the **General Education** requirements the following procedures must be followed:

1. Meet with the Associate Director to discuss the need for course substitution and ensure that sufficient documentation is on file, or determine what further documentation is needed.

2. Submit a written request for a course substitution to the Associate Director. This letter must include information about why the student is requesting the course substitution, any previous efforts in the subject area, and any other mitigating factors regarding the request.

3. The Associate Director will notify the student within 10 business days of a decision. The Associate Director may consult with colleagues within the Center for Academic Success and Registrar, the Academic Standards Committee, and/or department faculty from the area of study in which the request is being made to reach a decision as to whether course substitution is warranted. Confidentiality of disability records will be maintained as an utmost priority.

Faculty, their advisor and/or the Associate Director to determine the appropriate courses to substitute.

5. If the substitution is **denied**, the student must continue to meet the General Education requirements set forth by the University. The student has the option of continuing to work with the Associate Director to determine if there is further evidence that could be provided or if there are alternative accommodations that would support the student's success in the subject area.

6. Selected substitution courses for approved cases will be sent to the Assistant Registrar for inclusion on the student's degree plan. The student and advisor will be notified in writing of the approved courses from which the student may select.

### Procedure: Courses in Major/Minor

For course substitution requests within a student's **Major or Minor** requirements the following procedures must be followed:

1. Meet with the Associate Director to discuss the need for course substitution and ensure that sufficient documentation is on file, or determine what further documentation is needed.

2. Submit a written request for a course substitution to the Associate Director. This letter must include information about why the student is requesting the course substitution, any previous efforts in the subject area, and any other mitigating factors regarding the request.

3. Submit, in conjunction with the Associate Director, an approval form to the Chair of the Department in the student's major or minor area of study. The Department Chair must approve the course substitution and the Associate Director may be given permission by the student to discuss the case with the Chair if there are questions.

4. The Associate Director will notify the student within ten (10) business days of a decision. The Associate Director may consult with colleagues within the Center for Academic Success and Registrar, the Academic Standards Committee, and/or department faculty from the area of study in which the request is being made to reach a decision as to whether course substitution is warranted. Confidentiality of disability records will be maintained as an utmost priority.

5. If the substitution is **approved**, the student will work with Department Faculty to determine the appropriate courses to substitute and the student will inform the Registrar and the Assistant Registrar of the selected courses using a Request for Substitution form, available in the Office of the Registrar.

6. If the substitution is **denied** the student must continue to meet the Major/Minor requirements set forth by the University. The student has the option of continuing to work with the Associate Director to determine if there is further evidence that could be provided or if there are alternative accommodations that would support the student's success in the subject area.

If a student is dissatisfied with the decision made by the Associate Director, they may appeal in writing to the Academic Standards Committee and submit another course substitution request. The student must provide new evidence before a request to the committee will be considered.

Students who wish to appeal the decision of the Academic Standards Committee may appeal in writing to the Office of the Dean of the Faculty, to be considered by the Associate Vice President for Academic Affairs (AVP). Supporting evidence should accompany these appeals, and the student should explain why this evidence was not included in the original request for substitution.

The decision by the AVP is final. Once the AVP reviews the request, they will advise the student as to the final decision.

#### Attendance Accommodation Policy

Southwestern University policy allows faculty to set their own attendance policy for each class. The Center for Academic Success acknowledges the importance of attendance in the learning process for higher education. Due to the episodic and unpredictable nature of certain disabilities, however, some students qualify for flexibility with attendance as an accommodation. Attendance accommodations need to be established in advance by the Associate Director of Academic Success and cannot be applied retroactively. Once attendance accommodations are deemed warranted by the Associate Director, student, and faculty members(s) will work together to determine the parameters of the accommodation.

This accommodation does not provide for a specific number of absences; rather, it provides flexibility in the attendance policy of the individual faculty member. For example, this flexibility may mean that a faculty member is willing to offer additional absences with additional (make-up) work, meet with the student one-on-one to cover the material missed, allow the student to make up classes by attending other sections of the same class, and/or extend the actual number of absences allowed.

To qualify for this accommodation, the student must have a disability that may impact attendance by its very nature. This includes chronic conditions, episodic conditions or the symptoms, treatment or side effects of a debilitating psychological condition. Documentation that addresses the functional limitations of a student's ability to attend class, work, or other recurring functions must be on file with the Associate Director, who will evaluate the documentation to determine if the condition warrants an attendance accommodation.

Students seeking consideration for leniency in attendance are strongly encouraged to request this accommodation at the beginning of each semester for which it is needed, preferably within the first two weeks of classes. This request must be made to the Associate Director. This accommodation is not retroactive and will not remove absences already accrued if requested later in the semester. If a condition presents itself during the course of a semester that fits the require-

ments of this policy, t

on a case-by-case basis to determine the best course of action.

Faculty members are responsible for determining whether attendance is an essential requirement for the course and what amount of flexibility is permissible in discussing the accommodation with the individual student. The Associate Director is available for consultation in these matters. Once the faculty member and student have discussed the issue of attendance and the faculty member has determined and communicated to the student the appropriate level of flexibility for the class, the student is responsible for complying with the established plan. The student is responsible for following up with the faculty member if the plan requires adjustment. Students and faculty are encouraged to complete the Flexibility with Course Attendance/Deadlines Agreement together to ensure clear communication of responsibilities and expectations.

In the event that a student with this accommodation is unable to attend class, they must notify each professor (or have the Associate Director send a notice to all of their professors). The student should make every attempt to deliver or have delivered any work that has been completed and is due to the professor. It may not be appropriate to discuss make-up work at the time the student notifies the professor of the need to be absent. Once they are able, the student is responsible for initiating conversation with the professor to determine what work or participation needs to be made up and how it will be completed.

Faculty may contact the Associate Director if the student exceeds reasonable absences, even with leniency provided by an accommodation. Faculty may handle these situations on a case-by-case basis, and the Associate Director can support efforts to assist the student in determining options.

In situations where the student's condition warrants flexibility with attendance as an accommodation, but the nature or structure of the class does not allow for this to occur, the student may work with the Associate Director to determine options.

**Student Confidentiality**

The Center for Academic Success and Registrar (CASAR) respects and maintains student confidentiality. All information related to a student's interaction with CASAR is maintained by staff members. Information and documentation shared by a student with CASAR is protected by the Family Educational Rights and Privacy Act (FERPA). Students must sign a release or give written permission authorizing CASAR staff to share information with anyone outside of the University.


## Grievance Policy for Students with Disabilities

In compliance with Section 504 of the Rehabilitation Act of 1973 (Public Law 93-112) and the Americans with Disabilities Act of 1990 (Public Law 101-336), as amended, Southwestern University prohibits unlawful discrimination on the basis of disability in its programs, services, and activities.

ing the academic needs of students with disabilities is meant to address complaints about the provision of appropriate academic accommodations in classes in which students with disabilities are currently participating. The Complainant must be able to establish that they appropriately requested the desired accommodation in accordance with the Policy on Program and Classroom Modifications for Students with Disabilities set forth in the *Student Handbook*.

If a complaint is brought by a student regarding denial of an accommodation needed in an ongoing class, the decision of the Associate Director of Academic Success to provide or deny said accommodation shall be implemented until such time as a formal resolution of the grievance process is achieved.

In situations where there is disagreement concerning the appropriateness of a particular accommodation, every effort should be made to resolve the disagreement as expeditiously as possible.

In the event that a student at Southwestern University believes that they are being denied a reasonable academic accommodation, discriminated against within the academic environment based on a disability, or retaliated against due to an academic accommodation, the following grievance process is in place:

1. A meeting with the Associate Director must be scheduled no later than 10 working days* after the denial, alleged discrimination within the academic environment based on a disability, or retaliation due to an academic accommodation. In this meeting, a discussion of individual needs will take place in an attempt to address the complaint and work toward an appropriate resolution.

2. If the student is not satisfied with the outcome of the meeting with the Associate Director, they must, within 10 working days* of this meeting, contact the Director of Academic Success at 512.863.1286 to schedule an appointment. The Associate Director makes all documentation of the student's disability available to the Director.

3. If an academic accommodation and/or resolution of the complaint cannot be mutually agreed upon following the meeting with the Director, the student must, within 10 working days* of this meeting, submit in writing a petition to the Academic Standards Committee. In the petition, the student should set forth in writing the basis for the complaint, including, but not limited to, a description of any academic accommodation sought by the student. All documentation of the student's disability will be made available to the Committee. The Committee will make a recommendation to the Associate Vice President for Academic Affairs. A written response by the Associate Vice President for Academic Affairs will be provided within 10 working days* from the day the student submits their petition to the Committee.

4. Students also have the right to file a complaint with the Office of Civil Rights within the Department of Education. In accordance with federal law, if a complaint is made to the Office of Civil Rights, all relevant records would be made available upon their request.

Note: Working

p.m.) and time periods when an academic term is in session. It does not include Southwestern University holidays or breaks between and during semesters.

*—Approved by the Faculty on April 24, 2001.*

## Academic Advising

Southwestern University empowers students to think, create, and make meaning through intentional connections, innovative academic pursuits, and a vibrant residential community. The purpose of advising at Southwestern is to create a dynamic relationship where students collaborate with faculty and staff advisors to foster each student's academic potential through making connections among classes, experiential learning, and co-curricular programming.

### Advising goals for advisees

- Develop an intentional collaborative relationship with your advisor
- Understand the structure and purpose of Southwestern's curriculum
- Create a narrative that connects your classes, experiential learning, and co-curricular programming
- Identify and explain your personal and professional short and long-term goals
- Use institutional resources to meet your goals

### Student Responsibilities

- Develop a strong working relationship with your advisor and make appointments when requested and necessary
- Be respectful and inclusive in your communications and interactions with your advisor
- Prepare for and be active in advising meetings and ask questions when you have them
- Reflect on your personal interests, skills, and goals and share them with your advisor
- Learn and understand the *Catalog* and SU's policies, procedures, deadlines, and requirements
- Use the technological resources (WebAdvisor, etc.) available to help you make informed decisions toward and plan your degree requirements
- Seek out additional faculty and staff who can assist you with your academic and career planning when needed
- Follow through on plans-of-action identified during advising meetings
- Take responsibility for completing your academic plan

### Advisor Responsibilities

- Develop a strong working relationship with your advisee and be available for appointments as needed
- Be respectful and inclusive in your communications and interactions with your advisee
- Inform your student about your advising style and expectations
- Assist students in exploring and defining their interests, skills, and goals
- Remain current with the *Catalog* and SU's policies, procedures, deadlines, and requirements

- Maintain confident
  guidelines at all times
- Inform students of and provide appropriate referrals to campus resources that
  enhance their academic and/or personal experience at SU
- Discuss plans-of-action
- Help students to make decisions and take ownership of their choices

*—Approved by the Faculty on March 27, 2018*

## Declaring a Major

Entering students at a liberal arts and sciences university such as Southwestern are urged to explore the options offered before making an official declaration of a major. However, some degree programs, such as music, arts, or the natural sciences, require that students enter a sequence of courses in their first semester in order to complete the program in four years. The Director of Advising and Retention will assign entering students who indicate interest in such programs to academic advisors who will guide the students accordingly.

During the sophomore year, no later than the spring advising period for pre-registration for the junior year, students must declare a major from the list in the *Catalog* by submitting the online "Initial Declaration of Major" form to the Office of the Registrar. For guidance in choosing a major, contact the Center for Academic Success and Registrar. The Center for Career & Professional Development also offers several interest and personality inventories to assist students in identifying how their interests and abilities may relate to a particular major. Students who are undecided should make a tentative selection of a major and construct a course of study under a tentative degree plan.

Please note that students who wait to declare a major may not be able to complete a degree plan in four years.

## Degree Plans

Each student's progress toward graduation is recorded on a degree plan specifying the courses, grades, credits, and other requirements for the particular degree and major that the student has chosen to pursue. **Each student is responsible for meeting all the *Catalog* requirements for a particular degree and major**. The degree plan assists the student, the student's academic advisor, and the Office of the Registrar in tracking these requirements.

## Class Attendance & Absence Policies

Southwestern students must attend classes in-person, and class attendance is required. Most faculty believe that more than three absences in one semester in one class is excessive, even in classes with no formal penalties for absences. Read your syllabi carefully to be sure that you understand attendance expectations. Recognize that if class participation, in-class quizzes or assignments, or graded homework constitutes a part of your grade, unexcused absences may lower your final grade considerably. More importantly, the work or information you miss when

you do not attend class and you may find that you have considerable gaps in the information you need to complete the course.

**Student Attendance and Excused Absences:** The *Catalog* states that students are expected to attend all regularly scheduled classes for which credit is granted. Individual faculty members establish specific attendance policies, which appear in the syllabus for each course. Official excuses are not normally issued except as described below.  In the case of extended illness or other emergency, the Center for Academic Success notifies faculty members by e-mail.  The faculty members then decide whether the situation justifies an excused absence for the student involved. Detailed procedures for notifying faculty of an absence may be found below.

Whenever an excused absence has been granted, the faculty member is expected to offer students an opportunity to complete missed examinations or other required work, but it is the student's responsibility to contact the professor about missed assignments, etc.

Students who are absent from class because they are participating in intercollegiate athletics, class-related field trips, ensemble tours, interviews at graduate schools, or faculty-sponsored attendance at professional conferences will be excused from classes as follows:

1. A student's excused absence from class does not excuse any work missed during the absence, but does excuse the student from any sanction that would otherwise be imposed by a professor's attendance policy.

2. The student and the professor will devise an appropriate means for the student to complete assignments, class work, examinations, labs, etc., scheduled during the absence.  The responsibility to complete missed work lies solely with the student, who must discuss the absence with the professor as far in advance as possible to work out a satisfactory schedule for submitting work due, taking exams, making up labs, etc.  This schedule may involve the student's completing certain items before rather than after the absence.

3. Coaches, sponsors, and professors should make every effort to schedule approved activities held off-campus so as to produce the least conflict with scheduled classes.

4. Professors whose courses require field trips should include the requirement in the *Catalog* description of the course and indicate the scheduled dates of the trip in the course syllabus, to allow students time to resolve schedule conflicts or drop/ add courses, if necessary.

For the kinds of absences described above to be excused, a statement of the nature and purpose of the activity, a list of names of the students and faculty members participating in the activity, and the dates and hours during which these participants will be off campus must be submitted in writing by the sponsor of the activity to the Center for Academic Success or the Office of the Vice President for Student Life, depending on the nature of the activity.  The Director of Academic Success or the appropriate designated person within Student Affairs will distribute information about the scheduled activity and the names of the students whose

absences are to be excl

confirm insurance coverage). The Dean of the Faculty may restrict participation in off-campus activities of students who are on academic or disciplinary probation.

**Religious Holidays Absence:** Southwestern University recognizes that it has students from a variety of religious and cultural traditions that have special days of observance or celebration that may take students out of their regular activities on certain days during the school year.  Since the academic calendar does not always coincide with these days, the following policy is to be followed in order to facilitate student absences due to cultural and religious observances.

• As far in advance as possible, the student is expected to notify the professor(s) or instructor(s) of the class(es) to be missed.

• The student is expected to learn what assignments or exams are due or will be assigned on those dates and negotiate with the professor(s) or instructor(s) alternate times for fulfilling those requirements.  Students should be prepared to fulfill the requirements prior to the class(es) to be missed.

**Procedures for Notifying Faculty of an Absence:** It is your responsibility to notify your faculty by phone or e-mail when you will be absent from class, including when you are sick or not feeling well enough to attend class.

*The Center for Academic Success will notify your faculty by e-mail or voice mail if:*

1. You are physically unable to do so yourself (you may have a friend or RA call Academic Success).

2. You must leave campus suddenly and do not have time to call each faculty before you leave.

3. You provide Academic Success with sensitive personal or medical information that you would prefer not to share with faculty.

4. You will miss class for more than three days due to illness or personal emergency.

5. A death, illness in the family, or other serious personal circumstances require you to leave campus for an extended time.

6. You experience medical, disability, or personal circumstances that will likely cause unpredictable absences in the future. You must make an appointment with Academic Success to discuss your needs and faculty notification.

Written notification of absences will indicate a serious medical or personal emergency and will only be sent when documentation is on file. *Academic Success holds all medical and personal information confidential, and will discuss with you the information that you choose to release.*

You must contact your faculty as soon as you are able, preferably prior to the absence. Notification from Academic Success does **not** excuse the absence and does not protect you from any consequences under the professor's attendance policies. You must work with each professor to determine if work may be made up, and to arrange to do so. If you are concerned that a medical or personal emergency may jeopardize your academic progress and/or grade in any/all of your classes, it is your responsibility to make an appointment with Academic Success to be sure that you understand all options that are available to you. Academic Success will do its

utmost to help you in performance.

**Involuntary Withdrawals:** When, prior to the last day to drop courses (during the 6th to 10th week of class), excessive absences, as defined by the instructor in the course syllabus and the University Excused Absence Policy, jeopardize a student's work in any course, the instructor may request that the Registrar drop the student from the course with a recorded grade of "W." After the last day to drop courses, an involuntary withdrawl will be recorded with a grade of "F."

**Late Withdrawals:** Before the end of the tenth week of classes, students may elect to withdraw with record from a course by submitting a properly completed Add/Drop Form. After the tenth week of classes, students who can document an emergency reason for excessive absences may be allowed to drop a course with record by submitting a petition to drop a course late to the Academic Standards Committee.

**Retroactive Withdrawals**: Withdrawals initiated following the completion of the semester are referred to as retroactive withdrawals. Since students are expected to withdraw in the semester in which they are experiencing difficulty, retroactive withdrawals are rarely considered and may only be initiated in severe and unusual circumstances that were beyond a student's control. Examples of such circumstances include incarceration or severe medical or mental health circumstances that prevented communication of intent to withdraw during the semester.

In order to initiate a retroactive withdrawal, the following steps must be completed: (1) Student must meet with the Director of Academic Success to confirm the severe and unusual circumstances that prevented the withdrawal during the semester; (2) If circumstances are confirmed by the Director of Academic Success, the student must submit an appeal to the Academic Standards Committee. As part of the appeal, the student must submit documentation verifying the severe and unusual circumstances. These circumstances must have occurred during the semester for which the student is appealing. The documentation must be provided by an official source to verify those circumstances.

Retroactive withdrawals must be completed within one calendar year of the last day of the classes for the semester in which an appeal is submitted. The withdrawal must be for all graded courses; it is not possible to choose individual courses for withdrawal. Approved retroactive withdrawals will be effective as of the student's last date of class attendance. If unable to confirm a last date of attendance, it will be necessary to use a date at the 50% mark of the semester. It should be noted that any withdrawals prior to the 60% mark may require repayment of federal, state, and institutional financial aid, as applicable. The transcript will list withdrawn courses with grades of "W."

## Evaluations, Examinations, Grades

**Final evaluations are required in all courses**. The dates for final examinations are set by the Registrar and the Dean of the Faculty and should be scrupulously followed. If a situation arises which causes special difficulties in the scheduling

of an examination, the

stood that final examinations will not be changed merely to move from a late date to an early date, as this usually creates more problems than it solves.

Re-examination or special projects to raise grades are prohibited for students who have failed the course or the final examination except in exceptional cases as approved by the Dean of the Faculty.

The published Final Examination Schedule may not be altered. Students who have three final examinations in one day may reschedule only the middle examination. (Take-home examinations do not count in determining whether a student has three finals in one day.) There is no fee for rescheduling the exam, and the student and faculty member may work out the time for the rescheduled exam without administrative intervention or approval. (Students may take three examinations in one day if they so choose.) Students with two finals in one day may not reschedule. Students must request that a final exam be rescheduled at least one week before final examinations begin; otherwise they must follow their examination schedule as it stands.

Details of the Southwestern grading system are outlined in the *Catalog*. Faculty members should make clear to students exactly how grades will be compiled for their classes.

## Study Days

Study Days consist of the days following the last day of class and preceding the start of finals week. No activities (curricular or extracurricular including tests, finals, makeup work, etc.) requiring student participation are scheduled during this time set aside for final preparations. Exceptions to this restriction must be approved in advance by the Dean of the Faculty. Final examinations for seniors graduating in May must be scheduled before the five-day regular finals for the Spring semester.

## Reporting of Grades

**End-of-semester grades:** Semester grades are due in the Office of the Registrar as soon as possible after each examination given. Grades are reported online and are recorded permanently in the Office of the Registrar. Students may view their grades online.

The grade of "Incomplete" shall be given only in the case of a medical emergency or some other emergency situation beyond the student's control. The grade of "Incomplete" may not be given for the sole reason of permitting additional time to complete assigned coursework. Students must request the grade of "Incomplete" by submitting a form to the appropriate faculty member which explains the emergency situation surrounding the request. This form must be submitted to the Office of the Registrar by the faculty member at the time that the grade of "Incomplete" is assigned.

When the "Incomplete" is given, it must be removed within four weeks of the last day of class. All "Incomplete" grades are changed to "F" after the deadline unless the student has filed a written petition for an extension, approved by the

student's professor and

for the removal of the "Incomplete".

## Procedure for Changing Grades

Every effort should be taken to secure accurate and complete grade records in reporting to the Registrar. Changes to grades are typically initiated by an instructor when the original grade resulted from an error, or if the original grade was an I (Incomplete) or X.  Grade changes must be initiated within one calendar year of the last day of classes for the semester in which the original grade was assigned.  It is not possible to submit grade changes after the one calendar year expires.  Note: Students wishing to appeal a grade must follow the Appeal of Grades procedures, as outlined in the Student Handbook.

## Appeal of Grades

Final responsibility for assigning grades to students in a course rests with the faculty member teaching that course. Requirements and specific expectations concerning the level and way in which requirements are to be met are specific to a given course; it is inappropriate to expect that evaluations of course work can be made by third parties.

Faculty members are expected to evaluate student performance based on the criteria and requirements outlined in course syllabi. All students are to be treated impartially and fairly in relation to those requirements. There are three bases for a grade appeal:

1. Alleged failure of a faculty member to assign the proper weight as stated in the course syllabus to various parts of the assessment elements that contribute to the final grade.

2. Alleged prejudicial treatment of a student in relation to the treatment afforded other students in the course.

3. Alleged violation of the Academic Rights for Students as stated in the *Student Handbook* and the *Faculty Handbook*.

The student should be prepared to demonstrate a direct link between the circumstances of the awarding of their grade and one of the bases above.

An appeal cannot be based on a challenge to the difficulty of a course or on strictness of grading. Each faculty member is responsible for these standards, and, so long as they are applied equitably and fairly, their strict application is not a basis for an appeal.

Should a student have reason to appeal the final grade in a course, the following appeal procedure must be followed in the sequence indicated below with "Step 3" completed no more than 3 (three) calendar weeks from the first day of classes of the following regular semester. Students who are off campus while pursuing a grade appeal should work through the Director of Academic Success who will serve as the student's liaison.  In all cases, the Director will be responsible for ensuring that the student, faculty member, and department chair involved are clear on the process and steps involved.

**Step 1**. The student first requests, schedules, and attends a face-to-face

conference with the fa

the matter can be settled between the student and the faculty member. A face-to-face meeting constitutes a conference; a conversation by voice mail, e-mail or telephone does not. In the event that a faculty member is no longer employed at Southwestern, the student should proceed to Step 2, working with the chair of the department who will attempt to facilitate the process with or without the former faculty member.

**Step 2.** After this conference, should the student continue to believe that fair and equitable treatment has not been given, the student must communicate that in writing to the instructor and the matter should be brought by the student to the faculty member's department/program chair. This conversation should also be face-to-face, not by telephone, e-mail or voice mail. If the faculty member who taught the course is also the department/program chair, the student should have a face-to-face conversation with the appropriate Associate Dean.

**Step 3.** If a settlement is not reached after the conversation referenced in Step 2, the student should take the complaint to the Director of Academic Success. The circumstances of the appeal will be confirmed by the Director and they will review the grade appeal process with the student, providing feedback on the appropriateness of the appeal. An official form detailing the completed steps and timeline of the grade appeal process will be filled out at this time by the Director and the student. A copy of this form will be forwarded to the faculty member and the chair of the department regardless of the outcome of this conversation. Should the student choose to continue the grade appeal process, they will sign a statement indicating that intent on the form. This step should be completed within 3 (three) calendar weeks from the first day of classes of the semester immediately following the one in which the course was taught.

**Step 4**. Should the student wish to continue the grade appeal process, the Director will ask the student to provide a written statement outlining the basis for the appeal, to be forwarded to the instructor. This statement must be submitted within 6 (six) calendar weeks from the first day of classes of the semester immediately following the one in which the course was taught. The Director will then ask the faculty member to provide a written response. A copy of the faculty member's response will be given to the student. The student may elect to provide a reply to the faculty member's response which is shared with the faculty member. These documents and other relevant materials will then be reviewed by the Academic Standards Committee.

**Step 5**. The Academic Standards Committee is charged with evaluating such complaints and the evidence on which they are based. Meetings of the Academic Standards Committee are held in closed session. Should the committee conclude that there are not sufficient grounds for a student's claim of prejudicial or unfair treatment, it will be reported to the student and to the faculty member in writing and the matter will be closed. Should the committee determine that there is a basis for this claim, its recommendation will be reported in writing to the Associate Vice President for Academic Affairs.

**Step 6**. The Asso findings and recommendation of the Academic Standards Committee with the department chair and the faculty member involved. The department chair and the faculty member will then develop a solution for resolution of the complaint. Should the grade be changed, such change is reported by the faculty member to the Office of the Registrar on a Change of Grade Form. This will be reported to the student by the Associate Vice President in writing.

**Step 7**. In cases where a faculty member refuses to accept the recommendation of the committee and there is reason to believe that the faculty member's behavior was prejudicial or unfair, the Dean of the Faculty may authorize that the grade in the course be changed to a "CR" or a "W." This will be reported to the student by the Associate Vice President in writing.

—*Approved by the Faculty on April 25, 2000*

### Retention of Examination Papers & Term Papers

Examination papers and term papers which are not returned to the student by the end of the semester should be retained by the instructor for at least one full additional semester.

### Official Transcripts

Transcripts of their permanent record are issued to students and former students of Southwestern or may be sent directly to other institutions upon written request. Transcripts are available from the Office of the Registrar. Requests must be made through an online request; please visit - https://www.southwestern.edu/academics/records-registrar. No transcript of credits, statement of standing, diploma, or application for a teacher's certificate will be granted to individuals who are financially in arrears with the University.

### Course Evaluations

Members of the faculty request that students evaluate their courses on the forms provided for that purpose. These evaluations are sometimes used to assist senior faculty members and the Dean of the Faculty in their evaluations of a faculty member's teaching effectiveness, but they also serve the important purpose of allowing faculty members to learn what students think about the courses they take. The constructive criticism contained in these evaluations is intended to assist a faculty member in improving the quality of their teaching.

### Eligibility for Off-Campus Study

Students may choose from a variety of options for study abroad, all of which offer rigorous academic programs coupled with international experience. Additionally, these programs take advantage of course offerings and facilities not normally available on Southwestern's campus. Students applying for off-campus academic experiences (including internships, study abroad programs or other semester- or year-long off-campus study) must be in good academic standing at the time of application (defined as a 2.0 cumulative GPA). Students must work with the Office

of Study Abroad and I ate program of study is selected. In general, it is suggested that students make an initial appointment with IL at least two semesters before the planned period of study abroad.

## Student Leave of Absence

Students in good standing may apply for a student leave of absence by meeting with a staff member in the Center for Academic Success and Registrar, no later than one week prior to the beginning of the semester for which the leave is to begin. A leave of absence may be granted for up to one academic year. An application for readmission will not be required of students to return from leave of absence.

1. A student leave of absence may be granted for a program of work, study, or travel that will contribute significantly to a student's personal development (or program of study at Southwestern University). In addition, a leave may be granted for personal reasons including, but not limited to, medical, financial, or health.

2. The Request for Student Leave of Absence form must be submitted to the Center for Academic Success and Registrar no later than one week prior to the beginning of the semester for which the leave is to begin.

3. Students may apply for a student leave of absence for one semester or for a full academic year. A one-semester leave may be extended to a full year, but a one-year leave may not normally be extended.

4. Students who are granted a student leave of absence will receive pre-registration materials and campus housing requests (if applicable) for the semester in which they plan to return to campus.

5. An application for readmission will not be required of students on student leave of absence.

6. Students who return from a student leave of absence based on medical or health reasons are required to submit a physician's statement certifying that they are physically able to resume their studies.

## Academic Standards Committee

The Academic Standards Committee, composed of four members of the faculty as well as administrative representatives, reviews and hears student appeals relating to add/drop, late academic withdrawal, academic probation/dismissal, and modification of degree plans based on documented disabilities. Instructions for submitting an appeal to the Academic Standards Committee are available in the Center for Academic Success and Registrar.

## Software & Intellectual Rights

Respect for intellectual labor and creativity is vital to academic discourse and enterprise. This principle applies to works of all authors and publishers in all media. It encompasses respect for the right to acknowledgment, right to privacy, and right to determine the form, manner, and terms of publication and distribution.

# The Center for Academic Success and Registrar can help you with:

- Academic Mentoring

- Academic Coaching

- Graduation Audits

- Services for Students with Disabilities

- Veteran Services

- Transcript Services

- Maximizing your Personal Success:
  Point Your Compass to One of Our Workshops

*The Center for Academic Success and Registrar reflects Southwestern's commitment to providing personal attention to each of our students. We offer student advocacy, resources and enrichment opportunities to empower students to achieve academic success.*

*For appointments, you may call 512-863-1952, send an email to success@southwestern.edu, or visit the Academic Success and Registrar Office in the Prothro Center for Lifelong Learning on the 1st Floor.*

## Enrichment, Resources, Advocacy

# Southwestern University
# Academic Calendar
# Fall Semester 2021

| | | |
|---|---|---|
| August | 14 | Saturday ........................................ New students arrive on campus |
| | 16 | Monday......... First-Year and Advanced-Entry Seminar classes begin |
| | 23 | Monday.................................................................... Classes begin |
| | 30 | Monday...................................................... Last day to register late |
| | | |
| September | 1 | Wednesday ................................................Last day to add courses |
| | 6 | Monday ....................................................SU Closed - no classes |
| | 14 | Tuesday ........... .................................... .......SUnity Day - no classes |
| | 27 | Monday ..................Last day to drop courses without record entry or change to/from Pass/D/F, audit |
| October | 1 | Friday........................Application for Diploma due: Fall candidates |
| | 8 | Friday .........................Fall Break begins at 10pm (October 11-12) |
| | 13 | Wednesday ..... .................................... ..............Classes resume at 8am |
| November | 1 | Monday.................................................... Last day to drop courses |
| | 24-26 | Wednesday - Friday....................................SU Closed - no classes |
| | 29 | Monday........................................................Classes resume at 8am |
| December | 3 | Friday.................................................................Last day of classes |
| | 4-5 | Saturday - Sunday ........................................Study days - no classes |
| | 6-10 | Monday - Friday ................................................ Final examinations |
| | 11 | Saturday .............. Recognition Ceremony for December Graduates |
| | 13 | Monday........................................................ Grades due at 5 p.m. |
| January | 4 | Tuesday ........................Last day for removing "Incomplete" grades |

# Southwestern University
# Academic Calendar
# Spring Semester 2022

| | | | |
|---|---|---|---|
| January | 10 | Monday | Classes begin |
| | 17 | Monday | SU Closed - No classes |
| | 18 | Tuesday | Last day to register late |
| | 20 | Thursday | Last day to add courses |
| February | 4 | Friday | Application for Diploma due: Spring/Summer candidates |
| | 14 | Monday | Last day to drop courses without record entry or change to/from Pass/D/F, audit |
| March | 11 | Friday | Spring Break begins at 10 p.m. (March 14 - 18) |
| | 21 | Monday | Classes resume at 8 a.m. |
| | 28 | Monday | Last day to drop courses |
| April | 12 | Tuesday | Research & Creative Works Symposium (No classes) |
| | 15 | Friday | SU Closed - no classes |
| | 27 | Wednesday | Last day of classes |
| | 28-30 | Thursday - Saturday | Study days - no classes |
| May | 1 | Sunday | Study day - no classes |
| | 2 | Monday | Seniors'(prospective May graduates) grades due by noon |
| | 2-6 | Monday - Friday | Final examinations |
| | 7 | Saturday | Commencement |
| | 11 | Wednesday | Remainder of grades due by 5 p.m |
| | 27 | Friday | Last day for removing "Incomplete" grades |

## Summer Terms 2022

Summer I Term ................ May 11 - June 17 (May 30 SU closed - no classes)
Summer III/Non-Residential Term.................................. May 11 - August 11
                    (Please check calendars of individual programs, including
                    the Southwestern Summer Study Abroad Program)
Summer III grades due ....................................................................August 19

# XV. Late Pa

Students are expected to meet all financial obligations to the University by designated due dates found on the SU Student Account website. It is each student's responsibility to pay their tuition, fees and other charges by these published due dates. Late payment penalties may be assessed when students fail to pay their current charges by the assigned due dates and have not contacted the Business Office about payment arrangements. Failure to pay amounts owed may also result in cancellation of the student's registration, placement of a "hold" on the student's account, and being barred from receiving official transcripts and future enrollment.

Students are required to agree to the Payment Terms Agreement online through their Self Service accounts prior to enrolling in courses each semester.  By consenting to the Payment Terms Agreement the students acknowledge the following:

> 1)  It is the student's financial responsibility to pay tuition, fees and other charges related to the cost of attendance at Southwestern University, including any adjustments,
>
> 2)  Account balances not paid by the due date will be assessed late fees and put on hold which will prevent future registration and transcript requests,
>
> 3)  Delinquent accounts will be sent to collections and additional financial responsibility is assumed for all collection costs and fees assessed as well as any attorney fees incurred, and
>
> 4)  Student account balances are considered to be an educational loan and therefore are generally not dischargeable under the United States Bankruptcy Code.

**Late Payment Fee**

A late payment fee of $100 will be charged to unpaid student accounts without satisfactory payment arrangements made by the payment deadline date each semester. A $100 late fee will also be assessed when a payment plan is cancelled for failure to make two consecutive monthly payments.

In addition, students with past due balances may be dropped from all current and future class enrollment for non-payment. Students with past due balances will not be permitted to move into on-campus housing for the upcoming semester. Likewise, students already in on-campus housing  who have past due balances will be notified prior to the end of the current semester that they will be required to move out at the end of the current semester and not permitted to return to housing unless immediate payment arrangements are made.

In calculating the past due balance, confirmed financial aid, established payment plan amounts, verified VA benefits, Texas Tomorrow funds, and other substantiated credits will be considered and deducted from the actual student account balance. Students and families with unique payment circumstances must contact the Business Office to confirm payment arrangements prior to the due date. Late payment fees will be assessed on accounts that have not been paid or do not have sufficient financial aid, other credits, or payment arrangements to cover the total institutional charges owed.

For example:

- A student registers during pre-registration and is billed in November for the Spring semester with a due date in December. If the student has filed a FAFSA and has confirmed financial aid, then the amount of confirmed financial aid will be deducted from the total charges owed.
- A student has been awarded a scholarship from their high school of $1,000 and has properly notified financial aid of this outside scholarship, but the funds have not been received by the university prior to the payment deadline. The $1,000 outside scholarship would be deducted from the total charges prior to determining if a past due amount exists.
- A veteran student is eligible for the Yellow Ribbon program and has completed all the required paperwork in the Office of the Registrar; however, the VA funds have not been received by the university prior to the payment deadline. The estimated amount of VA funds will be deducted from the total charges prior to determining if a past due amount exists.

**Pre-Registration Holds**

Prior to pre-registration for the next semester, if any estimated funds or other credits are still not received as payment on the student account or new charges exist that result in an unpaid balance of $300 or more, the student account will be put on hold and pre-registration will not be allowed until the estimated funds are received or the unpaid balance is paid. While on hold, the student will not be able to obtain a transcript.

**Delinquent Accounts & Collection Agencies**

After the end of the semester, any remaining delinquent accounts will be referred to outside collection agencies and will be reported to the national credit bureaus. The student is responsible for payment of any and all collection agency charges, attorney fees, and court costs that accrue.

# XVI. Safety

Southwestern University seeks to promote a safe and secure environment in which to work and study. The Southwestern University Police Department (SUPD) strives to accomplish this goal through proactive and conventional law enforcement techniques. Any unsafe conditions or suspicious activity observed should be reported immediately to the police.

The SUPD employs six full-time officers that patrol the campus 24 hours a day, seven days a week, year-round. All SUPD officers are licensed and certified as Texas Peace Officers by the Texas Commission on Law Enforcement (TCOLE). They are official police officers with the same authority as municipal officers. The Department also staffs a full-time Communications and Records Coordinator. The Department is equipped with digital radios that can communicate directly to local police, fire, and EMS whenever their services are needed on campus. The SUPD is under the direction of the Chief of Police who reports to the Vice President for Student Life.

Southwestern University is concerned about personal safety on campus and employs security measures to promote safety to members of the community. **NO FIREARMS OF ANY KIND ARE ALLOWED ON THE CAMPUS.**

## Crime Prevention

The Southwestern University Police Department provides crime prevention information, public information, and safety information to the University community. Officers are available to present programs on topics such as substance abuse, sexual assault, crime prevention, hazing, and other safety related topics. Officers will present programs on any law enforcement topic with advance notice. The University Police Department has a close working relationship with the Georgetown Police Department, Williamson County Sheriff's Office, and the Texas Department of Public Safety. SUPD is also a participating member of the Austin Regional Intelligence Center (ARIC). This membership enables SUPD to receive daily law enforcement updates, notices, or bulletins from our regional, state, and federal law enforcement partners. As a result, the University is kept informed of criminal activities occurring off campus.

Southwestern University Police Department has taken an active role in the Emergency Operations Center (EOC) / Incident Command System (ICS) in both the county and city.  SUPD will be in a continuous active role, which may mean some multi-agency training on campus.

Southwestern University Police Department also uses the Emergency Notification System (ENS) to notify the campus community of any critical situation. All students are highly encouraged to register for ENS updates by utilizing the "Contact Information" link within Self-Service.

### Patrol

The Southwestern University Police Department maintains patrol operations 24 hours a day, 7 days a week. Calls for emergency police assistance have priority over general calls.

Officers patrol University property and adjacent areas in marked patrol vehicles and on foot during all shifts. Officers actively enforce all state laws as well as University rules and regulations. Officers issue three types of citations:

A. Warning Citations, which remind the driver to practice safe driving techniques.

B. University Citations, which require an appearance at the Southwestern University Business Office to pay fine(s) levied for offense(s).

C. Citations, which require an appearance at one of two places: 1) Justice of the Peace Court, Precinct 3, 100 Wilco Way Suite 204, Georgetown, TX or
2) City of Georgetown Municipal Court, 510 W 9th Street, Georgetown, TX.

Police officers are available for assistance by calling 512.863.1944 or 512.863.6511 for the campus operator (note: dialing '0' on a campus phone will also connect you to the campus operator). Any emergency should be reported by calling 911 (Several seconds may pass before a connection is made to 911. Do not hang up!). Upon request, officers will provide escort service to students, staff, or faculty when they are working or studying late. Police officers respond to all incidents reported to the department and conduct investigations as necessary.

### Landscaping & Lighting

Southwestern University is a beautifully landscaped campus where trees and fountains give a wonderful setting for outdoor classes, fun, and recreation. However, Facilities Management takes great care in making sure that all landscaping is cut and manicured to deter any potential safety hazard to the community. Trees are cut high to insure adequate lighting of the campus at night, and foliage around buildings is constantly checked for overgrowth. Lights throughout the campus are monitored 24 hours a day by Police and Facilities Management employees to ensure constant and adequate lighting at night. In the event of a power outage, generators maintain critical lighting for several hours.

### Statistics

According to the Campus Safety and Security Act of 1990, Southwestern University must report certain violent and nonviolent crimes that occur on school property for the current year as well as the two preceding years, if available. The Clery Act requires annual reporting of statistics for various criminal offenses, including sex offenses and aggravated assault. 20 U.S.C. § 1092(f)(1)(F)(i). Violence Against Women Reauthorization Campus Sexual Violence Act provision adds domestic violence, dating violence, and stalking to the categories that, if the incident was reported to a campus security authority or local police agency, must be reported under Clery. § 1092(f)(1)(F)(iii).

These on campus
by both SUPD and other campus entities, such as the Dean of Students Office.

| Category | 2017 | 2018 | 2019 |
|----------|------|------|------|
| Murder/Non-negligent manslaughter | 0 | 0 | 0 |
| Negligent manslaughter | 0 | 0 | 0 |
| Sex offenses - Rape | 4 | 2 | 5 |
| Sex offenses - Fondling | 1 | 3 | 0 |
| Sex offenses - Incest | 0 | 0 | 0 |
| Sex offenses - Statutory Rape | 0 | 0 | 0 |
| Robbery | 0 | 0 | 0 |
| Aggravated Assault | 0 | 0 | 0 |
| Burglary | 4 | 2 | 3 |
| Motor Vehicle Theft | 2 | 0 | 0 |
| Liquor Law Violations | 69 | 21 | 61 |
| Drug Violations | 23 | 19 | 24 |
| Weapons Violations | 0 | 0 | 0 |
| Arson | 0 | 0 | 0 |
| Hate Crimes | 0 | 0 | 0 |
| Stalking | 0 | 2 | 2 |
| Domestic Violence | 1 | 0 | 0 |
| Dating Violence | 1 | 2 | 1 |

*Note: 2020 statistics will be available online beginning in September 2021, please see https://www.southwestern.edu/life-at-southwestern/safety-security/annual-security-reports/ for this information.*

### The Student's Responsibility

The cooperation and involvement of students themselves in a campus safety program is absolutely necessary. Students must assume responsibility for their personal safety and the security of their personal belongings by taking simple, common sense precautions. Student questions or concerns about personal safety should be brought to the attention of University staff. Valuable personal items, such as computers and stereos, should be marked with engraving instruments provided at no charge by the University Police. Students with cars must park them in assigned areas and keep their vehicles locked at all times. Valuables should be locked in the trunk. Students should immediately report any suspicious persons to University Police. Additionally, students are highly encouraged to register for Emergency Notification System updates by utilizing the "Contact Information" link within WebAdvisor.

### Timely Warning Notifications (SU Crime Alerts)

In an effort to provide timely notice to the campus community about a Clery Act crime that may pose a serious or ongoing threat to members of the community, the Southwestern University Police issues "SU Crime Alerts." The University Police will generally issue SU Crime Alerts for the following crimes:

alson, aggravated assa

hate crimes. University Police will post these warnings through a variety of ways, including, but not limited to, emails, phone calls, texts, and other media.

All initial messages will begin with "SU Crime Alert" to indicate the severity of the message and will provide a brief description of the timely warning or emergency response notice. When additional information is available, it may be provided using one or more of the methods listed above. The information you receive may caution you to avoid certain areas of the campus, let you know if classes are cancelled due to an emergency, or provide vital information on what actions you need to take if you are on campus during such a situation.

In the event a timely warning is sent, it may include the following information: type of crime, date, time and location of crime, as well as available suspect information.

The purpose of these SU Crime Alerts is to notify the campus community of the incident and to provide information that may enable community members to protect themselves from similar incidents.

The University will issue SU Crime Alerts whenever the following criteria are met: 1) a crime is committed; 2) the perpetrator has not been apprehended; and/or 3) there is a substantial risk to the physical safety of other members of the campus community because of this crime.

Such crimes include, but are not limited to: 1) Clery Act crimes that are reported to any campus security authority or the local police; or 2) the University determines that the incident represents an on-going threat to the campus community.

Additionally, the University Police may, in some circumstances, issue SU Crime Alerts when there is a pattern of crimes against persons or property. At Southwestern University, the Chief of University Police will generally make this determination, in consultation with other University officials, if an SU Crime Alert is required. However, in emergency situations any police supervisor may authorize an SU Crime Alert.

Anyone with information warranting a timely warning or emergency response notification for the Southwestern University campus should report the circumstances to SUPD at 512.863.1944.

### Emergency Notifications (SU Alerts)

SUPD is responsible for confirming facts which would indicate that timely warnings and emergency notifications ("SU Alert") are appropriate. The SUPD has primary responsibility for issuing and coordinating the issuance of an "SU Alert," determining the content of the "SU Alert" and determining which of the methods available for issuance of the "SU Alert" will be utilized. SUPD may delegate certain responsibilities to, or collaborate with, other Southwestern personnel such as the Vice President for Student Life and/or the Dean of Students.

Southwestern University is committed to ensuring the campus community receives timely, accurate and useful information in the event of a significant

emergency or danger

immediate threat to the health and safety of campus community members. The following procedures outline the process the University uses when issuing emergency notifications:

**Procedures Used to Notify the Campus Community**

In the event of a situation that poses an immediate threat to members of the campus community, the University has various systems in place for communicating information quickly. "SU Alert" is Southwestern University's system for alerting the campus community in the event that either a Timely Warning or Emergency Response Notice is required.

Information and instructions may be sent using one or more of the following methods:

- Text message to your cell phone
- Audio message to a cell phone or other phone
- Email notification to your Southwestern University email account (automatically opted in).
- Radio and TV alerts through local news media
- Public Safety Patrol Car announcements
- Other emerging communications platforms (e.g.,Twitter,Facebook, etc.)
- Face-to-Face Communication

Some or all of these methods of communication may be activated in the event of an emergency notification to all or a segment of the campus community. The University will post updates to the SU website during a critical incident.

**Enrolling in the University's Emergency Notification System**

SUPD conducts a test of the "SU Alert" emergency notification system at least once per semester. We encourage members of the campus community to enroll in the "SU Alert" system by visiting https://www.southwestern.edu/emergency/emergency-notification-system/ or by contacting the Emergency Notification System Administrator, Tina Bach, at 512.863.1657 or bacht@southwestern.edu. University community members are also encouraged to update their information regularly at the same site.

# XVII. Traffic and Parking Regulations

Southwestern University reserves the right to control vehicles on the campus. The system of control is designated to protect pedestrians and motorists alike and to promote the orderly flow of traffic. Owners and/or operators of motor vehicles must observe the following requirements.

ALL registered students, whether residing on or off-campus,  who will be parking a vehicle on campus at any time,  MUST pay the required fee and register the vehicle on the forms provided on the Residence Life website - https://www.southwestern.edu/life-at-southwestern/office-of-residence-life/campus-parking-information/.

The annual $200 and $100 in the Spring semester. If a vehicle is brought to campus after regular registration period, the required fee of $100 must be paid for that semester, and the owner/operator must register the vehicle at the University Police Office within two days after arrival on campus. **Although vehicle registration assures the privilege of parking on the SU campus, it does not assure a parking space at any given time**.

Vehicle registration stickers must be permanently affixed to the inside lower left corner of the rear window of the vehicle (on the driver's side). If the vehicle has no rear window, or has louvers over the window, University Police must authorize a different location for the sticker to be placed. These tags are not transferable to another vehicle. NOTE: These parking stickers will not affect the rear defrost system in vehicles.

There are times when a vehicle will only be used for a short time on campus and may not constitute a full year's registration fee. These particular incidents must be discussed with University Police, and provisions may be made to issue a Temporary Permit in such cases. Temporary permits are free and may be picked up at the Police Department.

All persons applying for vehicle registration will be required to furnish registration information and a driver's license in good standing. Each student must have automobile liability insurance.

Any change in the license number must be changed at the Police Department on the registration blank provided within two school days after the new plates are obtained.

Permission to keep or operate motor vehicles at the University may be revoked at any time for violation of traffic or parking regulations or when the University believes the continuation of such permission is no longer in the best interest of the institution or the individual student.

The traffic regulations of the City of Georgetown and the state of Texas are in effect at all times on the Southwestern campus.

The maximum allowable speed on the campus is 20 miles per hour. Pedestrians shall have the right of way at all times. All vehicles must be operated with due regard for the safety of pedestrians, the safety of other persons driving vehicles, and for the preservation of property.

Operation of motorized vehicles such as motorcycles or mopeds must be confined to streets only. These vehicles must be registered. These vehicles must not be stored, parked, or operated on sidewalks, courtyards, handicap parking spaces, or inside residence halls. Boats, trailers, RV's, or BBQ pits on wheels shall not occupy parking spaces on University property without permission from University Police.

The person registering the vehicle is responsible for any violation of those traffic or parking regulations in which the vehicle is involved. Any major offense and/or three traffic/parking violations may result in the revocation of an individual's privilege to keep or operate a vehicle at Southwestern.

The University r sponsibility of giving traffic and parking citations. Fines for SUPD citations must be paid in the Business Office (in the Cullen Building) within four school days, beginning with the following day the ticket is issued, or appeal arrangements must be made in the same time period.   Appeal forms are available online at https://www.southwestern.edu/life-at-southwestern/office-of-residence-life/campus-parking-information/. The Chief of University Police, their designee, or the issuing officer has the privilege of voiding a ticket or reducing the fine or late charge.

Traffic safety and control is an administrative responsibility. However, the University has established a committee of students, staff, and administrators (Committee on Traffic Safety and Control), to set policies and fine schedules and to hear appeal cases. The decisions of the Committee on Traffic Safety and Control are **FINAL**.

### Schedule of Fines

1. Parked in a handicapped zone ...........................................$100.00
2. Parked by fire hydrant/fire zone.........................................$100.00
3. Parked in violation of posted time ......................................$50.00
4. Parked in crosswalk ...........................................................$50.00
5. Parked blocking driveway...................................................$50.00
6. Parked left wheel to curb ...................................................$50.00
7. Parked over line space........................................................$50.00
8. Double parked ...................................................................$50.00
9. Parked where prohibited.....................................................$50.00
10. Failure to display decal ...................................................  $125.00
11. Failure to properly display decal (applied improperly) ..........$50.00
12. Backed into curbed parking space.......................................$50.00
13. Driving/parking on grass and sidewalks...............................$50.00
14. Run stop sign ...................................................................$50.00
15. General moving violation ...................................................$50.00
16. Crossing fire hose .............................................................$100.00
17. Driving without lights........................................................$50.00
18. Racing..............................................................................$50.00
19. Failure to properly display handicapped placard ..................$75.00

*Note #1: Flashing hazard lights do not excuse illegal parking.*
*Note #2: The third and all subsequent citations within an academic year will double the scheduled fine shown above.*

No car bearing a Southwestern University registration decal may be parked in any visitor, restricted, or prohibited areas.  Parking rear wheel to curb is prohibited. Curbs painted red or yellow denote "no parking" areas. Cars should not be parked in these areas either permanently or temporarily.  Parking decal colors match the painted lines for each parking lot (Green = Students and White = Faculty/Staff).

Fines for other violations will be determined by the Committee on Traffic Safety and Control.

noted above, may result in a $10 late fee. Failure to reconcile the matter before the end of the semester will result in a withholding of grades and the recording of grades on a student's transcript. Notices of overdue tickets sent to the student's address as given at registration or confirmation of pre-registration, unless officially changed, will be presumed to have arrived and the student fully informed of his or her responsibility.

Students not wishing to contest a citation, but who are for some legitimate reason unable to pay the fine within the four-day period, should contact the Business Office to work out an acceptable timeframe for payment to avoid further sanctions or charges.

# XVIII. Notification of Rights Under FERPA: Student's Records Access

The Family Educational Rights and Privacy Act (FERPA) affords students certain rights with respect to their education records. These rights include:

1. The right to inspect and review the student's education records within 45 days of the day the University receives a request for access. Students should submit to the registrar, dean, head of the academic department, or other appropriate official, written requests that identify the record(s) they wish to inspect. The University Official will make arrangements for access and notify the student of the time and place where the records may be inspected. If the records are not maintained by the University Official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

2. The right to request the amendment of the student's education records that the student believes are inaccurate or misleading. Students may ask the University to amend a record that they believe is inaccurate or misleading. They should write the University official responsible for the record, clearly identify the part of the record they want changed, and specify why it is inaccurate or misleading. If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

3. The right to consent to disclosures of personally identifiable information contained in the student's education records, except to the extent that FERPA authorizes disclosure without consent. One exception which permits disclosure without consent is to disclose to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervi-

sory, academic, researc

whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a person (including students) serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing their tasks. A school official has a legitimate interest if the official needs to review an education record in order to fulfill their professional responsibility. Upon request, the University may disclose education records without consent to officials of another school in which a student seeks or intends to enroll.

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by Southwestern University to comply with the requirements of FERPA. The office that administers FERPA is:

> Family Policy Compliance Office
> U.S. Department of Education
> 400 Maryland Avenue, S.W.
> Washington, D.C. 20202-8520

The following departments and offices keep records as indicated:

**Admission Office:** Application for admission, including official transcripts from other institutions and references where applicable (prior to enrollment only).

**Business Office:** Student accounts.

**Academic advisors, Office of Advising and Retention, and Center for Academic Success:** Academic advising records.

**Office of the Vice President for Student Life and the Dean of Students:** Personal information and records of judicial or disciplinary actions.

**Financial Aid Office:** Applications for aid and supporting documents such as financial aid forms and record of actual aid granted.

**Office of the Registrar:** Applications for admission and supporting documents, degree plans, semester grades, notices of academic deficiency, and permanent record of courses taken and grades and credits earned. Also, transcripts from high school and other universities.

**Health Services:** Reports of medical history, physical examinations, and immunizations required for admission, and any medical treatment the student receives on campus.

In addition, Southwestern treats as personally identifiable information under FERPA, if known or disclosed, such information as a student's name at birth (if different than the name under which the student is registered), a student's sexual orientation and a student's gender identity if different than that assigned at birth.

The legislative act cited above provides that the student must make a formal request (in writing, signed, and dated) for access to a given record or records and that the institution has 45 days in which to respond. If the student wishes to challenge the accuracy of any record, they must be granted a hearing for this purpose. Southwestern University will grant such a hearing in which both the person or persons keeping the record and the student will be heard, with any appropriate

witnesses presented by the following:

1. Records about students made by teachers or administrators for their own use and which are not shown to others.

2. Records maintained by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional persons for treatment purposes and which are available only to the persons providing the treatment.

3. Letters of recommendation which the student has voluntarily and formally waived their right to see.

4. Parents' confidential statement of finances.

The same act which gives the access rights to students or appropriate parents also gives the institution the right to publish and distribute "directory information" on students, unless the student specifically requests that such information as applies to them not be included, which is done by signing a form available in the Office of the Registrar. At Southwestern, the public directory search on the SU website displays name, faculty/staff/student designation, and e-mail address, while the logon protected search within the mySouthwestern portal also displays classification, photo, local address, SU Box, local and cell phone numbers. Other directory information, though not displayed there, also includes SU ID number, date and place of birth, major field of study, participation in officially recognized activities and sports, weights and heights of members of athletic teams, dates of attendance, degrees and awards received, the most recent previous educational agency or institution attended by the student, full-time/part-time status, home address/phone number, listings of candidates for degrees, and other similar information. The official list of directory information also may be found in the *Catalog*.

SU policy precludes release of student addresses to persons outside the SU community. That is, SU displays the local address and phone number via the logon-restricted directory search, but does not make it available to individuals or organizations outside SU.

# XIX. Sexual Harassment Policy

The Sexual Harassment Policy is a component of the University Sexual Misconduct Policy (see Section X). At the faculty meeting on February 27, 1990, the faculty adopted the following policy and procedures on sexual harassment formulated by the Faculty Affairs Council. The Board of Trustees adopted the same policy and procedures at its regular meeting on April 6, 1990. Amendments to the policy were approved by the faculty on April 28, 1992 and February 15, 1994, and the Board of Trustees on October 30, 1992 and April 15, 1994. On October 31, 2002, the University Council approved a proposal from the Faculty Affairs Council that the Sexual Harassment Advisory Committee report to the University Council effective immediately. Amendments to the procedures were approved by the University Council on February 3, 2003 and subsequently by the faculty

Planning and Budget Committee in April, 2015. Administrative updates were completed by the Title IX Compliance Committee in January, 2018 and December, 2019.

## A. POLICY AND DEFINITION

Southwestern University prohibits sexual harassment, sexual violence including sexual assault and other non-consensual sexual touching (forcible or not), relationship violence (including domestic and dating violence), stalking and other gender-based misconduct. Sexual harassment in any manner or form, including sexual harassment based on sexual orientation, is expressly prohibited. It is the policy of Southwestern University (the University) to maintain both an academic and a working environment free from all forms of sexual harassment of any employee or applicant for employment, student, donor, former student, volunteer, or any other constituent of the University. Two reasons for this policy are to reaffirm the University's commitment of respect for the person and to enhance the University community's level of consciousness regarding gender issues. Sexual harassment violates University policy, Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, the Texas Commission on Human Rights Act, Texas Senate Bill 212/Texas Education Code 51.253, Clery Act, Title IX of the Education Amendments of 1972, and other federal, state, and local sex-related regulations.

All reported or suspected occurrences of sexual harassment will be promptly and thoroughly investigated. All investigations will be conducted in a professional manner and to the fullest extent possible. The University intends that these investigations will be kept confidential within the limits of the law. Where sexual harassment has occurred, the University will take appropriate and timely disciplinary or other appropriate remedial action.

As used in this policy, the term "sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1. submission to such conduct is made, either explicitly or implicitly, a term or condition of a person's employment or education; or
2. submission to or rejection of such conduct by a person is used or threatened as the basis for academic or employment decisions, or evaluations affecting that person; or
3. such conduct has the purpose or effect of a) unreasonably interfering with a person's academic or professional performance or b) of creating an intimidating, hostile, or offensive employment, educational, or campus environment for any person or group of persons.

Other sex-related behaviors, that may or may not be definable as sexual harassment, will hereinafter be referred to as "sexual misconduct."

**B. EXAMPLES OF S**

The examples of sexual harassment given below are intended to illustrate inappropriate behavior, but are not all-inclusive. Courts in this country have recognized two types of sexual harassment: The first type is quid pro quo ("something for something") harassment, where sexual activity is demanded or offered in exchange for an actual, tangible job or benefit; the second type is hostile environment harassment, where there is not necessarily a loss or gain of a tangible job or benefit. This policy includes quid pro quo harassment and hostile environment harassment.

Examples of unacceptable verbal or physical conduct which may constitute sexual harassment include, but are not limited to:

1. Direct or implied threats that submission to sexual advances will be a condition of employment, work status, promotion, grades, or letters of recommendation;

2. Intimidating conduct which exerts pressure for sexual activity;

3. A pattern of conduct in class or in the workplace not reasonably or legitimately related to the subject matter of the course or job) which would discomfort or humiliate a reasonable person at whom the conduct was directed, through comments of a sexual nature, such as sexually explicit statements, questions, jokes, anecdotes, or references to sexual orientation.

4. A pattern of conduct that would discomfort or humiliate a reasonable person at whom the conduct was directed, through one or more of the following: a) inappropriate touching, patting, hugging, or brushing against a person's body, b) repeated or unwanted staring, c) remarks of a sexual nature about a person's clothing or body, or d) remarks about a person's sexual orientation, sexual activity, or speculations about previous sexual experience;

5. A pattern of conduct which a reasonable person would identify as one or more of the following: a) inappropriate remarks or humor based on gender stereotypes or sexual orientation, b) inequities in references to males and females (e.g., "men and girls"), c) the assignment according to gender stereotype of tasks that are not gender specific.

This policy is not intended to limit legitimate claims of academic freedom. In particular, the policy does not limit classroom teaching concerning sexual topics legitimately related to the content or purposes of a course, even though such topics may elicit discomfort in some class members. An example of unacceptable conduct which may constitute retaliation, includes:

1. A person covered by this policy reasonably believes they have been the subject of prohibited harassment and makes a complaint regarding same. Retaliation occurs when that person suffers a material adverse action (e.g., employment termination or discipline) because they complained about conduct reasonably believed to violate the sexual harassment policy.

Persons in positions of authority have specific responsibility in the areas covered by this policy. Particular sensitivity should be addressed to such questions as whether consent is as free as it seems, and to the inherent conflicts of interest in personal relationships where professional and educational relationships are also involved. Important Note: Effective September 1, 2019, all faculty and staff members of the campus community are considered Mandatory Reporters under Texas law. This means that all employees must promptly report incidents of Sexual Misconduct. An employee has no obligation to report sexual misconduct that the employee themselves was a victim of. More information can be found on the University's Title IX website for Senate Bill 212/Texas Education Code 51.253.

When a University member suspects they have been a victim of sexual harassment or sexual misconduct of any kind, or retaliation which involves a University employee, they should immediately take action by contacting the Title IX Coordinator (TIXC), the Deputy Title IX Coordinator (DTIXC), or the Sexual Harassment Officer (SHO) to discuss the situation and determine a course of action.

A SHO, appointed by the President of the University, is available to assist the University community in dealing with all complaints of sexual harassment, sexual misconduct, and retaliation (even if the sexual misconduct is not processed through the Sexual Harassment Policy). The SHO works in close coordination with the TIXC, DTIXC, and other appropriate University officials.

The duties and responsibilities of the SHO include, but are not limited to:

1. Receiving notification from University officials and/or members of the University community of all allegations of sexual misconduct including, but not limited to, "sexual harassment" or "retaliation;"

2. Serving as a member of the University's Title IX Compliance Committee (an administrative working group) and also as an ex-officio member of the University's Sexual Assault Risk Reduction Committee;

3. Together with the University's TIXC and through the Title IX Compliance Committee, ensure all reported incidents are properly compiled and reported to the University community;

4. Reporting the initiation of any formal complaint to the appropriate member of the University's President's Staff, the TIXC, and to the Associate Vice President for Human Resources (AVPHR);

5. Initiating the informal and/or formal complaint processes as appropriate; being involved in resolutions of the incidents as appropriate.

**D. GENERAL PROCEDURES FOR HANDLING COMPLAINTS**

Members of the Southwestern University community who believe that they have been sexually harassed or retaliated against (or those who have been accused of sexual harassment) may turn for assistance to the TIXC, DTIXC, SHO, the AVPHR, the appropriate supervisor, the appropriate member of the President's Staff, or the Associate Vice President for Academic Affairs (AVPAA), and should

not feel compelled to perpetrator of the alleged wrongful conduct. The President and members of the President's Staff may appoint a designee to serve on their behalf. The complainant has the option of taking an informal or formal action according to the procedures outlined below.

Any person who believes that they have been sexually harassed or retaliated against is encouraged to consult the TIXC, DTIXC, SHO, the AVPHR, or the AVPAA. These individuals are administrators whose job responsibilities include handling such complaints and will be available to aid a member of the University community in the following ways:

1. Provide immediate support by listening to and discussing the allegation;
2. Discuss the definition of sexual harassment or retaliation to reach a reasonable decision as to whether sexual harassment or retaliation as defined in this policy has occurred;
3. Outline possible courses of action, including the Informal and Formal Complaint Procedures described in this policy and including who should be notified should the individual wish to make a formal complaint.

The University will comply with all obligations under the law in connection with the handling and investigation of complaints. These individuals will maintain confidentiality within the limits of the law, including Title IX, Title VII, applicable state law and related regulations. Unless a complainant gives the TIXC, DTIXC, SHO, AVPHR, or AVPAA permission to disclose specific information concerning the alleged act of harassment, these individuals may, but are not required to, limit their assistance to the items described in 1 through 3 above and will not discuss with or report the alleged act of harassment to any person other than the SHO (unless required by law, including Title IX, Title VII, applicable state law, and related regulations). The complainant should realize, however, that these individuals and the University may be impaired in taking any actions to attempt to resolve the alleged problem if the complainant desires to keep the allegation and the circumstances surrounding such allegation anonymous. An exception to non-disclosure of anonymous complaints may be made in cases where the SHO reasonably believes that the safety of a member of the University community or general public will be at risk or where the SHO reasonably believes a violation of the law may have occurred; this includes the risk of other individuals being subjected to sexual harassment or retaliation.

Contact with the TIXC, DTIXC, SHO, AVPHR, or AVPAA in no way obligates the individual to pursue an official complaint. The Title IX Coordinator, Deputy Title IX Coordinator, SHO, AVPHR, or AVPAA, however, may be required to independently report the incident to appropriate University officials who may initiate an investigation under the law, including Title IX, Title VII, state law and related regulations. The complainant has the option of choosing, upon reflection, not to pursue the matter and not to make contact with the accused, or to pursue the Informal or Formal Complaint Procedure. For the sake of clarity, a

complainant is not req

may at any time initiate the Formal Complaint Procedure.

### *Informal Complaint Procedure*

A common method of utilizing the informal approach is through a letter written by the complainant to the accused person. Other options may include, but are not limited to, the use of a mediator or a facilitated face-to-face meeting between the parties.

If the complainant elects a mediated or face-to-face meeting, they will coordinate such action through the TIXC, DTIXC, SHO, AVPHR, or AVPAA.

If the complainant elects to write a letter, it generally should address three matters:

1. The facts of what has occurred, told without evaluation. These facts should be as detailed and precise as possible, with dates, places, and a description of the incident(s).

2. How the complainant feels about the events.

3. How the complainant wants the matter resolved and within what time frame. This part should include a statement that, if the matter is not resolved satisfactorily within a specified amount of time, the complainant may take formal action.

The complainant has the option of preparing such a letter with the assistance of the TIXC, DTIXC, SHO, AVPHR, or AVPAA. If the writer declines that option, the writer is encouraged to have the TIXC, DTIXC, SHO, AVPHR, or AVPAA review the communication prior to it being sent. In all cases, the SHO conducts the final review of the letter. The letter may be delivered in person, by registered or certified mail, or by the TIXC, DTIXC or SHO. The accused person may reply to a writer who wishes to remain anonymous through the SHO. The writer should keep a copy of the letter, but not send copies to others. If the letter does not achieve its purpose, it can be used to support a formal complaint. Although it is the personal decision of the complainant as to whether they wish to remain anonymous, choosing to remain anonymous may hinder resolution of the matter in circumstances where the accused is unsure or does not clearly recall the incident leading to the complaint.

### *Formal Complaint Procedure*

In a formal complaint action, the complainant must notify in writing an appropriate University official, with or without the help of the TIXC, DTIXC, SHO, AVPHR, or AVPAA. If the complaint involves a student, the Vice President for Student Life will be notified; if it involves a faculty member, the Dean of the Faculty; if it involves staff/administration, the Vice President for Finance and Administration; in all of the above cases, the University's TIXC and SHO will be notified. Should either the Vice President for Student Life, the Dean of the Faculty, or the Vice President for Finance and Administration be notified of a complaint

involving sexual harass

timely manner of any such allegations and actions regarding sexual harassment. or retaliation. In any situation where the TIXC or SHO is notified of the complaint because the accused is the party set forth above to whom complaints should be given, then the TIXC or SHO will make the determinations described in 1, 2, and 3 below and report directly to the President of the University.

Once the SHO is notified of allegations concerning sexual harassment and the complainant's desire to proceed with a formal complaint against the accused, a prompt and thorough investigation by the University will follow. The SHO will collaborate with the TIXC and other University officials as appropriate. The University is committed to investigate formal complaints which it receives to deal appropriately with any person found to have violated the policy, and to otherwise take appropriate remedial measures under the circumstances. Proceedings under the Formal Complaint Procedure shall generally take place in accordance with the following guidelines:

1. Faculty: Upon receipt of a formal, written complaint in which the accused party is a faculty member, the Dean of the Faculty shall determine, with the assistance of the SHO, and with or without the assistance of the appropriate associate dean and/or department chair, depending on whether or not the Dean of the Faculty elects to notify such associate dean or department chair, whether further investigation or recommendation for sanctions is warranted. The Dean of the Faculty shall notify the accused faculty member as soon as reasonably possible of the complaint and the Dean's finding as to whether further investigation or recommendation for sanctions is warranted.

2. Staff: Upon receipt of a formal, written complaint in which the accused party is a staff member/administrator, the Vice President for Finance and Administration shall determine, with the assistance of the SHO, and with or without the assistance of the appropriate administrator/department head, whether further investigation or recommendation for sanctions is warranted. The Vice President for Finance and Administration shall notify the accused staff member/administrator as soon as reasonably possible of the complaint and the finding as to whether further investigation or recommendation for sanctions is warranted.

3. Students: Upon receipt of a formal, written complaint in which the accused party is a student, the Vice President for Student Life shall determine, with the assistance of the SHO, whether further investigation or recommendation for sanctions is warranted. The Vice President for Student Life shall notify the accused student as soon as reasonably possible of the complaint and the finding as to whether further investigation or recommendation for sanctions is warranted.

With respect to any formal written complaint filed involving faculty, staff, or students, as described in 1, 2, or 3 above, if the circumstances warrant it, the Dean of the Faculty, the Vice President for Finance and Administration, or the

mittee to investigate, review, and summarize the facts surrounding the case and make recommendations for resolution of the complaint. If appropriate, the SHO may recommend an ad hoc committee to the respective President's Staff member. No member of the committee shall have been the complainant or the accused. The SHO shall chair any such ad hoc committee unless such person is either the complainant or the accused. The ad hoc committee will conduct its own inquiry to gather information it deems necessary to assist it in reaching a determination as to the merits of the allegation(s). The ad hoc committee will summarize the information gathered from the inquiry for the party who convened the committee. The SHO, as chair of the ad hoc committee, will consult with the party who convened the committee to discuss recommendations regarding resolution of the complaint(s).

Once the President's Staff member has received the report of the ad hoc committee convened (if they have not served on the committee or have otherwise reached a basis for making a decision) and have consulted with the SHO, then they shall submit their recommendation(s) in writing to the President. The President shall review the recommendation(s) and, if in agreement, the President shall notify the accused faculty, staff, or student, as well as the complainant, of the decision. If the President does not agree with the decision, the President shall refer it back to the appropriate President's Staff member.

If either side chooses to appeal the decision for any reason, including but not limited to alleged procedural errors or alleged new evidence, such appeals shall be made to the President. Requests for appeals should be made in writing, state with specificity the grounds and basis for the appeal, and addressed to the President within 30 days after notification of the original decision.

### E. UNIVERSITY DISCIPLINARY ACTIONS AND PENALTIES

Students found responsible for sexual harassment may receive a warning, specific penalties, disciplinary probation, suspension, or expulsion, as explained in the Student Handbook under Personal Conduct Policies (including Student Sexual Misconduct Policy).

Faculty members found responsible for sexual harassment or retaliation may receive penalties ranging from a warning to dismissal with cause. If procedures for dismissal with cause are instituted on the basis of sexual harassment or related retaliation, those procedures must conform to the policy and procedures adopted at the January 27, 1978, meeting of the Board of Trustees and as may be subsequently amended. (See Dismissal with Cause, Section IV of the Faculty Handbook.)

Staff and administrators found responsible for sexual harassment or retaliation may receive penalties ranging from a warning to immediate dismissal as described within the Performance Management Guidelines section of the Staff Handbook.

The University will take timely and appropriate corrective action to end sexual harassment and/or retaliation when it is known to have occurred.

F. RETALIATION

Except in regard to false accusations as detailed below, no retaliation by any member of the Southwestern community may be taken against any person because they make a complaint concerning sexual harassment or against any member of the University community who serves as an advocate for a party in any such complaint. (See discussion in Sections A. and B. above.) All reasonable action will be taken to ensure that the complainant and those testifying or participating in other ways in the complaint resolution process will suffer no retaliation as a result of their participation.

Retaliation, intimidation, or any adverse action against any member of the Southwestern Community who, due to a complaint of sexual harassment, have been involved in the investigation process (claimant, respondent, witness) will not be tolerated and will result in further disciplinary action being taken, including the possibility of termination of employment.

### G. FALSE ACCUSATIONS

While the University is committed to preventing and punishing unlawful discrimination, harassment, and retaliation, it also recognizes that false accusations of sexual harassment or retaliation may harm an innocent party who has been falsely accused. Accordingly, any person, who, after an investigation, is found to have knowingly made a false accusation of sexual harassment or retaliation will be subject to appropriate disciplinary action. However, if a person makes a report of what they in good faith believes to be sexual harassment or retaliation, the person will not be subject to disciplinary action even if the person turns out to be mistaken or there has been a finding of no sexual harassment or retaliation.

# XX. Quick Referral

**Academic Advisor:** The faculty or staff member who guides students through their academic plan by assisting with course selection, major declaration, and professional and career advice. Forms to change advisors are available from the Center for Academic Success and Registrar and Office of Advising and Retention.

**Adding and Dropping Courses:** During published time windows, some classes may be added online. Otherwise, students must obtain permission to add or drop from the class instructor. All add and drop requests must be submitted by the stated deadlines.

**All-Gender Restrooms:** All-gender restrooms are widely available around campus. A map is available at: https://www.southwestern.edu/diversity-education/all-gender-restrooms/.

**Automobile Registration:** All students are automatically assessed a $200 fee for parking registration. Students who do not wish to park a vehicle on campus must request a refund through the Business Office. The necessary form may be

downloaded from the
ern/office-of-residence-life/campus-parking-information/.

**Bookstore Buyback Policy:** Textbooks are bought back from students throughout the semester. However, the best time to sell back books is during finals week. At this time the Bookstore is preparing for the upcoming semester and can pay the best price if the textbook is needed for the upcoming semester. Selling books back at the end of the semester helps your fellow students by making more used books available for purchase at the beginning of the next semester.

**Calendar:** For current campus happenings/events, please see https://www.southwestern.edu/calendar/**.** Check with the Office of Student Activities at 512.863.1345 about adding events to the Student Activities Calendar.  For the current academic calendar, refer to pages 120-121 of this *Handbook*.

**Checks:** Checks may be cashed at the Business Office (up to $100), Gus's Drug, Wag-A-Bag, HEB Stores, and local banks. Cash is also available from the ATM on the ground floor of the McCombs Campus Center.

**Counseling (personal):** Appointments with the staff of Counseling Services may be made at 512.863.1252 or by stopping by the offices located in the Prothro Center for Lifelong Learning.

**Emergency Fund:** Through the SU Emergency Fund, Southwestern students can obtain emergency help for unexpected expenses, such as food, housing, medical care, technology, travel, and other unexpected or unforeseen needs. An emergency is defined for the purposes of this fund as an unanticipated, unavoidable short-term financial need that could prevent a student from remaining at Southwestern or graduating. A student may receive emergency funds up to two times during their SU career, with a limit of $500 during any calendar year. More information and the application for funding are available at https://www.southwestern.edu/life-at-southwestern/support-services/su-emergency-fund/.

**Employment:** Visit the Center for Career & Professional Development website (https://www.southwestern.edu/careers/) for both on-campus employment via PirateLink, as well as off-campus employment opportunities (both part-time and full-time positions).  For more information, you may also visit them on the first floor of the Prothro Center Lifelong Learning or call them at 512.863.1346.

**Faculty Awards:**  Opportunities for students to nominate faculty members for recognition of outstanding performance include: the "Excellence in Academic Advising Award" coordinated by Director of Advising and Retention (512.863.1286) and the "SU Teaching Award" coordinated by the Dean of the Faculty (512.863.1720).  Contact either of these offices for information concerning selection criteria and nomination deadlines.

**Firearms, Fireworks, Ammunition, Explosives, and the like, including Toy Guns:** The possession of firearms, knives with blades longer than 3.5 inches, other weapons, ammunition, explosives, or fireworks on campus, including campus housing, is prohibited. This includes, but is not limited to, BB guns and pellet guns, martial art weapons, bows and arrows, tasers, and paintball and laser tag guns. Realistic toy guns and gun replicas are similarly prohibited, because of the

potential danger cause

guns or otherwise, shall not resemble a real firearm in any manner. Water guns used for special activities must be brightly colored, and their use must be approved by the Chief of University Police. Violations of this directive can result in criminal and/or administrative charges.

Texas Law (Penal Code – 46.03) prohibits the possession or carrying of weapons onto an educational institution (public or private) by those other than people with proper authorization, such as Southwestern University's police officers. Southwestern University will strictly support and enforce this law. An offense under this law is a 3rd degree felony.

**This prohibition of firearms on campus applies to persons holding permits for concealed handguns.** Southwestern is a private institution and is not required under Texas law to allow such weapons on campus by licensees. Specifically, pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter Southwestern property with a concealed handgun.

**Financial Assistance and/or Student Loans:** Contact the Financial Aid Office at 512.863.1259 or stop by the office in the Roy and Lillie Cullen Building.

**Food Service:** Contact the Director of Food Service at 512.863.1901. Both The Cove and the Mabee Commons are located in the McCombs Campus Center.

**Health Services:** SU Nurses are available Monday through Friday (including noon hours) at the Health Services office on the second floor of the Prothro Center for Lifelong Learning. Nurses can also be contacted by phone at 512.863.1252.

**Incompletes:** The grade of "I" is given when, because of unavoidable emergencies, work in a course is not completed. The student has four weeks from the last day of class to finish the work. If by this time the work has not been completed, the incomplete will be changed to an F.

**International Student Advisor:** The Director of Study Abroad and International Student Services serves as an advisor to international students with regard to policies and regulations concerning their status while in the United States. Additionally, general advising and cultural orientation are provided by the Office of Study Abroad and International Student Services. For more information, call 512.863.1857 or visit Room 232 in the Prothro Center.

**Late Drop:** In emergency circumstances, a student may submit a petition to drop a course after the last day to drop. If approval is granted to drop the course, the drop will be with record ("W"). Petition instructions can be obtained in the Center for Academic Success and Registrar. A student must submit this petition to the Office of the Registrar in a timely manner. The Academic Standards Committee will approve or deny late drop petitions.

**Leave of Absence:** Students in good standing may apply for a student leave of absence by meeting with a staff member in the Center for Academic Success and Registrar, no later than one week prior to the beginning of the semester for which the leave is to begin. A leave of absence may be granted for up to one academic

year. An application for from leave of absence.

**Letters of Reference:** Students who request letters of reference from faculty and staff are encouraged to inquire if they will receive a positive letter of reference from the writer. Letters of reference are necessary for education majors seeking employment and for those students applying to graduate school.

**Lost and Found:** Students are strongly encouraged to report lost or found property to SUPD. Every effort will be made to reunite property with its owner. Found or abandoned property will be held at the University police department for a maximum period of 90 days. If no claim is made during the holding period, the property will be destroyed or donated to a local non-profit organization. Bicycles left on campus between semesters without prior approval from SUPD will be considered abandoned property.

**Paideia Integrated:** All Southwestern students participate in Paideia experiences throughout the curriculum. The First-Year or Advanced-Entry Seminar introduces students to the practice of making connections, with a special focus on incorporating perspectives from multiple disciplines. All other courses explicitly acknowledge the connections between ideas within their own course material; many will point to intersections with other courses. In the required Social Justice course, students connect their learning to issues of diversity and inequality. All majors include an opportunity to consider how various skills and ideas connect across the department or program and culminate in a Capstone experience.

**Paideia with Distinction:** In addition to the integrated Paideia experiences, Southwestern encourages students to choose a more intensive Paideia path that includes elements above and beyond the graduation requirements for all students. Any student who is selected to participate and successfully completes both a Paideia seminar and one of the other two approved intensive Paideia options will be recognized as having achieved *Paideia with Distinction*.

**Parking Tickets/Traffic Violations:** Citations are issued by the Southwestern University police officers. Fines are paid in the Business Office (see complete listing of citations and fines in Section XVII). Appeal forms are online at https://www.southwestern.edu/life-at-southwestern/office-of-residence-life/campus-parking-information/. Ticket appeals must be submitted within four (4) business days in order to be considered.

**Residence Life:** See your RA or a professional staff member in Residence Life and Housing. Professional staff can be found in the Residence Life Offices, located on the 3rd floor of the McCombs Campus Center, or by calling 512.863.1624.

**Solicitation:** In support of the safety and privacy of members of the University community, soliciting and selling -- whether in person or electronically -- are prohibited. No commercial businesses, organizations, or individuals may canvass, solicit, or sell on campus or using University resources. This policy does not apply to student organizations operating in compliance with the Student Organization Fundraising Events Policy or to individual students offering personal items for sale.

make an online request, please visit - https://www.southwestern.edu/academics/records-registrar/transcript-request-other-forms/.

**Withdrawal from the University:** A student in good standing may withdraw from the University during a semester by completing a request for withdrawal with a staff member in the Center for Academic Success and Registrar. Except under unusual circumstances, students may not withdraw from the University after the last day for dropping courses. Withdrawal forms may be obtained by making an appointment with an Academic Success and Registrar staff member.

## The Center for Academic Success and Registrar can help you with:

- Academic Mentoring

- Academic Coaching

- Graduation Audits

- Services for Students with Disabilities

- Veteran Services

- Transcript Services

- Maximizing your Personal Success:
  Point Your Compass to One of Our Workshops

*The Center for Academic Success and Registrar reflects Southwestern's commitment to providing personal attention to each of our students. We offer student advocacy, resources and enrichment opportunities to empower students to achieve academic success.*

*For appointments, you may call 512-863-1952, send an email to success@southwestern.edu, or visit the Academic Success and Registrar Office in the Prothro Center for Lifelong Learning on the 1st Floor.*

## Enrichment, Resources, Advocacy



Southwestern University Campus Map

## Academies/Admin

1. Roy and Lillie Cullen Building
2. The Wilhelmina Cullen Admission Center
3. Rufus Franklin Edwards Studio Arts Building
4. Old Field House (SU Police and the Korouva Milk Bar)
5. Fondren-Jones Science Hall
6. Fountainwood Observatory
7. Greenhouse
8. McCook-Crain Building
9. Mood-Bridwell Hall
10. Joe S. Mundy Hall
11. F.W. Olin Building
12. A. Frank Smith, Jr. Library Center
13. Alma Thomas Fine Arts Center
14. Kyle E. White Building
46. The Charles and Elizabeth Prothro Center for Lifelong Learning

## Athletics/Recreation

15. Julie Puett Howry Center
16. Athletic Fieldhouse
17. Corbin J. Robertson Center
18. Rockwell Baseball Field
19. Soccer Fields
20. Taylor-Sanders Softball Field
21. Marvin D. Henderson, Sr. Tennis Courts
22. Robert K. Moses, Jr. Field
23. Snyder Athletic Field

## Residence and Student Life

24. Brown-Cody Residence Hall
25. Herman Brown Residence Hall
26. Ernest L. Clark Residence Hall
27. Grogan & Betty Lord Residence Hall
28. J.E. & L.E. Mabee Residence Hall
29. Dorothy Manning Lord Residential Center
30. Red & Charline McCombs Campus Center
31. Charline Hamblin McCombs Residential Hall
32. Moody-Shearn Residence Hall
33. Lois Perkins Chapel
34. Martin Ruter Residence Hall
35. Sharon Lord Caskey Center

36. Kappa Alpha House
37. Kappa Sigma House
38. Phi Delta Theta House
39. Pi Kappa Alpha House

## Facilities Management

40. Central Chilling Station
41. Facilities Management Building & Warehouse

## Other

42. Turner-Fleming House
43. J. N. R. Score Quadrangle
44. Roy H. Cullen Academic Mall
45. Laura Kuykendall Gardens

southwestern.edu

/SouthwesternUniversity

@SouthwesternU

@SouthwesternU



SOUTHWESTERN
UNIVERSITY

1001 E. University Avenue
Georgetown, TX 78626