IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-541-RP |
| | § | |
| SOUTHWESTERN UNIVERSITY and | § | |
| SHELLEY STORY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 28, 2021, counsel for Defendants notified the Court that the parties reached an agreement in principle that will resolve this case. In light of this information, the Court **VACATES** the phone conference set for July 29, 2021 and **STAYS** this case until **August 18, 2021**.

**IT** IS **FURTHER ORDERED** that, on or before August 18, 2021, the parties shall file dismissal papers or a joint motion to extend the stay.

**SIGNED** on July 28, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE