UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN DOE, § | |
| § | CIVIL ACTION NO. 1:21-cv-00541-RP |
| Plaintiff, § | |
| v. § | JUDGE ROBERT PITMAN |
| § | |
| SOUTHWESTERN UNIVERSITY and § | |
| SHELLEY STORY, § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Doe, by and through his counsel, hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, against the Defendants.

Respectfully submitted,

*/s/ Kristina W. Supler*
Kristina W. Supler*
Susan C. Stone*
KOHRMAN, JACKSON & KRANTZ LLP
1375 E. 9th St., 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com
**Admitted Pro Hac Vice*

David Kenneth Sergi (No. 18036000)
Katherine Frank (No. 24105630)
SERGI AND ASSOCIATES P.C.
329 S. Guadalupe St.
San Marcos, TX 78666
P: (512) 759-8495
F: (512) 392-5042
E: david@sergilaw.com
    katie@sergilaw.com

*Counsel for Plaintiff John Doe*

## CERTIFICATE OF CONFERENCE

On the 22nd day of July 2021, the undersigned counsel conferred with opposing counsel concerning this Notice and was advised that opposing counsel did not oppose this Notice.

*/s/ Kristina W. Supler*
Kristina W. Supler

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Plaintiff's Notice of Voluntary Dismissal was filed electronically on this 10th day of August 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Kristina W. Supler*
Kristina W. Supler